UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
In re:                                          :
                                                :   Chapter 7
BRITTNEY MICHELLE WATKINS,                      :   Case No. 25-10264-lgb
                                                :
                Debtor.                         :
-----------------------------------------------------------x
                                                :
JONATHAN CORNELL,                               :
                                                :
                Plaintiff,                      :   Adv. Pro. No. 25-01161-lgb
                                                :   (Judge Lisa G. Beckerman)
        -against-                               :
                                                :
BRITTNEY MICHELLE WATKINS,                      :
                                                :
                Defendant.                      :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on January 6, 2026, I caused to be served a true and

correct copy of the SUMMONS AND NOTICE of PRE-TRIAL CONFERENCE AND

ADVERSARY COMPLAINT TO: (I) DENY DISCHARGE; AND (II) IN THE

ALTERNATIVE, DETERMINE DISCHARGEABILITY OF DEBT [ECFs No. 1, 2] by the

following means:

SERVICE BY FIRST-CLASS MAIL AND CERTIFIED MAIL, RETURN RECEIPT
REQUESTED:

BRITTNEY MICHELLE WATKINS
Defendant
2930 Wilson Avenue, Apt 1
Bronx, NY 10469

SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND EMAIL:

JEB SINGER, ESQ.

J. SINGER LAW GROUP, PLLC
Attorney for Defendant
One Liberty Plaza, 23rd Floor
New York, NY 10006
jsinger@jsingerlawgroup.com

OFFICE OF THE UNITED STATES TRUSTEE
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
US1PRegion02.NYECF@usdoj.gov

SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:

ALAN NISSELSON, ESQ.
WINDELS MARX LANE & MITTENDORF, LLP
Chapter 7 Trustee
156 West 56th Street, 22nd Floor
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2026
Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646) 374-8267

Additional information concerning service:

USPS Certified Mail Tracking Numbers:

| | |
|---|---|
| To Brittney Michelle Watkins: | 9589 0710 5270 2995 2598 04 |
| To Jeb Singer: | 9589 0710 5270 2995 2597 98 |
| To Alan Nisselson: | 9589 0710 5270 2995 2597 74 |
| To U.S. Trustee: | 9589 0710 5270 2995 2597 81 |