UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 7
BRITTNEY MICHELLE WATKINS,          :        Case No. 25-10264-lgb
                                                    :
                Debtor.                        :
---------------------------------------------------------------x
                                                    :
JONATHAN CORNELL,                        :
                                                    :
                Plaintiff,                     :        Adv. Pro. No. 25-01161-lgb
                                                    :
    -against-                              :
                                                    :
BRITTNEY MICHELLE WATKINS,          :
                                                    :
                Defendant.                  :
---------------------------------------------------------------x

**AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 7055-1 FOR THE ISSUANCE OF A CERTIFICATE OF DEFAULT**

STATE OF NEW YORK      )
                                           ) ss:
COUNTY OF NASSAU      )

Jonathan Cornell, being duly sworn, deposes and says:

1. I am the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), proceeding pro se.

2. This affidavit is submitted in accordance with Local Bankruptcy Rule 7055-1 requesting that the Clerk of the Court issue a Certificate of Default against Brittney Michelle Watkins ("Debtor/Defendant"), the debtor in the above-captioned Chapter 7 case, and defendant in the Adversary Proceeding.

1

3. Debtor/Defendant is not an infant or an incompetent person. Pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, I conducted a search of the Defense Manpower Data Center (DMDC) database on February 1, 2026. The search confirmed that Debtor/Defendant is not currently on active-duty military service. A true copy of the SCRA Status Report is annexed hereto as "Exhibit A".

4. On January 6, 2026, and pursuant to Bankruptcy Rule 7004(b)(1) and 7004(g), I served upon Debtor/Defendant the Summons and Notice of Pretrial Conference in an Adversary Proceeding dated January 2, 2026 (the "Summons"), and Complaint dated December 29, 2025 (the "Complaint," and with the Summons, the "Pleadings"), by the following means:

   a. **Service on Debtor/Defendant**: By First Class Mail and Certified Mail, Return Receipt Requested to Brittney Michelle Watkins, 2930 Wilson Avenue, Apt 1, Bronx, NY 10469 (USPS Tracking No. 9589 0710 5270 2995 2598 04).

   b. **Service on Debtor/Defendant's Attorney of Record in Main Bankruptcy Case**: By Certified Mail, Return Receipt Requested, and Email to Jeb Singer, Esq., J. Singer Law Group, PLLC, One Liberty Plaza, 23rd Floor, New York, NY 10006, at jsinger@jsingerlawgroup.com (USPS Tracking No. 9589 0710 5270 2995 2597 98). Jeb Singer, Esq. is the attorney of record for Debtor/Defendant in the underlying Chapter 7 bankruptcy case, Case No. 25-10264-lgb. Service upon counsel was required pursuant to Bankruptcy Rule 7004(g). To date, neither Debtor/Defendant nor her counsel has entered an appearance in this Adversary Proceeding.

   c. All mailings were deposited with the United States Postal Service within 7 days of the issuance of the Summons, in compliance with Bankruptcy Rule 7004(e)(1).

5. Annexed hereto as "Exhibit B" is a true copy of the Certificate of Service which appears on the docket of the Adversary Proceeding as ECF 3.

6. Pursuant to Bankruptcy Rule 7012(a)(1), Debtor/Defendant was required to serve an answer to the Complaint within thirty (30) days after the Summons was issued. The Summons was issued on January 2, 2026. Pursuant to Bankruptcy Rule 9006(a)(1), the day of issuance is excluded from the calculation, and because the thirtieth day fell on Sunday, February 1, 2026, the deadline extended to Monday, February 2, 2026. As of the date of this Affidavit, Debtor/Defendant has failed to answer or otherwise respond to the Pleadings. The answer deadline of February 2, 2026 has now passed without any response from Debtor/Defendant.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk issue a Certificate of Default as a condition precedent to Plaintiff's filing of a motion for entry of default judgment against Debtor/Defendant.

Dated: February 3, 2026
Manhasset, New York

Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, NY 11030
(646) 374-8267
cornell.jonathan@gmail.com

Sworn to before me this
3rd day of February, 2026

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__