# EXHIBIT B

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------x
In re:                                                       :
                                                             :   Chapter 7
BRITTNEY MICHELLE WATKINS,                                   :   Case No. 25-10264-lgb
                                                             :
                Debtor.                                      :
------------------------------------------------------------x
                                                             :
JONATHAN CORNELL,                                            :
                                                             :
                                                             :
                Plaintiff,                                   :   Adv. Pro. No. 25-01161-lgb
                                                             :   (Judge Lisa G. Beckerman)
    -against-                                             :
                                                             :
BRITTNEY MICHELLE WATKINS,                                   :
                                                             :
                                                             :
                Defendant.                                   :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on January 6, 2026, I caused to be served a true and correct copy of the SUMMONS AND NOTICE of PRE-TRIAL CONFERENCE AND ADVERSARY COMPLAINT TO: (I) DENY DISCHARGE; AND (II) IN THE ALTERNATIVE, DETERMINE DISCHARGEABILITY OF DEBT [ECFs No. 1, 2] by the following means:

SERVICE BY FIRST-CLASS MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:

BRITTNEY MICHELLE WATKINS
Defendant
2930 Wilson Avenue, Apt 1
Bronx, NY 10469

SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND EMAIL:

JEB SINGER, ESQ.

J. SINGER LAW GROUP, PLLC
Attorney for Defendant
One Liberty Plaza, 23rd Floor
New York, NY 10006
jsinger@jsingerlawgroup.com

OFFICE OF THE UNITED STATES TRUSTEE
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
US1PRegion02.NYECF@usdoj.gov

SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:

ALAN NISSELSON, ESQ.
WINDELS MARX LANE & MITTENDORF, LLP
Chapter 7 Trustee
156 West 56th Street, 22nd Floor
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2026
Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646) 374-8267

Additional information concerning service:

USPS Certified Mail Tracking Numbers:

To Brittney Michelle Watkins:    9589 0710 5270 2995 2598 04

To Jeb Singer:    9589 0710 5270 2995 2597 98

To Alan Nisselson:    9589 0710 5270 2995 2597 74

To U.S. Trustee:    9589 0710 5270 2995 2597 81