# Notice Recipients

District/Off: 0208−1      User: admin              Date Created: 2/3/2026
Case: 25−01161−lgb       Form ID: clkdflt         Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Brittney Michelle Watkins      143 Admiral Lane      Bronx, NY 10473

TOTAL: 1