Honorable Judge,

My name is Brittney Watkins, and I am writing with respect to my bankruptcy case, Case Number 25-01161.

I am reaching out to the Court with great respect to explain that I was not aware of any upcoming court date or of any new filings in my case. I learned of the scheduled court date only after I personally contacted the court on February 9, 2026, to ask whether there had been any updates. Until that point, I had not received notice from my attorney or from any other source.

I sincerely apologize to the Court if my lack of awareness has caused any confusion or inconvenience. This was not intentional, and I want to assure the Court that I am committed to fully complying with all requirements and participating appropriately in the process. Had I been aware sooner, I would have taken immediate steps to prepare.

I respectfully ask for the Court's understanding and any direction it may provide regarding how I should proceed at this time. Thank you for your time, patience, and consideration.

Respectfully submitted,

Brittney Watkins
Phone: 929-583-0318
Case Number: 25-01161