UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                                       :
                                                             :     Chapter 7
BRITTNEY MICHELLE WATKINS,                                   :
                                                             :     Case No. 25-10264-lgb
                                          Debtor.            :
-------------------------------------------------------------x
                                                             :
JONATHAN CORNELL,                                            :     Adv. Proc. No. 25-01161
                                          Plaintiff,         :
                                                             :
                                                             :
                              v.                             :
                                                             :
                                                             :
BRITTNEY MICHELLE WATKINS,                                   :
                                          Defendant.         :
-------------------------------------------------------------x

## ORDER TO SHOW CAUSE

**WHEREAS**, on December 29, 2025, a complaint [ECF 1][1] (the "Complaint") was filed by Jonathan Cornell, a creditor and party-in-interest in the above-captioned case; and

**WHEREAS**, on January 6, 2026, Mr. Cornell served the Complaint and the Summons with Notice of Pre-Trial Conference on, *inter alia*, Brittney Michelle Watkins (the "Defendant") and the Debtor's counsel [ECF 3]; and

**WHEREAS**, on February 3, 2026, Mr. Cornell filed the Request for Clerk's Entry of Default [ECF 4] and the Clerk entered default against the Defendant because the "[D]efendant failed to plead or otherwise defend in this case as required by law" [ECF 5] (the "Entry of Default"); and

**WHEREAS**, on February 9, 2026, the Defendant filed a letter [ECF 7] asserting that they "had not received notice from [the Defendant's] attorney or from any other source" and requesting further direction from the Court; and

---

[1] All ECF references shall correspond to the docket of the instant adversary proceeding.

**WHEREAS**, prior to the Default's entry, a pretrial conference (the "Conference") was scheduled to be held on February 18, 2026; and

**WHEREAS**, Mr. Cornell requested that the Court reserve a date to consider his forthcoming Motion for Default Judgment (the "Motion") under Fed. R. Civ. P. 55(b)(2) and Local Bankruptcy Rule 7055-2; and

**WHEREAS**, in the interest of efficient case management and dispute resolution, the Court deems it prudent to issue the instant Order.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that the Court shall hold a hearing, via Zoom for Government, at 10 AM (EST) on March 12, 2026 (the "Hearing"); and it is further

**ORDERED**, that the Defendant and counsel for the Defendant shall **APPEAR** at the Hearing to show cause as to why the Court should set aside the Entry of Default; and it is further

**ORDERED**, that the Court shall consider the Motion at the Hearing, *provided that* Mr. Cornell timely files and properly serves the Motion and this Order upon all required parties; and it is further

**ORDERED**, that the Conference shall be adjourned to the date and time of the Hearing; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters related to or arising out of the implementation and execution of this Order.

Dated: New York, New York
      February 18, 2026

    */s/ Lisa G. Beckerman*
    HONORABLE LISA G. BECKERMAN
    UNITED STATES BANKRUPTCY JUDGE