# Notice Recipients

District/Off: 0208−1        User: admin        Date Created: 2/18/2026
Case: 25−01161−lgb        Form ID: pdf001        Total: 4

**Recipients of Notice of Electronic Filing:**
aty        Jeb Singer        jsinger@jsingerlawgroup.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Jonathan Cornell        120 Bourndale Road North        Manhasset, NY 11030
dft        Brittney Michelle Watkins        143 Admiral Lane        Bronx, NY 10473
ust        United States Trustee        Office of the United States Trustee − NY        Alexander Hamilton Custom House        One Bowling Green, Room 534        New York, NY 10004−1408

TOTAL: 3