UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
In re:                                           :
                                                 :    Chapter 7
BRITTNEY MICHELLE WATKINS,                       :
                                                 :    Case No. 25-10264-lgb
                              Debtor.            :
-----------------------------------------------------------x
                                                 :
JONATHAN CORNELL,                                :    Adv. Proc. No. 25-01161
                              Plaintiff,         :
                                                 :
              v.                                 :
                                                 :
BRITTNEY MICHELLE WATKINS,                       :
                              Defendant.         :
-----------------------------------------------------------x
```

## ORDER TO SHOW CAUSE

**WHEREAS**, on December 29, 2025, a complaint [ECF 1][1] (the "Complaint") was filed by Jonathan Cornell, a creditor and party-in-interest in the above-captioned case; and

**WHEREAS**, on January 6, 2026, Mr. Cornell served the Complaint and the Summons with Notice of Pre-Trial Conference on, *inter alia*, Brittney Michelle Watkins (the "Defendant") and the Debtor's counsel [ECF 3]; and

**WHEREAS**, on February 3, 2026, Mr. Cornell filed the Request for Clerk's Entry of Default [ECF 4] and the Clerk entered default against the Defendant because the "[D]efendant failed to plead or otherwise defend in this case as required by law" [ECF 5] (the "Entry of Default"); and

**WHEREAS**, on February 9, 2026, the Defendant filed a letter [ECF 7] asserting that they "had not received notice from [the Defendant's] attorney or from any other source" and requesting further direction from the Court; and

---

[1] All ECF references shall correspond to the docket of the instant adversary proceeding.

**WHEREAS**, prior to the Default's entry, a pretrial conference (the "Conference") was scheduled to be held on February 18, 2026; and

**WHEREAS**, Mr. Cornell requested that the Court reserve a date to consider his forthcoming Motion for Default Judgment (the "Motion") under Fed. R. Civ. P. 55(b)(2) and Local Bankruptcy Rule 7055-2; and

**WHEREAS**, in the interest of efficient case management and dispute resolution, the Court deems it prudent to issue the instant Order.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that the Court shall hold a hearing, via Zoom for Government, at 10 AM (EST) on March 12, 2026 (the "Hearing"); and it is further

**ORDERED**, that the Defendant and counsel for the Defendant shall **APPEAR** at the Hearing to show cause as to why the Court should set aside the Entry of Default; and it is further

**ORDERED**, that the Court shall consider the Motion at the Hearing, *provided that* Mr. Cornell timely files and properly serves the Motion and this Order upon all required parties; and it is further

**ORDERED**, that the Conference shall be adjourned to the date and time of the Hearing; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters related to or arising out of the implementation and execution of this Order.

Dated: New York, New York
      February 18, 2026

                                          */s/ Lisa G. Beckerman*
                                          HONORABLE LISA G. BECKERMAN
                                          UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of New York

Cornell,
    Plaintiff

Watkins,
    Defendant

Adv. Proc. No. 25-01161-lgb

# CERTIFICATE OF NOTICE

District/off: 0208-1    User: admin    Page 1 of 2
Date Rcvd: Feb 18, 2026    Form ID: pdf001    Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Brittney Michelle Watkins, 143 Admiral Lane, Bronx, NY 10473-2445 |
| pla | + | Jonathan Cornell, 120 Bourndale Road North, Manhasset, NY 11030-1938 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Feb 18 2026 19:17:16 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

**Name**    **Email Address**

Jeb Singer
     on behalf of Defendant Brittney Michelle Watkins jsinger@jsingerlawgroup.com jebsinger@gmail.com

District/off: 0208-1  User: admin  Page 2 of 2
Date Rcvd: Feb 18, 2026  Form ID: pdf001  Total Noticed: 3
TOTAL: 1