# EXHIBIT A — WATKINS WHITE APARTMENT APPLICATION


Powered by

Application for
143 Admiral Ln The Bronx, NY 10473

## Summary

### Applicants

| Applicant | Criminal & Eviction | ResidentScore | Credit Alerts |
|---|---|---|---|
| **Dominick White**<br>Brittneymwatkins004@gmail.com<br>(929) 337-0965 | No Criminal Records Found<br>No Eviction Records Found | 685 (Low Risk) | |
| 6 Credit Records Found | | | |

| **Preferred Move-In Date** | **Preferred Term** |
|---|---|
| 06/30/2023 | 36 month lease |

**Income to Rent Ratio***
4.6 x rent

*Total gross monthly income compared to the rent amount.
Acceptable ratios may vary, but typically the renter income should
be at least 3x the rent amount.

**2022 W-2 and EARNINGS SUMMARY**   ADP®

| Employee | Reference | Copy |
|---|---|---|
| **W-2** Wage and Tax Statement | | **2022** OMB No. 1545-0008 |

Copy C for employee's records.

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | L   EIC 2782 |

c  Employer's name, address, and ZIP code

**Robert Half International**
**2844 Sand Hill Road**
**Menlo Park Ca, 94025**

**Batch #02348**

e/t  Employee's name, address, and ZIP code

**Brittney Watkins**
**1719 Gates Ave APT. #3L**
**Ridgewood NY 11385**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-4974 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 80,045.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 80,045.42 | 5704.96 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 80,045.42 | 1398.74 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| NY 13-1740122 | 80,045.42 |
| 17 State income tax | 18 Local wages, tips, etc. |
| | 80,045.42 |
| 19 Local income tax | 20 Locality name  NYC RES |

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 80,123.38 | 80,123.38 | 80,123.38 | 80,123.38 | 80,123.38 |
| **Less** Misc. Non Taxable Comp. | 77.96 | 77.96 | 77.96 | 77.96 | 77.96 |
| **Reported W-2 Wages** | **80,045.42** | **80,045.42** | **80,045.42** | **80,045.42** | **80,045.42** |

**2. Employee Name and Address.**

**Brittney Watkins**
**1719 Gates Ave APT. #3L**
**Ridgewood NY 11385**

© 2022 ADP, Inc.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 80,045.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 80,045.42 | 5704.96 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 80,045.42 | 1398.74 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | L   EIC 2782 |

c  Employer's name, address, and ZIP code

**Robert Half International**
**2844 Sand Hill Road**
**Menlo Park Ca, 94025**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-4974 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/t  Employee's name, address and ZIP code

**Brittney Watkins**
**1719 Gates Ave APT. #3L**
**Ridgewood NY 11385**

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| NY 13-1740122 | 80,045.42 |
| 17 State income tax | 18 Local wages, tips, etc. |
| | 80,045.42 |
| 19 Local income tax | 20 Locality name  NYC RES |

**W-2** Federal Filing Copy Wage and Tax Statement **2022** OMB No. 1545-0008

Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 80,045.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 80,045.42 | 5704.96 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 80,045.42 | 1398.74 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | L   EIC 2782 |

c  Employer's name, address, and ZIP code

**Robert Half International**
**2844 Sand Hill Road**
**Menlo Park Ca, 94025**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-4974 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/t  Employee's name, address and ZIP code

**Brittney Watkins**
**1719 Gates Ave APT. #3L**
**Ridgewood NY 11385**

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| NY 13-1740122 | 80,045.42 |
| 17 State income tax | 18 Local wages, tips, etc. |
| | 80,045.42 |
| 19 Local income tax | 20 Locality name  NYC RES |

**W-2** NY.State Filing Copy Wage and Tax Statement **2022** OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 80,045.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 80,045.42 | 5704.96 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 80,045.42 | 1398.74 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | L   EIC 2782 |

c  Employer's name, address, and ZIP code

**Robert Half International**
**2844 Sand Hill Road**
**Menlo Park Ca, 94025**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-4974 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/t  Employee's name, address and ZIP code

**Brittney Watkins**
**1719 Gates Ave APT. #3L**
**Ridgewood NY 11385**

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| NY 13-1740122 | 80,045.42 |
| 17 State income tax | 18 Local wages, tips, etc. |
| | 80,045.42 |
| 19 Local income tax | 20 Locality name  NYC RES |

**W-2** City or Local Filing Copy Wage and Tax Statement **2022** OMB No. 1545-0008

Copy 2 to be filed with employee's City or Local Income Tax Return.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $20,500 ($14,000 if you only have SIMPLE plans; $23,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $20,500. Deferrals under code H are limited to $7,000.

