# EXHIBIT B — SBH SUBPOENA RESPONSE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :
                                                  :   Chapter 7
BRITTNEY MICHELLE WATKINS,                         :
                                                  :   Case No. 25-10264-lgb
                    Debtor.                        :
------------------------------------------------------------x

## AFFIDAVIT OF CUSTODIAN OF RECORDS

I, _____Paula Gil_____, being duly sworn, depose and state:

1. I am the __HR Operations Asst__ of __Human Resources__ [Institution Name] and am duly authorized to make this affidavit on behalf of said institution.

2. I am the custodian of the records of __St. Barnabas Hospital__ [Institution Name] or I am familiar with the manner in which such records are prepared and maintained.

3. The records described below are kept in the regular course of business of __St. Barnabas Hospital__ [Institution Name], and it is the regular course of business of said institution to make such records at or near the time of the events recorded or from information transmitted by persons with knowledge of said events.

4. The attached records are true and complete copies of the records of __St. Barnabas Hospital__ [Institution Name] for:

Account Holder(s)/Employee(s): __Dominich Trankilin White__
Time Period: January 2023 to Present
Types of Records: __Paystubs__

5. The records attached hereto are:
   ☒ Complete records for the specified time period
   ☐ Partial records (explain): _____
   ☐ No records exist for the specified account holder(s)/employee(s) and time period

6. These records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

7. These records are kept in the course of a regularly conducted business activity of __St. Barnabas Hospital__ [Institution Name].

8. It is the regular practice of __St. Barnabas Hospital__ [Institution Name] to make such records.

9. The records are in the same condition as when made, except for any alterations made in the ordinary course of business.

10. I am authorized to provide these records in response to the subpoena dated _OCT 15_, 2025.

DATED: _9/15/2025_

_Perla Gil_
Signature

_Perla Gil_
Print Name

_HR. Admin_
Title

_St. Barnabas Hospital_
Institution Name

STATE OF _New York_
COUNTY OF _Bronx_

On _9/15/2025_, before me, the undersigned notary public, personally appeared _Perla Gil_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _New York_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Maria Nicaj Thompson_
[Notary Seal]

MARIA NICAJ THOMPSON
Notary Public, State of New York
No. 01NI6306687
Qualified in Dutchess County
Commission Expires July 21, 20_26_

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| SBD | 207537 | 017550 | 4006 | 0000232190 |

# Earnings Statement

Period Beginning:      05/21/2023
Period Ending:      06/03/2023
Pay Date:      06/08/2023

Taxable Marital Status:      Single
Employee ID:   0001664

**DOMINICK F WHITE**
**140 DE KRUIF PLACE**
**APT. #32C**
**BRONX, NY 10475**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.2466 | 67.50 | 1,569.15 | |
| Overtime | 34.8699 | 8.40 | 292.91 | |
| Holiday | 23.2466 | 7.50 | 174.35 | |
| Sick | 23.2466 | 7.50 | 174.35 | |
| **Gross Pay** | | $ | 2,210.76 | 65,166.76 |

**Important Notes**

Rate Type: Hourly

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | 131.92- | 3,936.80- |
| | Medicare Tax | 30.85- | 920.70- |
| | SDI Tax | 1.20- | 21.60- |
| | NY Withholding Tax | | 28.65- |
| | NEW YORK CIT W/H Tax | | 23.08- |
| | Paid Family Leave Ins | 9.68- | 246.37- |
| | **Other** | | |
| | Union Due Guard | 16.75- | |
| | *MEDDEN | 80.00- | |
| | SSOBA Loan | 38.99- | |
| | *Vision | 2.95- | |
| | VOLLFE | 2.28- | |
| | **Net Pay** | $ 1,896.14 | |
| | Dd Saving | 1,896.14- | |
| | **Net Check** | $ 0.00 | |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

Advice number:      0000232190
Period Beginning:      05/21/2023
Period Ending:      06/03/2023
Pay Date:      06/08/2023

