# EXHIBIT C — MCU SUBPOENA RESPONSE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                  :
                                                        :   Chapter 7
BRITTNEY MICHELLE WATKINS,                              :
                                                        :   Case No. 25-10264-lgb
                    Debtor.                             :
-------------------------------------------------------------x

## AFFIDAVIT OF CUSTODIAN OF RECORDS

I, __Kendra Sawney_____, being duly sworn, depose and state:

1. I am the __Bankruptcy Recovery Rep._____ of __Municipal Credit Union_____
[Institution Name] and am duly authorized to make this affidavit on behalf of said institution.

2. I am the custodian of the records of __Municipal Credit Union_____ [Institution
Name] or I am familiar with the manner in which such records are prepared and maintained.

3. The records described below are kept in the regular course of business of
__Municipal Credit Union_____ [Institution Name], and it is the regular course of
business of said institution to make such records at or near the time of the events recorded or
from information transmitted by persons with knowledge of said events.

4. The attached records are true and complete copies of the records of
__Municipal Credit Union_____ [Institution Name] for:

Account Holder(s)/Employee(s): __Dominick F. White_____
Time Period: January 2023 to Present
Types of Records: __Savings and Checking Accounts_____

5. The records attached hereto are:
☑ Complete records for the specified time period
☐ Partial records (explain): _____
☐ No records exist for the specified account holder(s)/employee(s) and time period

6. These records were made at or near the time of the occurrence of the matters set forth by, or
from information transmitted by, a person with knowledge of those matters.

7. These records are kept in the course of a regularly conducted business activity of
__Municipal Credit Union_____ [Institution Name].

8. It is the regular practice of __Municipal Credit Union_____ [Institution Name] to
make such records.

9. The records are in the same condition as when made, except for any alterations made in the ordinary course of business.

10. I am authorized to provide these records in response to the subpoena dated ___June 20___, 2025.

DATED: __September 4, 2025__

_____
Signature

__Kendra Sawney__
Print Name

__Bankruptcy Recovery Rep.__
Title

__Municipal Credit Union__
Institution Name

STATE OF __New York__
COUNTY OF __New York__

On __September 4th, 2025__ before me, the undersigned notary public, personally appeared _____Kendra Sawney_____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __New York__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
[Notary Seal]

CHRIS J. ANIFOWOSKE
Notary Public, State of New York
No. 01AN6044464
Qualified in New York County
Comission Expires July 3, 20_26_



**MUNICIPAL CREDIT UNION**

P.O. BOX 3205, NEW YORK, NY 10007-3205
(212) 693-4900 OR (800) 323-6713 OUTSIDE THE 5 BOROUGHS

| Account Number: | 11 |
|---|---|
| Statement Period: | 05/01/23 - 05/31/23 |

Page 1 of 9

MR DOMINICK F WHITE
140 DE KRUIF PL APT 32C
BRONX NY 10475-2208

## MCU News & Promotions

Now Live!
**A New Website Built for Our Everyday Heroes**
Visit *nymcu.org*

## Your Account Summary

| Deposits | | Balance |
|---|---|---|
| Savings | $ | 0.01 |
| Checking | $ | 180.78 |
| **TOTAL DEPOSITS** | $ | **180.79** |

| Loans | | Balance |
|---|---|---|
| **TOTAL LOANS** | $ | **0.00** |

## HERO SAVINGS                                                                 S 01

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| May 01 | Previous Balance | | | 0.01 |
| May 31 | New  Balance | | | 0.01 |

## EVERYDAY HERO ACCOUNT                                                        S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| May 01 | **Previous Balance** | | | **-45.80** |
| May 01 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/01/23 6401637312106527165340 8 4829 | | 45.20 | -0.60 |
| May 01 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/01/23 3401637312195968859722 3 4829 | | 0.75 | 0.15 |
| May 01 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/01/23 3401637312107006270100 7 4829 | | 39.30 | 39.45 |
| May 02 | Withdrawal - VISA - Visa Purchase<br>05/01 CASH APP*DOMO*ADD C 8774174551 CA | -25.00 | | 14.45 |
| May 02 | Withdrawal - VISA - Visa Purchase<br>05/01 FIVE STAR DELI RIDGEWOOD NY | -5.72 | | 8.73 |
| May 03 | Withdrawal - VISA - Visa Purchase<br>05/02 KLARNA INC KLARNA.COM OH | -15.00 | | -6.27 |
| May 03 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/03/23 0401637312358608886089 0 4829 | | 7.00 | 0.73 |
| May 03 | Deposit - ATM - #000000003274 | | 390.00 | 390.73 |



## EVERYDAY HERO ACCOUNT                                          (continued)      **S 02**

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
|  | MUNICIPAL CREDIT UNION 86 CHAMBERS ST #3 NEW YORK NY 224180 | | | |
| May 04 | Withdrawal - VISA - Visa Purchase<br>05/03 KLARNA INC KLARNA.COM OH | -32.73 | | 358.00 |
| May 04 | Withdrawal - VISA - Visa Purchase<br>05/03 CASH APP*DOMO*ADD C 8774174551 CA | -300.00 | | 58.00 |
| May 04 | Withdrawal - VISA - Visa Purchase<br>05/04 KLARNA INC KLARNA.COM OH | -14.99 | | 43.01 |
| May 04 | Withdrawal - VISA - Visa Purchase<br>05/03 FIVE STAR DELI RIDGEWOOD NY | -16.12 | | 26.89 |
| May 05 | Withdrawal - VISA - Visa Purchase<br>05/05 FANDUEL STARDUSTCASINO 6092241019 NJ | -10.00 | | 16.89 |
| May 05 | Withdrawal - Check Issued to #312512733597<br>8779717669 SIE PLAYSTATIONNETWORK SAN MATEO CA | -19.59 | | -2.70 |
| May 05 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/05/23 24016373125638596386236 4829 | | 2.92 | 0.22 |
| May 06 | Withdrawal - VISA - Visa Purchase<br>05/05 UBER PASS HELP.UBER.COM CA | -9.99 | | -9.77 |
| May 06 | Deposit - ATM - #000000009303<br>MUNICIPAL CREDIT UNION 755 CO-OP CITY BLVD #8 BRONX NY 224014 | | 788.60 | 778.83 |
| May 06 | Withdrawal - VISA - Visa Purchase<br>05/06 CASH APP*DOMO*ADD C 8774174551 CA | -200.00 | | 578.83 |
| May 06 | Withdrawal - VISA - Visa Purchase<br>05/06 DOORDASH DASHPASS WWW.DOORDASH. CA | -9.99 | | 568.84 |
| May 07 | Withdrawal - VISA - Visa Purchase<br>05/06 SNACK SODA VENDING BRONX NY | -2.60 | | 566.24 |
| May 09 | Deposit - VISA -<br>ZEL*BRITTNEY WATKINS Visa Direct AZ<br>Date 05/09/23 24240583129511119111191 6012 | | 10.00 | 576.24 |
| May 10 | Deposit - ACH - ST BARNABAS HOSP<br>TYPE: PAYROLL ID: 1131740122 AMT: 600.00<br>CO: ST BARNABAS HOSP | | 600.00 | 1,176.24 |
| May 10 | Deposit - ATM - #000000004451<br>MUNICIPAL CREDIT UNION 86 CHAMBERS ST #3 NEW YORK NY 224180 | | 2,050.00 | 3,226.24 |
| May 10 | Withdrawal - ATM - #000000004452<br>MUNICIPAL CREDIT UNION 86 CHAMBERS ST #3 NEW YORK NY 224180 | -20.00 | | 3,206.24 |
| May 10 | Withdrawal - VISA - Visa Purchase<br>05/10 Klarna Columbus OH | -9.00 | | 3,197.24 |
| May 10 | Withdrawal - ATM - #313000008972<br>665 SENECA D-692740 665 SENECA AVENUE RIDGEWOOD NY W692740 | -41.95 | | 3,155.29 |
| May 10 | Deposit - VISA -<br>ZEL*BRITTNEY WATKINS Visa Direct AZ<br>Date 05/10/23 24240583130391701917013 6012 | | 11.00 | 3,166.29 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/10 CASH APP*DOMO*ADD C 8774174551 CA | -1,000.00 | | 2,166.29 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/10 CASH APP*WINTER 8774174551 CA | -20.00 | | 2,146.29 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/10 TMOBILE*POSTPAID PDA 800-937-8997 WA | -46.99 | | 2,099.30 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/11 KLARNA INC KLARNA.COM OH | -34.08 | | 2,065.22 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/10 MTA*NYCT PAYGO NEW YORK NY | -2.75 | | 2,062.47 |

