# EXHIBIT D — CW REALTY GROUP EMAIL

 Gmail

Jonathan Cornell <cornell.jonathan@gmail.com>

## 1719 Gates LLC - In re Brittney Michelle Watkins (25-10264)

**Peter Oliveri** <poliveri@kavulichandassociates.com>                                    Tue, Mar 18, 2025 at 11:25 PM
To: Jonathan Cornell <cornell.jonathan@gmail.com>

Good evening,

Please see the below. Hope this helps!

Peter


**\*PLEASE NOTE OUR NEW SUITE NUMBER\***

Peter Oliveri
Kavulich & Associates, P.C.
Attorneys at Law
181 Westchester Avenue, Suite 301B
Port Chester, NY  10573
Phone (914) 355-2074
Facsimile (914) 355-2078


CONFIDENTIALITY NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail, facsimile at (914) 355-2078 or telephone at (914) 355-2074.

---

**From:** Shaye'la Falkowitz <Shaye@cwrealty.net>
**Sent:** Tuesday, March 18, 2025 9:46 AM
**To:** Peter Oliveri <poliveri@kavulichandassociates.com>
**Cc:** office@cwrpm.net <Office@cwrpm.net>; leasing <leasing@cwrpm.net>
**Subject:** Re: Fw: 1719 Gates LLC - In re Brittney Michelle Watkins (25-10264)

Hi Peter,

I can confirm Amanda Moss is not and was never an agent of the LLC nor an employee of the management.


Sincerely,

**Shaye Falkowitz**
T. 718.243.2210 Ext 6
16 Waverly Avenue
Brooklyn, NY 11205
Mailing address
320 Roebling st #304
Brooklyn, NY 11211
shaye@cwrealty.net
www.CWrealty.net