# EXHIBIT E — AMANDA MOSS CALL LOG

