# EXHIBIT G — DAMAGES TENANT LEDGER (FULL)

# Tenant Ledger for 143 Admiral Ln

*As of February 20, 2026*

| Property: | 143 Admiral Ln | Rent: | $ 4,950.00 |
| | | Deposit: | $ 3,300.00 |
| Tenants: | Dominick F. White | Move-In: | 07/01/2023 |
| | Brittney M. Watkins | Lease Start: | 07/01/2024 |
| | | Lease Expires: | 03/27/2025 |
| | | Move-Out: | 03/28/2025 |

| Date | Name | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| 06/26/2023 | Atm Cash Deposit Nd Ave New York Ny | | 3,300.00 | (3,300.00) |
| 06/29/2023 | Online Transfer From Chk Transaction Xx | | 2,300.00 | (5,600.00) |
| 06/29/2023 | Deposit Id Number X | | 1,000.00 | (6,600.00) |
| 07/01/2023 | Rent for Jul 2023 | 3,300.00 | | (3,300.00) |
| 07/01/2023 | Security Deposit | 3,300.00 | | - |
| 08/01/2023 | Rent for Aug 2023 | 3,300.00 | | 3,300.00 |
| 08/07/2023 | Apartmentscom Apts White Stwjpgtk Id Xx | | 3,300.00 | - |
| 09/01/2023 | Rent for Sep 2023 | 3,300.00 | | 3,300.00 |
| 09/15/2023 | Online Transfer From Chk Transaction Xx | | 3,200.00 | 100.00 |
| 09/19/2023 | Online Transfer From Chk Transaction Xx | | 100.00 | - |
| 10/01/2023 | Rent for Oct 2023 | 3,300.00 | | 3,300.00 |
| 10/05/2023 | Late Fee | 50.00 | | 3,350.00 |
| 10/27/2023 | Online Transfer From Chk Transaction Xx | | 2,500.00 | 850.00 |
| 10/30/2023 | Online Transfer From Chk Transaction Xx | | 850.00 | - |
| 11/01/2023 | Rent for Nov 2023 | 3,300.00 | | 3,300.00 |
| 11/05/2023 | Late Fee | 50.00 | | 3,350.00 |
| 12/01/2023 | Rent for Dec 2023 | 3,300.00 | | 6,650.00 |
| 12/05/2023 | Late Fee | 50.00 | | 6,700.00 |
| 12/11/2023 | Apartmentscom Apts White Strvzedt Id Xx | | 3,300.00 | 3,400.00 |
| 12/26/2023 | Legal Fees - Process Server | 150.00 | | 3,550.00 |
| 01/01/2024 | Rent for Jan 2024 | 3,300.00 | | 6,850.00 |
| 01/05/2024 | Late Fee | 50.00 | | 6,900.00 |
| 01/25/2024 | Apartmentscom Apts White Stdgocdy Id Xx | | 3,300.00 | 3,600.00 |
| 02/01/2024 | Rent for Feb 2024 | 3,300.00 | | 6,900.00 |
| 02/05/2024 | Late Fee | 50.00 | | 6,950.00 |
| 03/01/2024 | Rent for Mar 2024 | 3,300.00 | | 10,250.00 |
| 03/05/2024 | Late Fee | 50.00 | | 10,300.00 |
| 04/01/2024 | Rent for Apr 2024 | 3,300.00 | | 13,600.00 |
| 04/05/2024 | Late Fee | 50.00 | | 13,650.00 |
| 05/01/2024 | Rent for May 2024 | 3,300.00 | | 16,950.00 |
| 05/06/2024 | Late fee | 50.00 | | 17,000.00 |
| 06/01/2024 | Rent for Jun 2024 | 3,300.00 | | 20,300.00 |
| 06/06/2024 | Late fee | 50.00 | | 20,350.00 |
| 07/01/2024 | Rent for Jul 2024 | 4,950.00 | | 25,300.00 |
| 07/06/2024 | Late Fee | 50.00 | | 25,350.00 |
| 08/01/2024 | Rent for Aug 2024 | 4,950.00 | | 30,300.00 |
| 08/06/2024 | Late Fee | 50.00 | | 30,350.00 |
| 09/01/2024 | Rent for Sep 2024 | 4,950.00 | | 35,300.00 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/06/2024 | Late Fee | 50.00 | 35,350.00 |
| 10/01/2024 | Rent for Oct 2024 | 4,950.00 | 40,300.00 |
| 10/06/2024 | Late Fee | 50.00 | 40,350.00 |
| 11/01/2024 | Rent for Nov 2024 | 4,950.00 | 45,300.00 |
| 11/06/2024 | Late Fee | 50.00 | 45,350.00 |
| 11/12/2024 | Legal Fees - Attorney Fees | 600.00 | 45,950.00 |
| 12/01/2024 | Rent for Dec 2024 | 4,950.00 | 50,900.00 |
| 12/07/2024 | Late fee | 50.00 | 50,950.00 |
| 01/01/2025 | Rent for Jan 2025 | 4,950.00 | 55,900.00 |