Para, if you were age 50 or over in 2022, your employer may have allowed an additional deferral of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Form 1040 instructions.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Form 1040 instructions for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers use this box for any information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury − Internal Revenue Service

---

**NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.**

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**

In order to insure efficient processing, attach this W-2 to your tax return like this (following agency instructions):



**TAX RETURN**

THIS FORM W-2    OTHER W-2'S

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2022 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2022 or if income is earned for services provided while you were an inmate at a penal institution. For 2022 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and the Social Security Administration (SSA).

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the SSA to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is reported by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2022 and more than $9,114 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. See the Form 1040 instructions. If you had more than one railroad employer and more than $5,350.80 in Tier 2 RRTA tax was withheld, you may be able to claim a refund on Form 843. See the Instructions for Form 843.

# 2022 W-2 and EARNINGS SUMMARY    ADP

## W-2 Wage and Tax Statement

Employee Reference Copy

**2022**

OMB No. 1545-0008

Copy C for employee's records.

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

| d Control number | Dept. | Corp. | Employer use only | | |
|---|---|---|---|---|---|
| 207537 | CLI2/SBD | 017550 | | L | EIC 2782 |

c Employer's name, address, and ZIP code

**ST BARNABAS HOSPITAL**
**183RD ST AND THIRD AVE**
**BRONX NY 10457**

**Batch #02348**

e/t Employee's name, address, and ZIP code

**DOMINICK F WHITE**
**140 DE KRUIF PLACE**
**APT. #32C**
**BRONX NY 10475**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 103,046.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 103,046.42 | 5,294.33 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 103,046.42 | 1,809.74 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 103,046.42 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| | | 103,046.42 |
| 19 Local income tax | | 20 Locality name  NYC RES |

---

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 88,577.38 | 88,577.38 | 88,577.38 | 88,577.38 | 88,577.38 |
| **Less** Misc. Non Taxable Comp. | 14,496.04 | 14,496.04 | 14,496.04 | 14,496.04 | 14,496.04 |
| **Reported W-2 Wages** | **103,046.42** | **103,046.42** | **103,046.42** | **103,046.42** | **103,046.42** |

**2. Employee Name and Address.**

**DOMINICK F WHITE**
**140 DE KRUIF PLACE**
**APT. #32C**
**BRONX NY 10475**

© 2022 ADP, Inc.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 103,046.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 103,046.42 | 5,294.33 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 103,046.42 | 1,809.74 |

| d Control number | Dept. | Corp. | Employer use only | | |
|---|---|---|---|---|---|
| 207537 | CLI2/SBD | 017550 | | L | EIC 2782 |

c Employer's name, address, and ZIP code

**ST BARNABAS HOSPITAL**
**183RD ST AND THIRD AVE**
**BRONX NY 10457**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/t Employee's name, address, and ZIP code

**DOMINICK F WHITE**
**140 DE KRUIF PLACE**
**APT. #32C**
**BRONX NY 10475**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 103,046.42 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| | | 103,046.42 |
| 19 Local income tax | | 20 Locality name  NYC RES |

**W-2** Federal Filing Copy
Wage and Tax Statement

**2022**

OMB No. 1545-0008

Copy B to be filed with employee's Federal Income Tax Return.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 103,046.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 103,046.42 | 5,294.33 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 103,046.42 | 1,809.74 |

| d Control number | Dept. | Corp. | Employer use only | | |
|---|---|---|---|---|---|
| 207537 | CLI2/SBD | 017550 | | L | EIC 2782 |

c Employer's name, address, and ZIP code

**ST BARNABAS HOSPITAL**
**183RD ST AND THIRD AVE**
**BRONX NY 10457**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/t Employee's name, address, and ZIP code

**DOMINICK F WHITE**
**140 DE KRUIF PLACE**
**APT. #32C**
**BRONX NY 10475**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 103,046.42 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| | | 103,046.42 |
| 19 Local income tax | | 20 Locality name  NYC RES |

**W-2** NY.State Filing Copy
Wage and Tax Statement

**2022**

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 103,046.42 | |
| 3 Social security wages | 4 Social security tax withheld |
| 103,046.42 | 5,294.33 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 103,046.42 | 1,809.74 |

| d Control number | Dept. | Corp. | Employer use only | | |
|---|---|---|---|---|---|
| 207537 | CLI2/SBD | 017550 | | L | EIC 2782 |

c Employer's name, address, and ZIP code

**ST BARNABAS HOSPITAL**
**183RD ST AND THIRD AVE**
**BRONX NY 10457**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  DD  8417.52 |
| 14 Other  16.80 SDI  140.53 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/t Employee's name, address, and ZIP code