Pay to the
order of    **DOMINICK F WHITE**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|--------------|---------------------------|-----------|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| SBD | 207537 | 017550 | 4006 | 0000455822 |

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/07/2023 |
| Period Ending: | 05/20/2023 |
| Pay Date: | 05/25/2023 |

Taxable Marital Status:     Single
Employee ID:   0001664

**DOMINICK F WHITE
140 DE KRUIF PLACE
APT. #32C
BRONX, NY  10475**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.2466 | 75.00 | 1,743.50 | |
| Overtime | 34.8699 | 40.30 | 1,405.26 | |
| **Gross Pay** | | $ | 3,148.76 | 65,166.76 |

**Important Notes**

Rate Type: Hourly

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | 190.08- | 3,936.80- |
| | Medicare Tax | 44.46- | 920.70- |
| | SDI Tax | 1.20- | 21.60- |
| | NY Withholding Tax | | 28.65- |
| | NEW YORK CIT W/H Tax | | 23.08- |
| | Paid Family Leave Ins | 13.95- | 246.37- |
| | **Other** | | |
| | Union Due Guard | 16.75- | |
| | *MEDDEN | 80.00- | |
| | SSOBA Loan | 38.99- | |
| | *Vision | 2.95- | |
| | VOLLFE | 2.28- | |
| | **Net Pay** | $ 2,758.10 | |
| | Dd Saving | 600.00- | |
| | **Net Check** | $ 2,158.10 | |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

| | |
|---|---|
| **Payroll check number:** | **0000455822** |
| Period Beginning: | 05/07/2023 |
| Period Ending: | 05/20/2023 |
| Pay Date: | 05/25/2023 |

Pay to the
order of     **DOMINICK F WHITE**

This Amount:   **TWO THOUSAND ONE HUNDRED FIFTY-EIGHT AND 10/100 DOLLARS**          **$2,158.10**

# NON-NEGOTIABLE
## (THIS IS NOT A CHECK)

# 2024 W-2 and EARNINGS SUMMARY



This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

## Employee Reference Copy

| W-2 | Employee Reference Copy Wage and Tax Statement | 2024 |
|---|---|---|
| | | OMB No. 1545-0008 |

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | A  EIC  2356 |

**c Employer's name, address, and ZIP code**
ST BARNABAS   HOSPITAL
183RD  ST  AND  THIRD  AVE
BRONX  NY  10457

Batch  #01970

**e/f Employee's name, address, and ZIP code**
DOMINICK   F WHITE
140  DE  KRUIF  PLACE
APT.  #32C
BRONX  NY  10475

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 65277.77 | |
| 3 Social security wages | 4 Social security tax withheld |
| 65277.77 | 4047.22 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 65277.77 | 946.53 |
| 7 Social security tips | 8 Allocated tips |
| | |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | DD      8417.52 |
| 14 Other | 12b |
| 30.00 SDI | 12c |
| 243.48 NY PFL | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 65277.77 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 3.73 | 65277.77 |
| 19 Local income tax | 20 Locality name |
| 3.80 | NYC  RES |

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 67,185.62 | 67,185.62 | 67,185.62 | 67,185.62 | 67,185.62 |
| Less Misc. Non Taxable Comp. | 1,907.85 | 1,907.85 | 1,907.85 | 1,907.85 | 1,907.85 |
| Reported W-2 Wages | 65,277.77 | 65,277.77 | 65,277.77 | 65,277.77 | 65,277.77 |

### 2. Employee Name and Address.

DOMINICK  F WHITE
140  DE  KRUIF  PLACE
APT.  #32C
BRONX  NY  10475

© 2024  ADP,  Inc.