**MCU Account #** **11**   **Statement Period:** 05/01/23 - 05/31/23

---

## EVERYDAY HERO ACCOUNT                                        (continued)   S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/11 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 2,057.47 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/11 KLARNA INC KLARNA.COM OH | -18.00 | | 2,039.47 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/11 ZEL*BRITTNEY WATKINS Visa Direct AZ | -25.00 | | 2,014.47 |
| May 11 | Withdrawal - VISA - Visa Purchase<br>05/11 Klarna Columbus OH | -14.99 | | 1,999.48 |
| May 11 | Withdrawal - POS #313123033965<br>DOLLAR GENERAL # DG 192 RIDGEWOOD NY | -55.52 | | 1,943.96 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/11 LYFT *RIDE WED 6PM lyft.com CA | -44.71 | | 1,899.25 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 DD DOORDASH GOLDENKRU 8559731040 CA | -28.41 | | 1,870.84 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 FANDUEL STARDUSTCASINO 6092241019 NJ | -25.00 | | 1,845.84 |
| May 12 | Withdrawal - ACH - SELF LENDER INC<br>TYPE: PAYMENTS ID: 1473596202<br>CO: SELF LENDER INC | -28.00 | | 1,817.84 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 ZEL*BRITTNEY WATKINS Visa Direct AZ | -60.00 | | 1,757.84 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 1,752.84 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 ZEL*BRITTNEY WATKINS Visa Direct AZ | -20.00 | | 1,732.84 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 DD DOORDASH GOLDENKRU 8559731040 CA | -21.40 | | 1,711.44 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 CASH APP*DOMO*ADD C 8774174551 CA | -9.00 | | 1,702.44 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/12 CASH APP*MONEY BABY 8774174551 CA | -210.00 | | 1,492.44 |
| May 12 | Withdrawal - POS #313217654660<br>MTA*METROCARD MACHINE 2 BROADWAY NEW YORK<br>NY | -16.50 | | 1,475.94 |
| May 12 | Withdrawal - VISA - Visa Purchase<br>05/11 DII STORE #38 347-4927102 NY | -116.74 | | 1,359.20 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/12 HEALTHY CHOICE MARKET I BRONX NY | -10.32 | | 1,348.88 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/12 LA PLAZITA ORGANIC CORP RIDGEWOOD NY | -11.93 | | 1,336.95 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/12 LYFT *RIDE THU 6PM lyft.com CA | -8.05 | | 1,328.90 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/12 CASH APP*DOMO*ADD C 8774174551 CA | -15.00 | | 1,313.90 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/12 MTA*NYCT PAYGO NEW YORK NY | -2.75 | | 1,311.15 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/13 ZEL*BRITTNEY WATKINS Visa Direct AZ | -35.00 | | 1,276.15 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/13 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 1,271.15 |
| May 13 | Withdrawal - ATM - #000000007186<br>MUNICIPAL CREDIT UNION 4422 3RD AVE BRONX<br>NY 224160 | -40.00 | | 1,231.15 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/13 DD DOORDASH POPEYESLO 8559731040 CA | -41.20 | | 1,189.95 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/13 DD DOORDASH PANDAEXPR 8559731040 CA | -24.60 | | 1,165.35 |
| May 13 | Withdrawal - VISA - Visa Purchase<br>05/13 Klarna Columbus OH | -17.51 | | 1,147.84 |

## EVERYDAY HERO ACCOUNT    (continued)    S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| May 14 | Withdrawal - VISA - Visa Purchase<br>05/13 CASH APP*YVONNE GRE 8774174551 CA | -30.00 | | 1,117.84 |
| May 14 | Withdrawal - VISA - Visa Purchase<br>05/13 LYFT *RIDE SAT 5AM lyft.com CA | -8.91 | | 1,108.93 |
| May 14 | Withdrawal - VISA - Visa Purchase<br>05/13 LYFT *RIDE SAT 5PM lyft.com CA | -14.64 | | 1,094.29 |
| May 14 | Withdrawal - VISA - Visa Purchase<br>05/14 UBER* TRIP WWW.UBER.COM CA | -21.10 | | 1,073.19 |
| May 14 | Withdrawal - VISA - Visa Purchase<br>05/14 UBER TRIP HELP.UBER.COM CA | -61.34 | | 1,011.85 |
| May 14 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/14/23 14016373134039245392571 4829 | | 110.72 | 1,122.57 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/14 Klarna Columbus OH | -43.55 | | 1,079.02 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/13 JJ SPORT BAR RESTURANT BRONX NY | -15.11 | | 1,063.91 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/15 IC* INSTACART*SUBSCRIP HTTPSINSTACAR CA | -10.88 | | 1,053.03 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/14 SNACK SODA VENDING NEW HYDE PARK NY | -2.60 | | 1,050.43 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/14 LYFT *RIDE SAT 6PM lyft.com CA | -13.99 | | 1,036.44 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/15 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 1,031.44 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/15 DD DOORDASH BURGERSNS 8559731040 CA | -19.86 | | 1,011.58 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/15 CASH APP*DOMO*ADD C 8774174551 CA | -10.00 | | 1,001.58 |
| May 15 | Withdrawal - VISA - Visa Purchase<br>05/15 Klarna Columbus OH | -56.43 | | 945.15 |
| May 16 | Withdrawal - VISA - Visa Purchase<br>05/15 JJ SPORT BAR RESTURANT BRONX NY | -16.66 | | 928.49 |
| May 16 | Withdrawal - VISA - Visa Purchase<br>05/14 RIDGEWOOD DELI RIDGEWOOD NY | -7.28 | | 921.21 |
| May 16 | Withdrawal - VISA - Visa Purchase<br>05/15 HEALTHY CHOICE MARKET I BRONX NY | -9.23 | | 911.98 |
| May 16 | Withdrawal - ACH - SELF LENDER INC<br>TYPE: CC PMT ID: 3473596202<br>CO: SELF LENDER INC | -1.00 | | 910.98 |
| May 16 | Withdrawal - ACH - SELF LENDER INC<br>TYPE: CC PMT ID: 3473596202<br>CO: SELF LENDER INC | -25.00 | | 885.98 |
| May 16 | Withdrawal - VISA - Visa Purchase<br>05/15 FIVE STAR DELI RIDGEWOOD NY | -13.00 | | 872.98 |
| May 16 | Withdrawal - VISA - Visa Purchase<br>05/16 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 867.98 |
| May 16 | Withdrawal - VISA - Visa Purchase<br>05/16 Klarna 184-45527621 OH | -15.00 | | 852.98 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/16 HEALTHY CHOICE MARKET I BRONX NY | -3.80 | | 849.18 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/16 ST BARNABAS CAFE BRONX NY | -4.62 | | 844.56 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/16 CASH APP*DOMO*ADD C 8774174551 CA | -730.00 | | 114.56 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/16 CASH APP*WINTER 8774174551 CA | -10.00 | | 104.56 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/17 FANDUEL STARDUSTCASINO 6092241019 NJ | -10.00 | | 94.56 |