| 01/07/2025 | Late Fee | 50.00 | 55,950.00 |
| 01/08/2025 | Legal Fees - Attorney Fees | 1,350.00 | 57,300.00 |
| 01/08/2025 | Legal Fees - Certified Deed for Holdover Inquest Hearing | 44.88 | 57,344.88 |
| 01/26/2025 | Legal Fees - Holdover Court Apperances | 300.00 | 57,644.88 |
| 02/01/2025 | Rent for Feb 2025 | 4,950.00 | 62,594.88 |
| 02/06/2025 | Late fee | 50.00 | 62,644.88 |
| 02/12/2025 | Legal Fees - Nassau County Supreme Court Index Number | 216.28 | 62,861.16 |
| 02/13/2025 | Legal Fees - 603377/2025 Process Server | 280.00 | 63,141.16 |
| 02/20/2025 | Legal Fees - Bankruptcy Printing Fees | 15.49 | 63,156.65 |
| 02/20/2025 | Legal Fees - Bankruptcy Action Postage | 116.96 | 63,273.61 |
| 02/20/2025 | Legal Fees - Bankruptcy Court Fees | 199.00 | 63,472.61 |
| 02/21/2025 | Legal Fees - Bankruptcy Notice Delivery | 27.66 | 63,500.27 |
| 02/26/2025 | Legal Fees - Proof of Mailing Fees | 17.55 | 63,517.82 |
| 02/26/2025 | Legal Fees - Bankruptcy and Nassau Postage | 129.63 | 63,647.45 |
| 02/28/2025 | Eviction Fees - Wage Garnishment Fees | 82.29 | 63,729.74 |
| 03/01/2025 | Rent for Mar 1-27 (27 days @ $159.67) | 4,311.09 | 68,040.83 |
| 03/06/2025 | Late fee | 50.00 | 68,090.83 |
| 04/01/2025 | Rear Yard Cleaning | 334.77 | 68,425.60 |
| 04/03/2025 | Cleanout Fees - Cleanout Express | 1,141.01 | 69,566.61 |
| 04/05/2025 | Refrigerator Shelves Replacement | 69.68 | 69,636.29 |
| 04/16/2025 | Legal Fees - Eviction Attorney Fees | 1,230.00 | 70,866.29 |
| 04/24/2025 | Landscaping Repairs - Francis Property Solutions | 773.01 | 71,639.30 |
| 05/02/2025 | Storm door and closet door repairs | 37.88 | 71,677.18 |
| 05/02/2025 | Painting Finishing Work | 660.00 | 72,337.18 |
| 05/03/2025 | Cleaning and Debris Removal | 2,650.00 | 74,987.18 |
| 05/04/2025 | Glue Removal Supplies | 8.15 | 74,995.33 |
| 05/12/2025 | Kitchen Repairs - Pringle Property Services | 2,159.00 | 77,154.33 |
| 05/13/2025 | Cleaning Supplies | 9.20 | 77,163.53 |
| 05/24/2025 | Dryer Replacement | 435.45 | 77,598.98 |
| 05/24/2025 | Cleaning Supplies | 142.57 | 77,741.55 |
| 05/31/2025 | Dryer Duct Replacement | 32.51 | 77,774.06 |
| 05/31/2025 | Dryer Gas Line Replacement Parts | 37.46 | 77,811.52 |
| 06/21/2025 | Floor Moulding Repairs | 16.12 | 77,827.64 |
| 06/29/2025 | Shower Head Replacement | 23.89 | 77,851.53 |
| 07/05/2025 | Refrigerator Seal Replacements | 210.08 | 78,061.61 |
| 07/06/2025 | Stove Burner Repairs | 41.89 | 78,103.50 |
| 07/09/2025 | Replacement Washer | 594.37 | 78,697.87 |
| 07/18/2025 | Faucet Repairs | 23.89 | 78,721.76 |
| 07/18/2025 | Repair Supplies | 17.08 | 78,738.84 |
| 07/18/2025 | Replacement Dishwasher | 764.22 | 79,503.06 |
| 07/20/2025 | Replacement Refrigerator Shelf | 21.18 | 79,524.24 |
| 07/22/2025 | Bathroom Vanity Replacement Deposit | 653.25 | 80,177.49 |
| 07/22/2025 | Vanity Purchase | 287.05 | 80,464.54 |

| | | | |
|---|---|---|---|
| 07/25/2025 | Vanity Finishing Payment | 653.25 | 81,117.79 |
| 07/30/2025 | Vanity Painting | 150.00 | 81,267.79 |

| **TOTALS** | | **$ 104,417.79** | **$23,150.00** | **$81,267.79** |
|---|---|---|---|---|

Report Created: February 20, 2026  7:20 PM PST
*Powered by Stessa*

Access your account:
*https://app.stessa.com*