**DOMINICK F WHITE**
**140 DE KRUIF PLACE**
**APT. #32C**
**BRONX NY 10475**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 103,046.42 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| | | 103,046.42 |
| 19 Local income tax | | 20 Locality name  NYC RES |

**W-2** City or Local Filing Copy
Wage and Tax Statement

**2022**

OMB No. 1545-0008

Copy 2 to be filed with employee's City or Local Income Tax Return.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tips shown unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $20,500 ($14,000 if you only have SIMPLE plans; $23,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $20,500. Deferrals under code H are limited to $7,000.

Note, however, if you were at least age 50 in 2022, your employer may have allowed an additional catch-up of up to $6,500 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Form 1040 instructions.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Form 1040 instructions for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

Department of the Treasury − Internal Revenue Service

---

**NOTE: THESE ARE SUBSTITUTE WAGE AND TAX STATEMENTS AND ARE ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE AND LOCAL/CITY INCOME TAX RETURNS.**

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**IMPORTANT NOTE:**

In order to insure efficient processing, attach this W-2 to your tax return like this (following agency instructions):



**TAX RETURN**

THIS FORM W-2    OTHER W-2'S

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2022 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2022 or if income is earned for services provided while you were an inmate at a penal institution. For 2022 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596, Earned Income Credit. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and the Social Security Administration (SSA).

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the SSA to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is reported by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2022 and more than $9,114 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. See the Form 1040 instructions. If you had more than one railroad employer and more than $5,350.80 in Tier 2 RRTA tax was withheld, you may be able to claim a refund on Form 843. See the Instructions for Form 843.



SBD  207537  017550  4006    NUMBER 0000455822

**Earnings Statement**

ADP

St. Barnabas Hospital
**BRONX**

4422 3RD AVE.
BRONX, N.Y. 10457

| | |
|---|---|
| Period Beginning: | 05/21/2023 |
| Period Ending: | 06/03/2023 |
| Pay Date: | 06/08/2023 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:
    NY:
    New York Cit:

WHITE,DOMINICK    F
140 DE KRUIF PLACE
APT.  #32C
BRONX NY 10475

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.00 | 80.00 | 4,000.00 | 40,000.00 |
| Overtime | 75.00 | 15.00 | 1,125.00 | 2,250.00 |
| Birth Of Child | | | | 169.27 |
| Hol Work Ot | | | | .00 |
| Holiday | | | | .00 |
| Hw Bonus | | | | 500.00 |
| Nyc Safe Sick | | | | 871.75 |
| Retroactive | | | | 15.62 |
| Sick | | | | .00 |
| Vacation | | | | .00 |
| **Gross Pay** | | | **$5,125.00** | 41,986.64 |

| | |
|---|---|
| **Net Check** | **$4,357.34** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,125.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -512.08 | 5,120.80 |
| | Medicare Tax | -99.46 | 994.60 |
| | NY SDI Tax | -1.20 | 27.21 |
| | NY Paid Family Leave Ins | -13.95 | 139.50 |
| | Federal Income Tax | | .00 |
| | **Other** | | |
| | Med/Dental/Rx | -80.00* | 800.00 |
| | Rel Vol Life | -2.28 | 22.80 |
| | Ssoba Loan | -38.99 | 399.20 |
| | Union Due Guard | -16.75 | 167.50 |
| | Vision Plan | -2.95* | 29.45 |
| | **Net Pay** | **$4,357.34** | |
| | Dd Saving | -600.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 157.50 | |
| Vacation Bal | 92.20 | |
| Vac Balance | | 92.20 |

| Deposits | |
|---|---|
| Account No. | xxx9811 |
| Transit/ABA | xxxx xxxx |
| Amount | $600.00 |

© 2000 ADP, Inc.