---

## Federal Filing Copy

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 65277.77 | |
| 3 Social security wages | 4 Social security tax withheld |
| 65277.77 | 4047.22 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 65277.77 | 946.53 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | A  EIC  2356 |

**c Employer's name, address, and ZIP code**
ST BARNABAS   HOSPITAL
183RD  ST  AND  THIRD  AVE
BRONX  NY  10457

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | DD      8417.52 |
| 14 Other | 12b |
| 30.00 SDI | 12c |
| 243.48 NY PFL | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

**e/f Employee's name, address and ZIP code**
DOMINICK   F WHITE
140  DE  KRUIF  PLACE
APT.  #32C
BRONX  NY  10475

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 65277.77 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 3.73 | 65277.77 |
| 19 Local income tax | 20 Locality name |
| 3.80 | NYC  RES |

**Federal Filing Copy**

| W-2 | Wage and Tax Statement | 2024 |
|---|---|---|
| | | OMB No. 1545-0008 |

Copy B to be filed with employee's Federal Income Tax Return.

---

## NY. State Filing Copy

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 65277.77 | |
| 3 Social security wages | 4 Social security tax withheld |
| 65277.77 | 4047.22 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 65277.77 | 946.53 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | A  EIC  2356 |

**c Employer's name, address, and ZIP code**
ST BARNABAS   HOSPITAL
183RD  ST  AND  THIRD  AVE
BRONX  NY  10457

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| | DD      8417.52 |
| 14 Other | 12b |
| 30.00 SDI | 12c |
| 243.48 NY PFL | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

**e/f Employee's name, address and ZIP code**
DOMINICK   F WHITE
140  DE  KRUIF  PLACE
APT.  #32C
BRONX  NY  10475

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 65277.77 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 3.73 | 65277.77 |
| 19 Local income tax | 20 Locality name |
| 3.80 | NYC  RES |

**NY.State Filing Copy**

| W-2 | Wage and Tax Statement | 2024 |
|---|---|---|
| | | OMB No. 1545-0008 |

Copy 2 to be filed with employee's State Income Tax Return.

---

## City or Local Filing Copy

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 65277.77 | |
| 3 Social security wages | 4 Social security tax withheld |
| 65277.77 | 4047.22 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 65277.77 | 946.53 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | | A  EIC  2356 |

**c Employer's name, address, and ZIP code**
ST BARNABAS   HOSPITAL
183RD  ST  AND  THIRD  AVE
BRONX  NY  10457

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-1740122 | XXX-XX-0556 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| | DD      8417.52 |
| 14 Other | 12b |
| 30.00 SDI | 12c |
| 243.48 NY PFL | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

**e/f Employee's name, address and ZIP code**
DOMINICK   F WHITE
140  DE  KRUIF  PLACE
APT.  #32C
BRONX  NY  10475

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-1740122 | 65277.77 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 3.73 | 65277.77 |
| 19 Local income tax | 20 Locality name |
| 3.80 | NYC  RES |

**City or Local Filing Copy**

| W-2 | Wage and Tax Statement | 2024 |
|---|---|---|
| | | OMB No. 1545-0008 |

Copy 2 to be filed with employee's City or Local Income Tax Return.

# 2023 W-2 and EARNINGS SUMMARY

**ADP®**

## Employee Reference Copy

**W-2** Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 207537 CLI2/SBD | 017550 | A | 2613 |

c Employer's name, address, and ZIP code
ST BARNABAS HOSPITAL
183RD ST AND THIRD AVE
BRONX NY 10457

Batch #02370

e/f Employee's name, address, and ZIP code
DOMINICK F WHITE
140 DE KRUIF PLACE
APT. #32C
BRONX NY 10475

| b Employer's FED ID number 13-1740122 | a Employee's SSA number XXX-XX-0556 |
|---|---|
| 1 Wages, tips, other comp. 59883.10 | 2 Federal income tax withheld 330.00 |
| 3 Social security wages 59883.10 | 4 Social security tax withheld 3712.75 |
| 5 Medicare wages and tips 59883.10 | 6 Medicare tax withheld 868.30 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD 8417.52 |
| 14 Other  28.86 SDI  265.64 NY PFL  1500.00 NYHWB | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

| 15 State NY | Employer's state ID no. 13-1740122 | 16 State wages, tips, etc. 59883.10 |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. 59883.10 |
| 19 Local income tax | | 20 Locality name NYC RES |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 61,710.95 | 61,710.95 | 61,710.95 | 61,710.95 | 61,710.95 |
| Less Misc. Non Taxable Comp. | 1,827.85 | 1,827.85 | 1,827.85 | 3,327.85 | 3,327.85 |
| Reported W-2 Wages | 59,883.10 | 59,883.10 | 59,883.10 | 58,383.10 | 58,383.10 |