---

## EVERYDAY HERO ACCOUNT                                                      (continued)    S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/17 DD DOORDASH BURGERKIN 8559731040 CA | -16.70 | | 77.86 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/17 CASH APP*DOMO*ADD C 8774174551 CA | -5.00 | | 72.86 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/17 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 67.86 |
| May 17 | Withdrawal - VISA - Visa Purchase<br>05/16 FIVE STAR DELI RIDGEWOOD NY | -3.64 | | 64.22 |
| May 17 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/17/23 34016373137314483145206 4829 | | 39.64 | 103.86 |
| May 18 | Withdrawal - VISA - Visa Purchase<br>05/17 CALIBELLA BAKERY #2 RIDGEWOOD NY | -4.42 | | 99.44 |
| May 18 | Deposit - ACH - WHITE DOMINICK<br>TYPE: STARDUST ID: 9044044551<br>CO: FANDUEL INC NAME: WHITE DOMINICK | | 75.00 | 174.44 |
| May 18 | Withdrawal - VISA - Visa Purchase<br>05/17 ST BARNABAS CAFE BRONX NY | -10.85 | | 163.59 |
| May 18 | Withdrawal - VISA - Visa Purchase<br>05/17 FIVE STAR DELI RIDGEWOOD NY | -4.16 | | 159.43 |
| May 18 | Withdrawal - VISA - Visa Purchase<br>05/18 Klarna Columbus OH | -25.02 | | 134.41 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/18 LYFT *RIDE WED 4PM lyft.com CA | -14.71 | | 119.70 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/18 ST BARNABAS CAFE BRONX NY | -13.57 | | 106.13 |
| May 19 | Withdrawal - POS #313904792453<br>MTA*METROCARD MACHINE 2 BROADWAY NEW YORK NY | -16.50 | | 89.63 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/18 CASH APP*WINTER 8774174551 CA | -10.00 | | 79.63 |
| May 19 | Deposit - ACH - WHITE DOMINICK<br>TYPE: STARDUST ID: 9044044551<br>CO: FANDUEL INC NAME: WHITE DOMINICK | | 5.00 | 84.63 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/19 IC* INSTACART HTTPSINSTACAR CA | -11.90 | | 72.73 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/19 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 67.73 |
| May 19 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/19/23 04016373139234183341928 4829 | | 29.48 | 97.21 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/18 FIVE STAR DELI RIDGEWOOD NY | -13.52 | | 83.69 |
| May 19 | Withdrawal - VISA - Visa Purchase<br>05/19 HEALTHY CHOICE GOURMET THE BRONX NY | -12.05 | | 71.64 |
| May 20 | Withdrawal - VISA - Visa Purchase<br>05/19 UBER TRIP HELP.UBER.COM CA | -7.54 | | 64.10 |
| May 20 | Withdrawal - VISA - Visa Purchase<br>05/19 BELLA PIZZA OF BRONX I BRONX NY | -3.50 | | 60.60 |
| May 20 | Withdrawal - VISA - Visa Purchase<br>05/19 I&C DELI MINI MARKET BRONX NY | -6.99 | | 53.61 |
| May 20 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/20/23 14016373140837635376504 4829 | | 5.81 | 59.42 |
| May 20 | Withdrawal - VISA - Visa Purchase<br>05/20 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 54.42 |
| May 21 | Withdrawal - VISA - Visa Purchase<br>05/20 DD DOORDASH CARVEL 8559731040 CA | -14.07 | | 40.35 |
| May 21 | Withdrawal - VISA - Visa Purchase | -14.44 | | 25.91 |



## EVERYDAY HERO ACCOUNT                                              (continued)   **S 02**

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | 05/20 DD DOORDASH RITEAID 8559731040 CA | | | |
| May 21 | Withdrawal - VISA - Visa Purchase<br>05/20 SNACK SODA VENDING NEW HYDE PARK NY | -2.60 | | 23.31 |
| May 21 | Withdrawal - VISA - Visa Purchase<br>05/19 FIVE STAR DELI RIDGEWOOD NY | -4.16 | | 19.15 |
| May 21 | Withdrawal - VISA - Visa Purchase<br>05/21 ZEL*BRITTNEY WATKINS Visa Direct AZ | -5.00 | | 14.15 |
| May 22 | Withdrawal - VISA - Visa Purchase<br>05/21 LYFT *RIDE SAT 7AM lyft.com CA | -9.99 | | 4.16 |
| May 22 | Withdrawal - POS #314215442235<br>FOOD BAZAAR #23 1590 GA RIDGEWOOD NY | -1.62 | | 2.54 |
| May 22 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/22/23 34016373142533646336803 4829 | | 42.25 | 44.79 |
| May 22 | Withdrawal - POS #314222664529<br>DOLLAR GENERAL # DG 192 RIDGEWOOD NY | -11.26 | | 33.53 |
| May 23 | Withdrawal - VISA - Visa Purchase<br>05/22 UBER EATS HELP.UBER.COM CA | -30.00 | | 3.53 |
| May 23 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/23/23 44016373143677252772952 4829 | | 4.75 | 8.28 |
| May 24 | Withdrawal - VISA - Visa Purchase<br>05/23 ST BARNABAS CAFE BRONX NY | -3.89 | | 4.39 |
| May 24 | Deposit - ACH - ST BARNABAS HOSP<br>TYPE: PAYROLL ID: 1131740122 AMT: 600.00<br>CO: ST BARNABAS HOSP | | 600.00 | 604.39 |
| May 24 | Deposit - ATM - #000000008946<br>MUNICIPAL CREDIT UNION 86 CHAMBERS ST #1<br>NEW YORK NY 224178 | | 2,100.00 | 2,704.39 |
| May 24 | Withdrawal - VISA - Visa Purchase<br>05/24 Klarna Columbus OH | -46.53 | | 2,657.86 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/24 KLARNA INC KLARNA.COM OH | -34.09 | | 2,623.77 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/24 KLARNA INC KLARNA.COM OH | -15.00 | | 2,608.77 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/24 CASH APP*DOMO*ADD C 8774174551 CA | -1,000.00 | | 1,608.77 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/24 LYFT MEMB MAY 855-865-9553 CA | -10.87 | | 1,597.90 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/25 TMOBILE*POSTPAID FDP 800-937-8997 WA | -30.00 | | 1,567.90 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/25 CASH APP*DOMO*ADD C 8774174551 CA | -15.00 | | 1,552.90 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/25 CASH APP*YVONNE GRE 8774174551 CA | -500.00 | | 1,052.90 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/24 FIVE STAR DELI RIDGEWOOD NY | -36.68 | | 1,016.22 |
| May 25 | Withdrawal - VISA - Visa Purchase<br>05/25 CROWN FRIED CHICKEN & P RIDGEWOOD NY | -8.71 | | 1,007.51 |
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/25 CASH APP*DOMO*ADD C 8774174551 CA | -10.00 | | 997.51 |
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/25 Amazon Prime*8M10I8MF3 Amzn.com/bill WA | -7.61 | | 989.90 |
| May 26 | Klarna Pending credit/return for $5.44 on<br>card 7334 | | | |
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/25 LYFT *RIDE THU 5AM lyft.com CA | -27.66 | | 962.24 |
| May 26 | Withdrawal - Adjustment VISA - Credit Voucher<br>05/12 Klarna Columbus OH | | 5.44 | 967.68 |