St. Barnabas Hospital
**BRONX**

4422 3RD AVE.
BRONX, N.Y. 10457

SBD                                    52-153/112
**Payroll check number: 0000697324**
Pay date:                        06/08/2023

Pay to the
order of:        **WHITE,DOMINICK    F**

This amount:    **FOUR THOUSAND THREE HUNDRED FIFTY SEVEN AND 34/100 DOLLARS**                        **$4357.34**

VOID NON-NEGOTIABLE    VOID    NON-NEGOTIABLE



BANK OF AMERICA
150 WINDSOR STREET
HARTFORD, CT 06120

VOID AFTER 180 DAYS



SBD   207537   017550   4006   0000455822

**Earnings Statement**

ADP

## St. Barnabas Hospital BRONX
4422 3RD AVE.
BRONX, N.Y. 10457

| | |
|---|---|
| Period Beginning: | 05/07/2023 |
| Period Ending: | 05/20/2023 |
| Pay Date: | 05/25/2023 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:
  NY:
  New York Cit:

**WHITE,DOMINICK   F**
**140  DE  KRUIF  PLACE**
**APT.   #32C**
**BRONX  NY  10475**

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.00 | 80.00 | 4,000.00 | 36,000.00 |
| Overtime | 75.00 | 15.00 | 1,125.00 | 1,125.00 |
| Birth Of Child | | | | 169.27 |
| Hol Work Ot | | | | .00 |
| Holiday | | | | .00 |
| Hw Bonus | | | | 500.00 |
| Nyc Safe Sick | | | | 871.75 |
| Retroactive | | | | 15.62 |
| Sick | | | | .00 |
| Vacation | | | | .00 |
| **Gross Pay** | | | **$5,125.00** | 36,861.64 |

### Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -512.08 | 4,608.72 |
| | Medicare Tax | -99.46 | 895.14 |
| | NY SDI Tax | -1.20 | 26.01 |
| | NY Paid Family Leave Ins | -13.95 | 125.55 |
| | Federal Income Tax | | .00 |
| | **Other** | | |
| | Med/Dental/Rx | -80.00* | 720.00 |
| | Rel Vol Life | -2.28 | 20.52 |
| | Ssoba Loan | -38.99 | 360.21 |
| | Union Due Guard | -16.75 | 150.75 |
| | Vision Plan | -2.95* | 26.55 |
| | **Net Pay** | **$4,357.34** | |
| | Dd Saving | -600.00 | |

**Net Check**          **$4,357.34**

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,125.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 157.50 | |
| Vacation Bal | 92.20 | |
| Vac Balance | | 92.20 |

### Deposits

| | |
|---|---|
| Account No. | xxx9811 |
| Transit/ABA | xxxx xxxx |
| Amount | $600.00 |

© 2000 ADP, Inc.

---



## St. Barnabas Hospital BRONX
4422 3RD AVE.
BRONX, N.Y. 10457

SBD                                    52-153/112

**Payroll check number: 0000455822**
Pay date:                      05/25/2023

Pay to the
order of:      **WHITE,DOMINICK     F**

This amount:   **FOUR THOUSAND THREE HUNDRED FIFTY SEVEN AND 34/100 DOLLARS**          **$4357.34**

VOID NON-NEGOTIABLE   VOID  NON-NEGOTIABLE



BANK OF AMERICA
150 WINDSOR STREET
HARTFORD, CT 06120

VOID AFTER 180 DAYS

RH 394584 823150 5983 DE 10-2 NUM 0000534972

**Earnings Statement**

ADP®

**rh Robert Half**®

2844 Sand Hill Road
Menlo Park Ca,
94025

| | |
|---|---|
| Period Beginning: | 05/21/2023 |
| Period Ending: | 06/03/2023 |
| Pay Date: | 06/09/2023 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:
  NY:
  New York Cit:

**Brittney Watkins**
**1719 Gates Ave APT. #3L**
**Ridgewood NY 11385**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.50 | 80 00 | 2,840.00 | 28,400.00 |

| Net Check | $2,321.90 |
|---|---|

| Gross Pay | $2,840.00 |
|---|---|

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 60 50 | |
| Vacation Bal | 35 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -180.73 | 1,807.30 |
| | Medicare Tax | -96.45 | 506.49 |
| | NY SDI Tax | -43.98 | 439.80 |
| | NY City Tax | -28.32 | 283.20 |
| | Federal Income Tax | -120.37 | 1,203.70 |
| | **Other** | | |
| | Med/Dental/Rx | -48.25 | 482.50 |

| Deposits | |
|---|---|
| Account No | xxx2931 |

| Net Pay | $2,321.90 |
|---|---|

© 2000 ADP, Inc.