### 2. Employee Name and Address.

DOMINICK F WHITE
140 DE KRUIF PLACE
APT. #32C
BRONX NY 10475

\* New York requires total Federal wages to be reported in Box 16 and applicable Fed wages in Box 18

© 2023 ADP, Inc.

---

| 1 Wages, tips, other comp. 59883.10 | 2 Federal income tax withheld 330.00 |
|---|---|
| 3 Social security wages 59883.10 | 4 Social security tax withheld 3712.75 |
| 5 Medicare wages and tips 59883.10 | 6 Medicare tax withheld 868.30 |
| d Control number 207537 CLI2/SBD 017550 Dept. | Corp. A  Employer use only 2613 |

c Employer's name, address, and ZIP code
ST BARNABAS HOSPITAL
183RD ST AND THIRD AVE
BRONX NY 10457

| b Employer's FED ID number 13-1740122 | a Employee's SSA number XXX-XX-0556 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD 8417.52 |
| 14 Other  28.86 SDI  265.64 NY PFL  1500.00 NYHWB | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
DOMINICK F WHITE
140 DE KRUIF PLACE
APT. #32C
BRONX NY 10475

| 15 State NY | Employer's state ID no. 13-1740122 | 16 State wages, tips, etc. 59883.10 |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. 59883.10 |
| 19 Local income tax | | 20 Locality name NYC RES |

**W-2** Federal Filing Copy Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 59883.10 | 2 Federal income tax withheld 330.00 |
|---|---|
| 3 Social security wages 59883.10 | 4 Social security tax withheld 3712.75 |
| 5 Medicare wages and tips 59883.10 | 6 Medicare tax withheld 868.30 |
| d Control number 207537 CLI2/SBD 017550 Dept. | Corp. A  Employer use only 2613 |

c Employer's name, address, and ZIP code
ST BARNABAS HOSPITAL
183RD ST AND THIRD AVE
BRONX NY 10457

| b Employer's FED ID number 13-1740122 | a Employee's SSA number XXX-XX-0556 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a DD 8417.52 |
| 14 Other  28.86 SDI  265.64 NY PFL  1500.00 NYHWB | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
DOMINICK F WHITE
140 DE KRUIF PLACE
APT. #32C
BRONX NY 10475

| 15 State NY | Employer's state ID no. 13-1740122 | 16 State wages, tips, etc. 59883.10 |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. 59883.10 |
| 19 Local income tax | | 20 Locality name NYC RES |

**W-2** NY.State Filing Copy Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 59883.10 | 2 Federal income tax withheld 330.00 |
|---|---|
| 3 Social security wages 59883.10 | 4 Social security tax withheld 3712.75 |
| 5 Medicare wages and tips 59883.10 | 6 Medicare tax withheld 868.30 |
| d Control number 207537 CLI2/SBD 017550 Dept. | Corp. A  Employer use only 2613 |

c Employer's name, address, and ZIP code
ST BARNABAS HOSPITAL
183RD ST AND THIRD AVE
BRONX NY 10457

| b Employer's FED ID number 13-1740122 | a Employee's SSA number XXX-XX-0556 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a DD 8417.52 |
| 14 Other  28.86 SDI  265.64 NY PFL  1500.00 NYHWB | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
DOMINICK F WHITE
140 DE KRUIF PLACE
APT. #32C
BRONX NY 10475

| 15 State NY | Employer's state ID no. 13-1740122 | 16 State wages, tips, etc. 59883.10 |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. 59883.10 |
| 19 Local income tax | | 20 Locality name NYC RES |

**W-2** City or Local Filing Copy Wage and Tax Statement **2023**
OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.