## EVERYDAY HERO ACCOUNT
(continued)   S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/25 SQ *SENECA WIRELESS FLUSHING NY | -43.55 | | 924.13 |
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/26 DD DOORDASH WENDYS 8559731040 CA | -13.22 | | 910.91 |
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/25 I&C DELI MINI MARKET BRONX NY | -9.13 | | 901.78 |
| May 26 | Withdrawal - VISA - Visa Purchase<br>05/26 TMOBILE*POSTPAID FDP 800-937-8997 WA | -30.00 | | 871.78 |
| May 26 | Withdrawal - POS #314616050529<br>MTA*METROCARD MACHINE 2 BROADWAY NEW YORK NY | -16.50 | | 855.28 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 HEALTHY CHOICE GOURMET THE BRONX NY | -5.25 | | 850.03 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 CASH APP*MONEY BABY 8774174551 CA | -210.00 | | 640.03 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 CASH APP*DOMO*ADD C 8774174551 CA | -10.00 | | 630.03 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 CASH APP*DOMO*ADD C 8774174551 CA | -15.00 | | 615.03 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 LYFT *RIDE THU 2PM lyft.com CA | -31.99 | | 583.04 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 ST BARNABAS CAFE BRONX NY | -4.33 | | 578.71 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 ST BARNABAS CAFE BRONX NY | -13.68 | | 565.03 |
| May 27 | Withdrawal - POS #63EGZUKV6LNP<br>UBEREATS.COM SAN FRANCISCO CA | -28.17 | | 536.86 |
| May 27 | Withdrawal - POS #5XXJL5JTNWMA<br>UBEREATS.COM SAN FRANCISCO CA | -16.71 | | 520.15 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/26 MTA*NYCT PAYGO NEW YORK NY | -2.75 | | 517.40 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/27 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 512.40 |
| May 27 | Withdrawal - VISA - Visa Purchase<br>05/27 DD DOORDASH RANDYSCHI 8559731040 CA | -37.30 | | 475.10 |
| May 28 | Withdrawal - VISA - Visa Purchase<br>05/27 APPLE CASH 1INFINITELOOP CA | -150.00 | | 325.10 |
| May 28 | Withdrawal - VISA - Visa Purchase<br>05/28 KLARNA INC KLARNA.COM OH | -43.55 | | 281.55 |
| May 28 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/28/23 44016373148082040820876 4829 | | 150.32 | 431.87 |
| May 28 | Withdrawal - VISA - Visa Purchase<br>05/26 FIVE STAR DELI RIDGEWOOD NY | -4.16 | | 427.71 |
| May 29 | Withdrawal - VISA - Visa Purchase<br>05/28 SELF LENDER 877-8830999 TX | -22.50 | | 405.21 |
| May 29 | Withdrawal - VISA - Visa Purchase<br>05/29 DOORDASH*MCDONALDS WWW.DOORDASH. CA | -31.62 | | 373.59 |
| May 29 | Withdrawal - POS #5WAGRJN95O7K<br>UBER.COM SAN FRANCISCO CA | -42.32 | | 331.27 |
| May 29 | Withdrawal - VISA - Visa Purchase<br>05/28 HUDSON ST2281 NEW YORK NY | -9.40 | | 321.87 |
| May 29 | Withdrawal - POS #5Z0XGW6P8O4T<br>UBER.COM SAN FRANCISCO CA | -49.40 | | 272.47 |
| May 29 | Withdrawal - VISA - Visa Purchase<br>05/29 MTA*MNR ETIX TICKET 877-690-5116 NY | -17.00 | | 255.47 |
| May 29 | Withdrawal - VISA - Visa Purchase<br>05/29 MTA*MNR ETIX TICKET 877-690-5116 NY | -17.00 | | 238.47 |
| May 29 | Withdrawal - POS #314918538460 | -33.34 | | 205.13 |

**EVERYDAY HERO ACCOUNT**                                        **(continued)**   **S 02**

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| | DOLLAR GENERAL # DG 192 RIDGEWOOD NY | | | |
| May 29 | Withdrawal - VISA - Visa Purchase<br>05/29 DD DOORDASH RANDYSCHI 8559731040 CA | -34.33 | | 170.80 |
| May 30 | Withdrawal - VISA - Visa Purchase<br>05/29 KLARNA INC KLARNA.COM OH | -54.43 | | 116.37 |
| May 30 | Withdrawal - VISA - Visa Purchase<br>05/30 DOORDASH*WENDYS WWW.DOORDASH. CA | -28.51 | | 87.86 |
| May 30 | Withdrawal - VISA - Visa Purchase<br>05/29 RITE AID 04873 RIDGEWOOD NY | -17.26 | | 70.60 |
| May 30 | Withdrawal - ACH - SELF LENDER INC<br>TYPE: CC PMT ID: 3473596202<br>CO: SELF LENDER INC | -26.00 | | 44.60 |
| May 30 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/30/23 04016373150045032450418 4829 | | 147.38 | 191.98 |
| May 30 | Withdrawal - VISA - Visa Purchase<br>05/30 ZEL*BRITTNEY WATKINS Visa Direct AZ | -20.00 | | 171.98 |
| May 30 | Withdrawal - VISA - Visa Purchase<br>05/30 DD DOORDASH PEACHES 8559731040 CA | -20.36 | | 151.62 |
| May 30 | Withdrawal - VISA - Visa Purchase<br>05/30 CROWN FRIED CHICKEN & P RIDGEWOOD NY | -17.00 | | 134.62 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/30 TOTALCAREPHARMACYINC BRONX NY | -3.97 | | 130.65 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/30 CAFE PIZZERIA SOLAY BRONX NY | -2.50 | | 128.15 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/30 CASH APP*DOMO*ADD C 8774174551 CA | -8.00 | | 120.15 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/31 DD DOORDASH CAFEPIZZE 8559731040 CA | -15.16 | | 104.99 |
| May 31 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 05/31/23 14016373151562398624178 4829 | | 144.41 | 249.40 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/31 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 244.40 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/31 ZEL*BRITTNEY WATKINS Visa Direct AZ | -20.00 | | 224.40 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/31 KLARNA INC KLARNA.COM OH | -37.38 | | 187.02 |
| May 31 | Withdrawal - VISA - Visa Purchase<br>05/30 FIVE STAR DELI RIDGEWOOD NY | -6.24 | | 180.78 |
| **May 31** | **New  Balance** | | | **180.78** |