RH
**Payroll check number: 0007982**
Pay date: 06/09/2023

77-339812

**rh Robert Half**®

44 2844 Sand Hill Road
Menlo Park Ca, 94025

Pay to the order of: **WATKINS,BRITTNEY**

This amount: **TWO THOUSAND TWO HUNDRED THIRTY ONE AND 90/100 DOLLARS** | **$2,231.90**

J.P. MORGAN
430 W 7TH STREET
KANSAS CITY,MO
64105

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

RH    394584   823150   5983   NUMBER   0000534972

**Earnings  Statement**

ADP

**rh | Robert Half**

2844 Sand Hill Road
Menlo Park Ca,
94025

| | |
|---|---|
| Period  Beginning: | 05/07/2023 |
| Period  Ending: | 05/20/2023 |
| Pay  Date: | 05/26/2023 |

Taxable  Marital  Status:    Single
Exemptions/Allowances:
    Federal:
NY:
New  York  Cit:

**Brittney Watkins
1719 Gates Ave APT. #3L
Ridegwood NY 11385**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 38 .50 | 80 00 | 2,840.00 | 25 ,560 .00 |

| Net  Check | $2,321.90 |
|---|---|

| Gross  Pay | $2,840.00 |
|---|---|

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Sick  Balance | 60 50 | |
| Vacation  Bal | 35 00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -180.73 | 1,626.57 |
| | Medicare Tax | -96.45 | 410.04 |
| | NY SDI Tax | -43.98 | 395.82 |
| | NY City  Tax | -28.32 | 254.88 |
| | Federal Income Tax | -120.37 | 1,083.33 |
| | **Other** | | |
| | Med/Dental/Rx | -48.25 | 434 25 |

| Deposits | |
|---|---|
| Account  No | xxx2931 |

| Net  Pay | $2,321.90 |
|---|---|

© 2000  ADP,  Inc.

**rh | Robert Half**

44 2844 Sand Hill Road
Menlo Park Ca, 94025

RH                                  77-339812
**Payroll  check  number:  00023945**
Pay  date:                    05/26/2023

Pay to the
order of:        **WATKINS,BRITTNEY**

This amount:    **TWO  THOUSAND  TWO  HUNDRED  THIRTY  ONE  AND  90/100  DOLLARS**            $2,231.90

VOID  NON–NEGOTIABLE    VOID  NON–NEGOTIABLE

J.P. MORGAN
430 W 7TH STREET
KANSAS  CITY,MO
64105

VOID  AFTER  180 DAYS



Powered by
Apartments.com™

Application for
143 Admiral Ln The Bronx, NY 10473

## Application                                           Dominick White

### Basic Info

**Dominick White**
Brittneymwatkins004@gmail.com
(929) 337-0965

**Preferred Move-In Date**
06/30/2023

**Preferred Term**
36 month lease

### Identification

**Last 4 Digits of Driver's License #**
2425
NY

**Date of Birth**
**/**/1991

**SSN/ITIN**
****-**-

### Minors



### Residence History

**Current Address**
1719 gates ave 3L
Queens, NY 11385

**I lived here for...**
2 years, 1 month

**Type**
Rental

**Landlord/Manager**
Amanda Moss
(929) 353-0387

### Employment

**Current Employer**
St. Barnabas
Bronx, NY

**Previous Employer**
Robert Half
Queens, NY

**Position/Title**
Administrative Sergeant

**Position/Title**
Management ana

**I worked here from...**
May 2015 - Current

**I worked here from...**
Apr. 2021 - Current

**Supervisor Name**
Sergeant Lopez
(718) 960-9000

**Supervisor Name**
Pauline Stallings
(347) 932-4997

## Income

| | |
|---|---|
| **$183,091.00 per year** | **Supporting Documents** |
| **Comments** | W2- Brittney.pdf |
| We also have 2 children receiving income | BRITTNEY PAYSTUB.pdf |
| SSI as well, 20k annual for them tog | BRITTNEY PAYSTUB2.pdf |
| | Dom W2.pdf |
| | Dom pay stub .pdf |
| | Dom paystub 2.pdf |
| | 9593E079-9293-451B-88E2-150F34DCCD2D.jpeg |
| | 209A7CDD-D7EE-4ACD-B92E-49E91A26DDBC.jpeg |

## References

Carlton Holness
Co-worker
(646) 258-7753

## Emergency Contacts

| | |
|---|---|
| Yvonne Greenwood | Kennedy Watkins |
| Family | Family |
| (803) 447-5954 | (347) 344-9887 |

## Agreement History

- Dominick White agreed to Apartments.com Terms & Conditions on Jun 17, 2023, 09:45 am EST
- Digitally signed by Dominick White on Jun 17, 2023, 10:57 am EST
- Tenant grants permission for property owner or manager to contact any current or former employers, property owners or managers and references listed on this application and further grants permission to current and formers employers, property owners or managers, and references listed on this application to release their information for verification purposes