Totals For This Period:   -7,178.39   7,404.97

| Returned Item Fees | |
|---|---:|
| Total Fees Charged This Period | 0.00 |
| Total Fees Charged In 2023 | 64.00 |

**YEAR TO DATE TOTALS**

Total Dividends YTD                              0.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write to us at P.O. Box 3205, New York, NY 10007 or telephone us at (212)693-4900 (or (800)323-6713 if outside the five boroughs) if you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared. Tell us the following:

- Your name and MCU account number (if any);
- The amount of the suspected error or questioned transfer (and transaction date if known);
- A description of the error or the questioned transfer, and an explanation why you believe there is an error or need more information.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## USE THE FOLLOWING FORM TO ASSIST YOU IN BALANCING YOUR CHECKING ACCOUNT

| LIST CHECKS OUTSTANDING (NOT CHARGED TO YOUR CHECKING ACCOUNT YET) | | |
| --- | --- | --- |
| CHECK NUMBER | CHECK DATE | $ AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL: | |
| | | |

**PERIOD ENDING**

1. SUBTRACT FROM YOUR REGISTER ANY CHARGES LISTED ON THIS STATEMENT BUT NOT DEDUCTED FROM YOUR BALANCE.
2. ENTER CHECKING BALANCE SHOWN ON THIS STATEMENT.  $
3. ENTER DEPOSITS MADE AFTER THE ENDING DATE OF THIS STATEMENT.
   + $
   + $
   + $
4. TOTAL (2 PLUS 3):  $
5. CARRY OVER OUTSTANDING CHECK TOTAL.  $
6. REGISTER BALANCE (4 MINUS 5):  $

## SHARES ARE TRANSFERABLE ONLY TO QUALIFIED MEMBERS

**Your savings federally insured to at least $250,000
and backed by the full faith and credit of the United States Government**

# NCUA

**National Credit Union Administration, a U.S. Government Agency**



**MUNICIPAL CREDIT UNION**

P.O. BOX 3205, NEW YORK, NY 10007-3205
(212) 693-4900 OR (800) 323-6713 OUTSIDE THE 5 BOROUGHS

| Account Number: | 11 |
|---|---|
| Statement Period: | 06/01/23 - 06/30/23 |

Page 1 of 7

MR DOMINICK F WHITE
140 DE KRUIF PL APT 32C
BRONX NY 10475-2208



## MCU News & Promotions

**Great News!**
We now offer mortgages in Connecticut and Pennsylvania in addition to New York and New Jersey.

VISIT
**NYMCU.ORG/MORTGAGES**
TO LEARN MORE.

NMLS#: 184286

## Your Account Summary

| Deposits | | Balance |
|---|---|---|
| Savings | $ | 0.01 |
| Checking | $ | 3.76 |
| **TOTAL DEPOSITS** | $ | **3.77** |

| Loans | | Balance |
|---|---|---|
| **TOTAL LOANS** | $ | **0.00** |

### HERO SAVINGS                                                              S 01

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| **Jun 01** | **Previous Balance** | | | **0.01** |
| Jun 03 | Deposit - Online Transfer From Share 02 | | 1.00 | 1.01 |
| Jun 06 | Withdrawal - Transfer To Share 02 NEG BAL TRANSFER | -1.00 | | 0.01 |
| Jun 29 | Deposit - Online Transfer From Share 02 | | 50.00 | 50.01 |
| Jun 29 | Withdrawal - Online Transfer To Share 02 | -50.00 | | 0.01 |
| **Jun 30** | **New  Balance** | | | **0.01** |
| | Totals For This Period: | -51.00 | 51.00 | |

### EVERYDAY HERO ACCOUNT                                                      S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| **Jun 01** | **Previous Balance** | | | **180.78** |
| Jun 01 | Withdrawal - VISA - Visa Purchase 05/31 LYFT *RIDE TUE 5AM lyft.com CA | -10.99 | | 169.79 |
| Jun 01 | Withdrawal - VISA - Visa Purchase 05/31 CAFE PIZZERIA SOLAY BRONX NY | -2.50 | | 167.29 |
| Jun 01 | Withdrawal - VISA - Visa Purchase 06/01 KLARNA INC KLARNA.COM OH | -25.03 | | 142.26 |
| Jun 01 | Withdrawal - VISA - Visa Purchase 06/01 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 137.26 |
| Jun 01 | Withdrawal - VISA - Visa Purchase 06/01 DD DOORDASH WENDYS 8559731040 CA | -14.15 | | 123.11 |
| Jun 01 | Withdrawal - VISA - Visa Purchase | -13.07 | | 110.04 |

**www.nymcu.org**

## EVERYDAY HERO ACCOUNT (continued) S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | 06/01 DD DOORDASH CAFEPIZZE 8559731040 CA | | | |
| Jun 01 | Withdrawal - VISA - Visa Purchase | -19.24 | | 90.80 |
| | 05/31 FIVE STAR DELI RIDGEWOOD NY | | | |
| Jun 02 | Withdrawal - VISA - Visa Purchase | -9.71 | | 81.09 |
| | 06/01 LYFT *RIDE WED 5AM lyft.com CA | | | |
| Jun 02 | Withdrawal - VISA - Visa Purchase | -5.01 | | 76.08 |
| | 06/01 CAFE PIZZERIA SOLAY BRONX NY | | | |
| Jun 02 | Withdrawal - VISA - Visa Purchase | -9.77 | | 66.31 |
| | 06/01 ST BARNABAS CAFE BRONX NY | | | |
| Jun 02 | Withdrawal - POS #315306649119 | -16.50 | | 49.81 |
| | MTA*METROCARD MACHINE 2 BROADWAY NEW YORK NY | | | |
| Jun 02 | Withdrawal - VISA - Visa Purchase | -5.00 | | 44.81 |
| | 06/02 MTA*MNR ETIX TICKET 877-690-5116 NY | | | |
| Jun 03 | Withdrawal - VISA - Visa Purchase | -9.89 | | 34.92 |
| | 06/02 ST BARNABAS CAFE BRONX NY | | | |
| Jun 03 | Withdrawal - VISA - Visa Purchase | -7.11 | | 27.81 |
| | 06/02 ST BARNABAS CAFE BRONX NY | | | |
| Jun 03 | Deposit - VISA - | | 58.95 | 86.76 |
| | CASH APP*CASH OUT Visa Direct CA | | | |
| | Date 06/03/23 04016373154915983159851 4829 | | | |
| Jun 03 | Withdrawal - Online Transfer To Share 01 | -1.00 | | 85.76 |
| Jun 03 | Withdrawal - VISA - Visa Purchase | -19.59 | | 66.17 |
| | 06/03 PlayStation Network 800-3457669 CA | | | |
| Jun 04 | Deposit - VISA - | | 14.74 | 80.91 |
| | CASH APP*CASH OUT Visa Direct CA | | | |
| | Date 06/04/23 04016373155867538675489 4829 | | | |
| Jun 04 | Withdrawal - VISA - Visa Purchase | -7.00 | | 73.91 |
| | 06/03 ST BARNABAS CAFE BRONX NY | | | |
| Jun 04 | Withdrawal - VISA - Visa Purchase | -9.77 | | 64.14 |
| | 06/03 ST BARNABAS CAFE BRONX NY | | | |
| Jun 04 | Withdrawal - VISA - Visa Purchase | -30.00 | | 34.14 |
| | 06/03 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 04 | Withdrawal - VISA - Visa Purchase | -5.00 | | 29.14 |
| | 06/04 MTA*MNR ETIX TICKET 877-690-5116 NY | | | |
| Jun 04 | Withdrawal - VISA - Visa Purchase | -14.56 | | 14.58 |
| | 06/02 FIVE STAR DELI RIDGEWOOD NY | | | |
| Jun 05 | Withdrawal - VISA - Visa Purchase | -9.77 | | 4.81 |
| | 06/04 ST BARNABAS CAFE BRONX NY | | | |
| Jun 06 | Withdrawal - VISA - Visa Purchase | -9.99 | | -5.18 |
| | 06/05 UBER PASS HELP.UBER.COM CA | | | |
| Jun 06 | Deposit - Transfer From Share 01 | | 1.00 | -4.18 |
| | NEG BAL TRANSFER | | | |
| Jun 07 | Deposit - ACH - ST BARNABAS HOSP | | 1,896.14 | 1,891.96 |
| | TYPE: PAYROLL ID: 1131740122 | | | |
| | AMT: 1,896.14 CO: ST BARNABAS HOSP | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -700.00 | | 1,191.96 |
| | 06/07 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -47.54 | | 1,144.42 |
| | 06/07 TMOBILE*POSTPAID PDA 800-937-8997 WA | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -5.00 | | 1,139.42 |
| | 06/08 MTA*MNR ETIX TICKET 877-690-5116 NY | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -75.00 | | 1,064.42 |
| | 06/08 ZEL*BRITTNEY WATKINS Visa Direct AZ | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -6.28 | | 1,058.14 |
| | 06/08 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -5.00 | | 1,053.14 |
| | 06/08 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -25.00 | | 1,028.14 |