*Dominick White*


**Powered by**



Application for
143 Admiral Ln The Bronx, NY 10473

Application ID# 5119693

# Credit Report                                    Dominick White

## TransUnion® ResidentScore



**685**

350                                    850

**ResidentScore Factors**

- Insufficient payment activity over the last year
- Not enough available credit on active or open bankcard accounts
- Number of delinquent accounts is too high in proportion to total number of accounts
- Too many inquiries

## Applicant Info

| First Name | Middle Name | Last Name |
|---|---|---|
| DOMINICK | FRANKLIN | WHITE |

**SSN Message**
Exact SSN match

## Profile Summary

**Record Count**

| Tradelines: | Collections: | Public Records: | Inquiries: |
|---|---|---|---|
| 6 | 4 | — | 4 |

**Derogatory Items**

| Negative Tradelines: | Tradelines with any historical negatives: | Occurrence of any historical negatives: |
|---|---|---|
| 1 | 2 | 6 |

**Tradeline Summary**

| | Count | High Credit | Credit Limit | Balance | Payment | Past Due | Available |
|---|---|---|---|---|---|---|---|
| **Revolving** | 2 | $259.00 | $300.00 | $213.00 | $26.00 | — | 29% |
| **Installment** | 3 | $539.00 | — | $187.00 | $48.00 | — | — |
| **Mortgage** | — | — | — | — | — | — | — |
| **Open** | 1 | $3,821.00 | — | $1,308.00 | — | — | 66% |
| **Closed w Bal** | — | — | — | — | — | — | — |

| Total | 6 | | $4,619.00 | $300.00 | $1,708.00 | $74.00 | — | — |
|-------|---|---|-----------|---------|-----------|--------|---|---|

## Fraud Alerts

Total Fraud Alerts **2**

- Current address mismatch – Input does not match file.
- Input Address has been reported as suspicious.

## Consumer Alerts

No consumer alerts.

## Public Records

No public records.

## Collections

### 01
**MIDLAND FUND**

**Original Creditor**
COMENITY CAPITAL BANK

**Date Opened**
06/30/2017

**Credit Grantor**
COMENITY CAPITAL BANK

**Industry**
Collection services

**Remarks**
Account information disputed by consumer

**Current Balance**
$1,192.00

**Loan Type/Term**
Open

**Verified**
06/09/2023

**Original Balance**
$1,192.00

**Account Type**
Individual account

**Status**
Collection account

**Past Due**
—

**Comment**
Automated Account

**Credit Grantor**
COMENITY CAPITAL BANK

### 02
**PORTFOLIO RC**

| | | |
|---|---|---|
| **Original Creditor** | **Date Opened** | **Credit Grantor** |
| CAPITAL ONE BANK USA N A | 11/19/2018 | CAPITAL ONE BANK USA N A |
| **Industry** | **Remarks** | **Current Balance** |
| Collection services | Placed for collection | $411.00 |
| **Loan Type/Term** | **Verified** | **Original Balance** |
| Open | 06/02/2023 | $411.00 |
| **Account Type** | **Status** | **Past Due** |
| Individual account | Collection account | — |
| **Comment** | **Credit Grantor** | |
| Automated Account | CAPITAL ONE BANK USA N A | |

## 03

**JEFFCAPSYS**

| | | |
|---|---|---|
| **Original Creditor** | **Date Opened** | **Credit Grantor** |
| VERIZON WIRELESS | 02/18/2022 | VERIZON WIRELESS |
| **Industry** | **Remarks** | **Current Balance** |
| Collection services | Placed for collection | $323.00 |
| **Loan Type/Term** | **Verified** | **Original Balance** |
| Open | 05/26/2023 | $323.00 |
| **Account Type** | **Status** | **Past Due** |
| Individual account | Collection account | — |
| **Comment** | **Credit Grantor** | |
| Automated Account | VERIZON WIRELESS | |

## 04

**CAVALRY PORT**

| | | |
|---|---|---|
| **Original Creditor** | **Date Opened** | **Credit Grantor** |
| DSNB MACYS | 09/25/2020 | DSNB MACYS |
| **Industry** | **Remarks** | **Current Balance** |
| Collection services | Placed for collection | $1,004.00 |
| **Loan Type/Term** | **Verified** | **Original Balance** |
| Open | 05/01/2023 | $789.00 |
| **Account Type** | **Status** | **Past Due** |
| Individual account | Collection account | — |
| **Comment** | **Credit Grantor** | |
| Automated Account | DSNB MACYS | |