## EVERYDAY HERO ACCOUNT                                              (continued)     S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | 06/08 CASH APP*WINTER DA 8774174551 CA | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -25.00 | | 1,003.14 |
| | 06/08 CASH APP*WINTER DA 8774174551 CA | | | |
| Jun 08 | Withdrawal - VISA - Visa Purchase | -34.90 | | 968.24 |
| | 06/07 FIVE STAR DELI RIDGEWOOD NY | | | |
| Jun 09 | Withdrawal - VISA - Visa Purchase | -6.46 | | 961.78 |
| | 06/08 HEALTHY CHOICE GOURMET THE BRONX NY | | | |
| Jun 09 | Withdrawal - VISA - Visa Purchase | -9.97 | | 951.81 |
| | 06/08 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 09 | Withdrawal - POS #060900799158 | -47.93 | | 903.88 |
| | UBER.COM SAN FRANCISCO CA | | | |
| Jun 09 | Withdrawal - POS #316023429761 | -35.44 | | 868.44 |
| | DOLLAR GENERAL # DG 192 RIDGEWOOD NY | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -200.00 | | 668.44 |
| | 06/09 CASH APP*MONEY BABY 8774174551 CA | | | |
| Jun 10 | Withdrawal - POS #316104587087 | -16.50 | | 651.94 |
| | MTA*METROCARD MACHINE 2 BROADWAY NEW YORK NY | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -32.53 | | 619.41 |
| | 06/10 DD DOORDASH RITEAID 8559731040 CA | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -61.13 | | 558.28 |
| | 06/10 AMZN Mktp US*DR1OA7HQ3 Amzn.com/bill WA | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -10.00 | | 548.28 |
| | 06/10 CASH APP*MONEY BABY 8774174551 CA | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -10.00 | | 538.28 |
| | 06/10 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -9.00 | | 529.28 |
| | 06/10 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 10 | Withdrawal - VISA - Visa Purchase | -25.47 | | 503.81 |
| | 06/10 DD DOORDASH WENDYS 8559731040 CA | | | |
| Jun 11 | Withdrawal - VISA - Visa Purchase | -18.21 | | 485.60 |
| | 06/11 DD DOORDASH BURGERKIN 8559731040 CA | | | |
| Jun 11 | Withdrawal - VISA - Visa Purchase | -30.01 | | 455.59 |
| | 06/11 DD DOORDASH SARKUJAPA 8559731040 CA | | | |
| Jun 11 | Withdrawal - POS #316221401663 | -90.98 | | 364.61 |
| | FOOD BAZAAR #23 1590 GA RIDGEWOOD NY | | | |
| Jun 12 | Withdrawal - VISA - Visa Purchase | -10.64 | | 353.97 |
| | 06/10 JJ SPORT BAR RESTURANT BRONX NY | | | |
| Jun 12 | Withdrawal - VISA - Visa Purchase | -43.55 | | 310.42 |
| | 06/12 Klarna 184-45527621 OH | | | |
| Jun 12 | Withdrawal - VISA - Visa Purchase | -10.00 | | 300.42 |
| | 06/12 ZEL*CARLTON HOLNESS Visa Direct AZ | | | |
| Jun 12 | Withdrawal - VISA - Visa Purchase | -5.00 | | 295.42 |
| | 06/12 MTA*MNR ETIX TICKET 877-690-5116 NY | | | |
| Jun 13 | Withdrawal - VISA - Visa Purchase | -7.98 | | 287.44 |
| | 06/12 HEALTHY CHOICE GOURMET THE BRONX NY | | | |
| Jun 13 | Withdrawal - VISA - Visa Purchase | -54.44 | | 233.00 |
| | 06/13 Klarna 184-45527621 OH | | | |
| Jun 13 | Withdrawal - VISA - Visa Purchase | -10.59 | | 222.41 |
| | 06/12 ST BARNABAS CAFE BRONX NY | | | |
| Jun 13 | Withdrawal - POS #5WAGSZ3P4TYF | -48.65 | | 173.76 |
| | UBER.COM SAN FRANCISCO CA | | | |
| Jun 13 | Withdrawal - VISA - Visa Purchase | -10.00 | | 163.76 |
| | 06/12 CASH APP*DOMO*ADD C 8774174551 CA | | | |
| Jun 14 | Withdrawal - VISA - Visa Purchase | -7.83 | | 155.93 |
| | 06/13 HEALTHY CHOICE GOURMET THE BRONX NY | | | |
| Jun 14 | Withdrawal - VISA - Visa Purchase | -15.79 | | 140.14 |
| | 06/12 NEW ORIENTAL HOUSE BRONX NY | | | |
| Jun 14 | Withdrawal - VISA - Visa Purchase | -12.04 | | 128.10 |