## Creditor Accounts

Total Trade Lines  **6**

### 01

ACEPTANCENOW
Payment Summary

| | 90 | 60 | 30 |
|---|---|---|---|
| Days Late | | | |
| # of Times | 2 | 1 | 2 |

**Account Type**
Installment

**Date Opened**
02/13/2018

**Currently Past Due**
$0.00

**Status**
- - 120 days past due

**Date Verified**
02/12/2019

**Monthly Payments**
$—

**Current Balance**
$0.00

**Account Remarks**
- - Closed

**High Credit/Limit**
$3,383.00 / $—

**Date Closed**
02/12/2019

**Account Designator**
Individual account

**Date Reported**
02/12/2019

**Industry**
Finance or Personal

**Loan Type**
Rental Agreement

**Full Payment History** (Up to 24 months)

**Jan 2019 - Feb 2018**

| Jan '19 | Dec '18 | Nov '18 | Oct '18 | Sep '18 | Aug '18 | Jul '18 | Jun '18 | May '18 | Apr '18 | Mar '18 | Feb '18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 90 | 60 | 30 | ✔ | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

**Legend**

✔ Current account with zero balance    - - No information for this month

30 Days delinquent    60 Days delinquent    90 Days delinquent

### 02

AMEX
Payment Summary

| | 90 | 60 | 30 |
|---|---|---|---|
| Days Late | | | |
| # of Times | 0 | 0 | 0 |

| | | |
|---|---|---|
| **Account Type** | **Date Opened** | **Currently Past Due** |
| Open | 06/13/2015 | $0.00 |
| **Status** | **Date Verified** | **Monthly Payments** |
| - - Paid or paying as agreed | 06/02/2023 | $— |
| **Current Balance** | **Account Remarks** | **High Credit/Limit** |
| $1,308.00 | - | $3,821.00 / $— |
| **Date Closed** | **Account Designator** | **Date Reported** |
| — | Authorized user on account | 06/02/2023 |
| **Industry** | **Loan Type** | |
| Banks | Credit Card | |

**Full Payment History** (Up to 24 months)

**May 2023 – Jun 2022**

| May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| '23 | '23 | '23 | '23 | '23 | '22 | '22 | '22 | '22 | '22 | '22 | '22 |

**May 2022 – Jun 2021**

| May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| '22 | '22 | '22 | '22 | '22 | '21 | '21 | '21 | '21 | '21 | '21 | '21 |

**Legend**

✓    Current account with zero balance      - -    No information for this month

30    Days delinquent      60    Days delinquent      90    Days delinquent

**03**

| ATLCAPBKSELF | | | | |
|---|---|---|---|---|
| Payment Summary | **Days Late** | 90 | 60 | 30 |
| | **# of Times** | 0 | 0 | 0 |

| **Account Type** | **Date Opened** | **Currently Past Due** |
| Installment | 09/28/2022 | $0.00 |

| **Status** | **Date Verified** | **Monthly Payments** |
| - - Paid or paying as agreed | 05/31/2023 | $48.00 |

| **Current Balance** | **Account Remarks** | **High Credit/Limit** |
| $187.00 | - | $539.00 / $— |

| **Date Closed** | **Account Designator** | **Date Reported** |
| — | Individual account | 05/31/2023 |

| **Industry** | **Loan Type** | |
| Banks | Secured | |

**Full Payment History** (Up to 24 months)

**Apr 2023 - Sep 2022**

| Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
|-----|-----|-----|-----|-----|-----|-----|-----|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| '23 | '23 | '23 | '23 | '22 | '22 | '22 | '22 |

**Legend**

✓  Current account with zero balance    - -  No information for this month

30  Days delinquent    60  Days delinquent    90  Days delinquent

04

ATLCAPBKSELF
Payment Summary

| | **Days Late** | | 90 | 60 | 30 |
| | **# of Times** | | 0 | 0 | 0 |

| **Account Type** | **Date Opened** | **Currently Past Due** |
| Revolving | 01/05/2023 | $0.00 |

| **Status** | **Date Verified** | **Monthly Payments** |
| - - Paid or paying as agreed | 05/31/2023 | $26.00 |

| **Current Balance** | **Account Remarks** | **High Credit/Limit** |
| $213.00 | - | $259.00 / $300.00 |

| **Date Closed** | **Account Designator** | **Date Reported** |
| — | Individual account | 05/31/2023 |

| **Industry** | **Loan Type** | |
| Banks | Secured Credit Card | |

**Full Payment History** (Up to 24 months)

**Apr 2023 – Jan 2023**

| Apr | Mar | Feb | Jan |
|-----|-----|-----|-----|
| ✔ | ✔ | ✔ | ✔ |
| '23 | '23 | '23 | '23 |