## EVERYDAY HERO ACCOUNT    (continued)    S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | 06/13 ST BARNABAS CAFE BRONX NY | | | |
| Jun 14 | Withdrawal - VISA - Visa Purchase<br>06/14 KLARNA INC KLARNA.COM OH | -35.38 | | 92.72 |
| Jun 14 | Withdrawal - VISA - Visa Purchase<br>06/14 MTA*MNR ETIX TICKET 877-690-5116 NY | -9.75 | | 82.97 |
| Jun 14 | Withdrawal - VISA - Visa Purchase<br>06/14 DD DOORDASH BLAZINCHI 8559731040 CA | -11.54 | | 71.43 |
| Jun 14 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/14/23 04016373165718589185933 4829 | | 122.81 | 194.24 |
| Jun 14 | Withdrawal - POS #316522527000<br>DOLLAR GENERAL # DG 192 RIDGEWOOD NY | -14.03 | | 180.21 |
| Jun 15 | Withdrawal - VISA - Visa Purchase<br>06/14 MANNYS CONVENIENCE RIDGEWOOD NY | -3.12 | | 177.09 |
| Jun 15 | Withdrawal - VISA - Visa Purchase<br>06/14 SUSANOS PIZZERIA RIDGEWOOD NY | -8.72 | | 168.37 |
| Jun 15 | Withdrawal - VISA - Visa Purchase<br>06/14 ST BARNABAS CAFE BRONX NY | -13.99 | | 154.38 |
| Jun 15 | Deposit - VISA -<br>ZEL*BRITTNEY WATKINS Visa Direct AZ<br>Date 06/15/23 14240583166166772667726 6012 | | 30.00 | 184.38 |
| Jun 15 | Withdrawal - POS #316616000112<br>DOLLAR GENERAL # DG 192 RIDGEWOOD NY | -10.89 | | 173.49 |
| Jun 15 | Withdrawal - VISA - Visa Purchase<br>06/15 MTA*MNR ETIX TICKET 877-690-5116 NY | -9.75 | | 163.74 |
| Jun 15 | Withdrawal - VISA - Visa Purchase<br>06/15 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 158.74 |
| Jun 15 | Withdrawal - POS #316617356417<br>DOLLAR GENERAL # DG 192 RIDGEWOOD NY | -4.35 | | 154.39 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/16 ZEL*BRITTNEY WATKINS Visa Direct AZ | -30.00 | | 124.39 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/16 Klarna 184-45527621 OH | -25.03 | | 99.36 |
| Jun 16 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/16/23 14016373167598232982507 4829 | | 98.25 | 197.61 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/15 OPS* GATES MEGAWASH RIDGEWOOD NY | -20.00 | | 177.61 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/15 OPS* GATES MEGAWASH RIDGEWOOD NY | -10.00 | | 167.61 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/15 LYFT *RIDE WED 12AM lyft.com CA | -10.81 | | 156.80 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/16 ZEL*BRITTNEY WATKINS Visa Direct AZ | -17.00 | | 139.80 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/15 SHELL OIL10009734004 BRONX NY | -20.00 | | 119.80 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/15 TWIN DONUT BRONX NY | -13.29 | | 106.51 |
| Jun 16 | Withdrawal - VISA - Visa Purchase<br>06/16 IC* INSTACART*SUBSCRIP HTTPSINSTACAR CA | -10.88 | | 95.63 |
| Jun 17 | Withdrawal - VISA - Visa Purchase<br>06/17 TST* GOLDEN KRUST BAKER BRONX NY | -15.97 | | 79.66 |
| Jun 17 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/17/23 34016373168051112511485 4829 | | 117.90 | 197.56 |
| Jun 18 | Withdrawal - VISA - Visa Purchase<br>06/17 LYFT *RIDE THU 11PM lyft.com CA | -9.80 | | 187.76 |
| Jun 18 | Withdrawal - VISA - Visa Purchase<br>06/17 SNACK SODA VENDING BRONX NY | -2.15 | | 185.61 |

**MCU Account #** ██████11     **Statement Period:** 06/01/23 - 06/30/23

## EVERYDAY HERO ACCOUNT
(continued)     S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| Jun 18 | Withdrawal - VISA - Visa Purchase<br>06/18 MTA*MNR ETIX TICKET 877-690-5116 NY | -5.00 | | 180.61 |
| Jun 18 | Withdrawal - VISA - Visa Purchase<br>06/16 TWIN DONUT BRONX NY | -13.29 | | 167.32 |
| Jun 18 | Withdrawal - VISA - Visa Purchase<br>06/17 MTA*NYCT PAYGO NEW YORK NY | -2.75 | | 164.57 |
| Jun 18 | Withdrawal - VISA - Visa Purchase<br>06/18 KLARNA INC KLARNA.COM OH | -116.45 | | 48.12 |
| Jun 19 | Withdrawal - VISA - Visa Purchase<br>06/18 LYFT *RIDE FRI 11PM lyft.com CA | -9.91 | | 38.21 |
| Jun 19 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/19/23 04016373170506303063040 4829 | | 20.98 | 59.19 |
| Jun 19 | Withdrawal - VISA - Visa Purchase<br>06/19 ZEL*BRITTNEY WATKINS Visa Direct AZ | -25.00 | | 34.19 |
| Jun 19 | Deposit - VISA -<br>ZEL*BRITTNEY WATKINS Visa Direct AZ<br>Date 06/19/23 24240583170398711987111 6012 | | 18.00 | 52.19 |
| Jun 19 | Withdrawal - VISA - Visa Purchase<br>06/19 ZEL*BRITTNEY WATKINS Visa Direct AZ | -20.00 | | 32.19 |
| Jun 20 | Withdrawal - VISA - Visa Purchase<br>06/20 DD DOORDASH BURGERKIN 8559731040 CA | -16.14 | | 16.05 |
| Jun 20 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/20/23 04016373171229142291507 4829 | | 49.12 | 65.17 |
| Jun 20 | Withdrawal - POS #5V72YRGRNXN2<br>UBEREATS.COM SAN FRANCISCO CA | -14.97 | | 50.20 |
| Jun 20 | Deposit - Online 8SBLLX0QLM2-01 | | 1,000.00 | 1,050.20 |
| Jun 21 | Withdrawal - VISA - Visa Purchase<br>06/20 FIVE STAR DELI RIDGEWOOD NY | -5.72 | | 1,044.48 |
| Jun 21 | Withdrawal - VISA - Visa Purchase<br>06/21 DD DOORDASH WENDYS 8559731040 CA | -9.47 | | 1,035.01 |
| Jun 21 | Withdrawal - VISA - Visa Purchase<br>06/21 DD DOORDASH BURGERKIN 8559731040 CA | -16.70 | | 1,018.31 |
| Jun 21 | Withdrawal - ACH - SELF LENDER INC<br>TYPE: CC PMT ID: 3473596202<br>CO: SELF LENDER INC | -6.00 | | 1,012.31 |
| Jun 21 | Withdrawal - VISA - Visa Purchase<br>06/20 MTA*NYCT PAYGO NEW YORK NY | -2.75 | | 1,009.56 |
| Jun 22 | Withdrawal - POS #5XXJO40YAOUA<br>UBEREATS.COM SAN FRANCISCO CA | -26.28 | | 983.28 |
| Jun 22 | Withdrawal - POS #60O0DGMOE4B4<br>UBEREATS.COM SAN FRANCISCO CA | -1.50 | | 981.78 |
| Jun 22 | Deposit - ACH - ST BARNABAS HOSP<br>TYPE: PAYROLL ID: 1131740122<br>AMT: 2,902.30 CO: ST BARNABAS HOSP | | 2,902.30 | 3,884.08 |
| Jun 22 | Withdrawal - Adjustment POS #63EH2T6LZDO9<br>UBEREATS.COM SAN FRANCISCO CA | | 17.46 | 3,901.54 |
| Jun 23 | Withdrawal -<br>Not sufficient funds | -1,000.00 | | 2,901.54 |
| Jun 23 | Withdrawal - ATM - #317400000961<br>Barry Grocery LLC 1167 Castle Hill Ave<br>Bronx NY NH112126 | -41.75 | | 2,859.79 |
| Jun 23 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/23/23 34016373174968563686039 4829 | | 1,965.00 | 4,824.79 |
| Jun 23 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/23/23 34016373174991686917269 4829 | | 491.25 | 5,316.04 |