**Legend**

| ✔ | Current account with zero balance | - - | No information for this month |
|---|---|---|---|

| 30 | Days delinquent | 60 | Days delinquent | 90 | Days delinquent |
|----|-----------------|----|-----------------|----|-----------------|

## 05

| | | 90 | 60 | 30 |
|---|---|---|---|---|
| SELF / LEAD | Days Late | | | |
| Payment Summary | # of Times | 0 | 0 | 1 |

| **Account Type** | **Date Opened** | **Currently Past Due** |
|---|---|---|
| Installment | 11/03/2021 | $0.00 |

| **Status** | **Date Verified** | **Monthly Payments** |
|---|---|---|
| - - Paid or paying as agreed | 02/22/2022 | $— |

| **Current Balance** | **Account Remarks** | **High Credit/Limit** |
|---|---|---|
| $0.00 | - - Account paid from collateral | $520.00 / $— |

| **Date Closed** | **Account Designator** | **Date Reported** |
|---|---|---|
| 02/22/2022 | Individual account | 02/22/2022 |

| **Industry** | **Loan Type** | |
|---|---|---|
| Banks | Secured | |

**Full Payment History** (Up to 24 months)

**Jan 2022 – Nov 2021**

| Jan | Dec | Nov |
|-----|-----|-----|
| 30 | ✔ | ✔ |
| '22 | '21 | '21 |

**Legend**

| ✔ | Current account with zero balance | - - | No information for this month |
|---|---|---|---|

| 30 | Days delinquent | 60 | Days delinquent | 90 | Days delinquent |
|----|-----------------|----|-----------------|----|-----------------|

## 06

| | | | |
|---|---|---|---|
| WEBBNK/FHUT | | | |
| Payment Summary | | | |

| | | 90 | 60 | 30 |
|---|---|---|---|---|
| Days Late | | | | |
| # of Times | | 0 | 0 | 0 |

| | | |
|---|---|---|
| **Account Type** | **Date Opened** | **Currently Past Due** |
| Revolving | 01/14/2016 | $0.00 |
| **Status** | **Date Verified** | **Monthly Payments** |
| - - Paid or paying as agreed | 10/28/2018 | $— |
| **Current Balance** | **Account Remarks** | **High Credit/Limit** |
| $0.00 | - - Closed | $0.00 / $500.00 |
| **Date Closed** | **Account Designator** | **Date Reported** |
| 10/25/2018 | Individual account | 10/28/2018 |
| **Industry** | **Loan Type** | |
| Department/Variety and Other Retail | Charge Account | |

**Full Payment History** (Up to 24 months)

### Sep 2018 – Oct 2017

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| '18 | '18 | '18 | '18 | '18 | '18 | '18 | '18 | '18 | '17 | '17 | '17 |

### Sep 2017 – Oct 2016

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| '17 | '17 | '17 | '17 | '17 | '17 | '17 | '17 | '17 | '16 | '16 | '16 |

**Legend**

✔   Current account with zero balance      - -   No information for this month

30   Days delinquent      60   Days delinquent      90   Days delinquent

## Address History

| | |
|---|---|
| As of 02-28-2018 | As of 12-10-2010 |
| 140 DE KRUIF PL, 32C | 2151 BRUCKNER BV, 1F |
| BRONX, NY 10475 | BRONX, NY 10472 |

## Employment History

No employment history.

## Aliases

DOMINICK FRANKLIN WHITE , FRANKLIN D WHITE

## Inquiries

| | | |
|---|---|---|
| 03/01/2023<br>SYNCB/AMAZON<br>Banks | 12/01/2021<br>SYNCB/PAYPAL<br>Banks | 08/29/2021<br>SYNCB/AMAZON<br>Banks |
| 07/03/2021<br>SYNCB/VENMO<br>Department/Variety and Other Retail | | |



Application for
143 Admiral Ln The Bronx, NY 10473

TransUnion
Application ID# 5119693

## Criminal Report                                    Dominick White

No record was found based on the data provided.



Application for
143 Admiral Ln The Bronx, NY 10473



Application ID# 5119693

## Eviction Related Proceedings                    Dominick White

No record was found based on the data provided.