**MCU Account #** ███11   **Statement Period:** 06/01/23 - 06/30/23   Page 6 of 7

## EVERYDAY HERO ACCOUNT   (continued)   S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| Jun 23 | Withdrawal - Adjustment Check Issued to #317419223234<br>8009691940 XFER1455 Market St San<br>Francisco CA | | 787.96 | 6,104.00 |
| Jun 23 | Withdrawal - Cash | -3,300.00 | | 2,804.00 |
| Jun 23 | Deposit - Online J1V2MX0QLM1-01 | | 1,000.00 | 3,804.00 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 CASH APP*DOMO*ADD C 8774174551 CA | -1,000.00 | | 2,804.00 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 CASH APP*DOMO*ADD C 8774174551 CA | -2.00 | | 2,802.00 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 CASH APP*MONEY BABY 8774174551 CA | -200.00 | | 2,602.00 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 CASH APP*DOMO*ADD C 8774174551 CA | -1,000.00 | | 1,602.00 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 SABROSURA. BRONX NY | -20.70 | | 1,581.30 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 TMOBILE*POSTPAID PDA 800-937-8997 WA | -60.00 | | 1,521.30 |
| Jun 24 | Withdrawal - VISA - Visa Purchase<br>06/23 LYFT *RIDE FRI 2PM lyft.com CA | -26.66 | | 1,494.64 |
| Jun 25 | Withdrawal - VISA - Visa Purchase<br>06/24 LYFT MEMB JUN 855-865-9553 CA | -10.87 | | 1,483.77 |
| Jun 25 | Withdrawal - VISA - Visa Purchase<br>06/24 UBER EATS HELP.UBER.COM CA | -26.66 | | 1,457.11 |
| Jun 25 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/25/23 14016373176004024040350 4829 | | 0.75 | 1,457.86 |
| Jun 25 | Deposit - VISA -<br>ZEL*BRITTNEY WATKINS Visa Direct AZ<br>Date 06/25/23 24240583176624741247412 6012 | | 95.00 | 1,552.86 |
| Jun 25 | Withdrawal - POS #317622153370<br>DOLLAR GENERAL # DG 192 RIDGEWOOD NY | -8.18 | | 1,544.68 |
| Jun 25 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/25/23 14016373176138263382740 4829 | | 7.75 | 1,552.43 |
| Jun 25 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/25/23 14016373176135484354950 4829 | | 0.75 | 1,553.18 |
| Jun 26 | Withdrawal - VISA - Visa Purchase<br>06/25 Amazon Prime*7F84S56S3 Amzn.com/bill WA | -7.61 | | 1,545.57 |
| Jun 26 | Withdrawal - VISA - Visa Purchase<br>06/25 CASH APP*DOMO*ADD C 8774174551 CA | -95.00 | | 1,450.57 |
| Jun 26 | Withdrawal - VISA - Visa Purchase<br>06/25 CASH APP*YVONNE GRE 8774174551 CA | -450.00 | | 1,000.57 |
| Jun 26 | Deposit - VISA -<br>CASH APP*CASH OUT Visa Direct CA<br>Date 06/26/23 14016373177735852358685 4829 | | 24.56 | 1,025.13 |
| Jun 26 | Withdrawal - VISA - Visa Purchase<br>06/26 ZEL*BRITTNEY WATKINS Visa Direct AZ | -20.00 | | 1,005.13 |
| Jun 27 | Withdrawal - VISA - Visa Purchase<br>06/26 CASH APP*DOMO*ADD C 8774174551 CA | -1,000.00 | | 5.13 |
| Jun 28 | Withdrawal - POS #317914837039<br>MTA*METROCARD MACHINE 2 BROADWAY NEW YORK<br>NY | -5.00 | | 0.13 |
| Jun 29 | Deposit - VISA -<br>ZEL*NILMARI LEOTEAUX Visa Direct AZ<br>Date 06/29/23 04095503180103900039004 6012 | | 50.00 | 50.13 |
| Jun 29 | Withdrawal - Online Transfer To Share 01 | -50.00 | | 0.13 |
| Jun 29 | Deposit - Online Transfer From Share 01 | | 50.00 | 50.13 |
| Jun 29 | Withdrawal - VISA - Visa Purchase | -50.00 | | 0.13 |

## EVERYDAY HERO ACCOUNT                                    (continued)   S 02

| Date | Transaction | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| Jun 30 | 06/29 ZEL*Gloriann Jaichon Visa Direct AZ<br>Deposit - VISA -<br>VENMO*White Dominick New York City NY<br>Date 06/30/23 14248183181335648356489 4829 | | 3.63 | 3.76 |
| **Jun 30** | **New  Balance** | | | **3.76** |

|  | Totals For This Period: | -11,001.32 | 10,824.30 | |

| Returned Item Fees | |
|---|---|
| Total Fees Charged This Period | 0.00 |
| Total Fees Charged In 2023 | 64.00 |

## YEAR TO DATE TOTALS

Total Dividends YTD                                      0.00

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write to us at P.O. Box 3205, New York, NY 10007 or telephone us at (212)693-4900 (or (800)323-6713 if outside the five boroughs) if you think your statement or receipt is wrong, or if you need more information about a transfer on your statement or receipt. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared. Tell us the following:
- Your name and MCU account number (if any);
- The amount of the suspected error or questioned transfer (and transaction date if known);
- A description of the error or the questioned transfer, and an explanation why you believe there is an error or need more information.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### USE THE FOLLOWING FORM TO ASSIST YOU IN BALANCING YOUR CHECKING ACCOUNT

| LIST CHECKS OUTSTANDING (NOT CHARGED TO YOUR CHECKING ACCOUNT YET) | | |
|---|---|---|
| CHECK NUMBER | CHECK DATE | $ AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL: | |
| | | |

| PERIOD ENDING | | |
|---|---|---|
| 1. SUBTRACT FROM YOUR REGISTER ANY CHARGES LISTED ON THIS STATEMENT BUT NOT DEDUCTED FROM YOUR BALANCE. | | |
| 2. ENTER CHECKING BALANCE SHOWN ON THIS STATEMENT. | | $ |
| 3. ENTER DEPOSITS MADE AFTER THE ENDING DATE OF THIS STATEMENT. | + | $ |
| | + | $ |
| | + | $ |
| 4. TOTAL (2 PLUS 3): | | $ |
| 5. CARRY OVER OUTSTANDING CHECK TOTAL. | | $ |
| 6. REGISTER BALANCE (4 MINUS 5): | | $ |

### SHARES ARE TRANSFERABLE ONLY TO QUALIFIED MEMBERS

**Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government**

# NCUA

**National Credit Union Administration, a U.S. Government Agency**