# EXHIBIT H — BLOCK INC. SUBPOENA RESPONSE (CASHAPP)



**BLOCK**

1955 Broadway, Suite 600
Oakland CA, 94612

August 1st, 2025

Jonathan Cornell
Creditor & Party-in-Interest

*Re:* Subpoena
*Case #:* 2510264LGB
*SQ LMR:* SQ20250721060110408ucGWb

Dear Jonathan Cornell,

This letter is in response to the subpoena issued to Block, Inc. (formerly known as Square, Inc.) with the above listed case number. The information contained in this letter and the enclosures are business proprietary, and should be considered confidential.

Block personnel have conducted a search of Block's systems based on the information provided in the subpoena. That search resulted in **three accounts**. Enclosed please find records of all requested information for the requested time frame.

Sincere Regards,

Shelley Combs
Legal Process Specialist

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Shelley Combs**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Block, Inc. and my job responsibilities include overseeing the custody of the records of my employer. I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the subpoena received by Block, Inc. (formerly known as Square, Inc.) on **July 21st, 2025** for case 2510264LGB, I reviewed Block, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

   a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

   b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

   c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the subpoena directed to Block, Inc. referred to above

This **August 1st, 2025**.

BLOCK, INC.

By: **Shelley Combs**

## Identity History

| Active Account Token | Identity Verification Name | Date of Birth | Last Four of Social | Verification Result | Verification Result Timestamp |
|---|---|---|---|---|---|
| C_5ecepam5s | Brittney Watkins | 1991-▨ | 4974 | VERIFIED | 2022-08-23 16:05:13 UTC |

## Address History

| Address Source | Street1 | Street2 | City | State | Zip | Created At |
|---|---|---|---|---|---|---|
| CARD_ACTIVATION | 1719 Gates Avenue | 3l | Queens | NY | 11385 | 2022-12-18 17:55:47 UTC |
| CUSTOMER | 1719 Gates Avenue | 3l | Queens | NY | 11385 | 2022-12-08 15:21:02 UTC |
| CARD_ACTIVATION | 1719 Gates Avenue | 3l | Queens | NY | 11385 | 2022-08-31 21:12:07 UTC |
| IDOLOGY_IDV | 1719 GATES AVE | APT 3L | RIDGEWOOD | NY | 11385 | 2022-08-23 16:05:14 UTC |
| CUSTOMER | 1719 Gates Avenue | 3l | Queens | NY | 11385 | 2022-08-23 16:04:42 UTC |

## Display Name History

| Display Name | Created At |
|---|---|
| Queen Kashy | 2022-08-23 15:52:32 UTC |
| Queen Kashy | 2022-08-23 15:52:32 UTC |

## Alias History

| Date | Alias | Source | Status |
|---|---|---|---|
| 2024-10-13 21:59:39 UTC | C_htef0ycx | CUSTOMER_TOKEN | Removed |
| 2024-10-13 21:44:56 UTC | C_htef0ycx | CUSTOMER_TOKEN | Added |
| 2023-11-30 16:37:24 UTC | C_glyczqpmyn | CUSTOMER_TOKEN | Removed |
| 2023-11-30 16:37:04 UTC | C_glyczqpmyn | CUSTOMER_TOKEN | Added |
| 2023-08-11 23:25:45 UTC | C_5edzppy2b | CUSTOMER_TOKEN | Removed |
| 2023-05-31 17:41:20 UTC | C_5edzppy2b | CUSTOMER_TOKEN | Added |
| 2023-05-31 17:40:37 UTC | C_5adppy7b | CUSTOMER_TOKEN | Removed |
| 2023-05-31 17:39:57 UTC | C_5adppy7b | CUSTOMER_TOKEN | Added |
| 2022-08-23 16:11:21 UTC | brittneymwatkins004@gmail.com | EMAIL | Added |
| 2022-08-23 15:56:34 UTC | queenbcashy | CASHTAG | Added |
| 2022-08-23 15:52:11 UTC | 9293370965 | SMS | Added |
| 2022-08-14 21:47:28 UTC | C_5ecepam5s | CUSTOMER_TOKEN | Added |

## Attempted P2P Payments

| Date | Status | Amount | Note | Recipient | State | Created At |
|---|---|---|---|---|---|---|
| 2023-09-06 01:05:58 UTC | PAID_OUT | USD 12.00 | | Queen Kashy | Paying | Domo APP |
| 2023-08-29 21:24:22 UTC | PAID_OUT | USD 8.00 | | Queen Kashy | Paying | Domo APP |
| 2023-08-17 02:45:05 UTC | PAID_OUT | USD 52.00 | | Queen Kashy | Paying | Domo APP |
| 2023-04-10 02:03:56 UTC | PAID_OUT | USD 6.00 | Amazon | Queen Kashy | Paying | Domo APP |
| 2023-04-07 22:12:42 UTC | PAID_OUT | USD 35.00 | | Queen Kashy | Paying | Domo APP |
| 2023-04-05 15:52:27 UTC | PAID_OUT | USD 109.00 | 👆 | Queen Kashy | Paying | Domo APP |
| 2023-03-19 17:48:42 UTC | PAID_OUT | USD 4.00 | | Queen Kashy | Paying | Domo APP |
| 2023-03-18 19:58:23 UTC | PAID_OUT | USD 16.00 | mulans wipes | Queen Kashy | Paying | Domo APP |
| 2023-03-07 22:25:27 UTC | PAID_OUT | USD 20.00 | | Queen Kashy | Paying | Domo APP |
| 2023-03-04 18:54:43 UTC | PAID_OUT | USD 13.00 | | Queen Kashy | Paying | Domo APP |
| 2023-03-04 15:56:32 UTC | PAID_OUT | USD 60.00 | | Queen Kashy | Paying | Domo APP |
| 2023-03-04 02:25:00 UTC | PAID_OUT | USD 5.78 | 5$ Aden charger | Queen Kashy | Paying | Domo APP |
| 2023-02-22 22:58:16 UTC | PAID_OUT | USD 20.00 | | Queen Kashy | Paying | Domo APP |
| 2023-02-11 20:49:03 UTC | PAID_OUT | USD 5.00 | | Queen Kashy | Paying | Domo APP |
| 2023-01-22 21:35:38 UTC | PAID_OUT | USD 31.00 | | Queen Kashy | Paying | Domo APP |
| 2023-01-14 15:29:41 UTC | PAID_OUT | USD 20.00 | | Queen Kashy | Paying | Domo APP |
| 2023-01-11 22:46:51 UTC | PAID_OUT | USD 1.00 | roll up | Queen Kashy | Paying | Domo APP |
| 2023-01-10 21:35:12 UTC | PAID_OUT | USD 2.00 | | Queen Kashy | Paying | Domo APP |
| | PAID_OUT | USD 10.00 | | Queen Kashy | Paying | Domo APP |

**Identity History**

Active Account Token
C_8xpkjayhk

| Identity Verification Name | Date of Birth | Last Four of Social | Verification Result | Verification |
|---|---|---|---|---|
| DOMINICK FRANKLIN WHITE | 1991 | 0556 | VERIFIED | 2025-06-06 |
| Dominick White | 1991 | 0556 | VERIFIED | 2025-06-06 |
| DOMINICK FRANKLIN WHITE | 1991 | 0556 | VERIFIED | 2023-08-04 |
| Dominick White | 1991 | 0556 | VERIFIED | 2018-08-01 |

**Address History**

| Address Source | Street1 | Street2 | City | State | Zip | Created At |
|---|---|---|---|---|---|---|
| IDOLOGY_IDV | 140 De Kruif Pl | Apt 32c | Bronx | NY | 10475 | 2025-06-06 |
| CUSTOMER | 140 De Kruif Place | | The Bronx | NY | 10475 | 2025-06-06 |
| CUSTOMER | 140 De Kruif Place Apt 32c | | The Bronx | NY | 10475 | 2025-05-22 |
| CARD_ACTIVATION | 143 Admiral Ln | | Bronx | NY | 10473 | 2024-12-21 |
| CUSTOMER | 143 Admiral Ln | | Bronx | NY | 10473 | 2024-12-08 |
| GOVERNMENT_ID | 140 De Kruif Pl 32c | | Bronx | NY | 10475 | 2023-08-04 |
| CARD_ACTIVATION | 140 De Kruif Place | Apt 32c | Bronx | NY | 10475 | 2022-02-26 |
| CUSTOMER | 140 De Kruif Place | Apt 32c | Bronx | NY | 10475 | 2022-01-31 |
| CARD_ACTIVATION | 140 De Kruif Place | Apt 32c | Bronx | NY | 10475 | 2020-04-28 |
| CUSTOMER | 140 De Kruif Place | Apt 32c | Bronx | NY | 10475 | 2020-03-08 |
| IDOLOGY_IDV | 2151 BRUCKNER BLVD | APT 1F | BRONX | NY | 10472 | 2018-08-01 |
| CUSTOMER | 140 De Kruif Place | Apt 32c | Bronx | NY | 10475 | 2018-08-01 |
| CUSTOMER | 140 De Kruif Place | Apt 32c | Bronx | NY | 10475 | 2018-08-01 |

**Display Name History**

| Display Name | Created At |
|---|---|
| Dominick White | 2018-07-26 02:22:26 UTC |
| Domo | 2019-09-07 20:26:02 UTC |
| Domo | 2020-01-01 02:15:31 UTC |
| Domo | 2020-04-03 16:25:00 UTC |

**Alias History**

| Date | Alias | Source | Status |
|---|---|---|---|
| 2025-05-22 13:33:20 UTC | C_gjdkwamdv | CUSTOMER_TOKEN | Removed |
| 2025-05-22 13:32:45 UTC | C_gjdkwamdv | CUSTOMER_TOKEN | Added |
| 2022-11-06 10:15:14 UTC | C_hyetc0mvg | CUSTOMER_TOKEN | Removed |
| 2022-11-06 01:03:52 UTC | C_hyetc0mvg | CUSTOMER_TOKEN | Added |
| 2022-11-06 01:03:20 UTC | C_0tepdhm2g | CUSTOMER_TOKEN | Removed |
| 2022-11-05 23:15:09 UTC | C_0tepdhm2g | CUSTOMER_TOKEN | Added |
| 2022-11-05 22:25:49 UTC | 9296779659 | SMS | Added |
| 2022-11-05 22:25:19 UTC | 9295234045 | SMS | Removed |
| 2022-09-30 10:10:43 UTC | C_hy2twhmc4 | CUSTOMER_TOKEN | Removed |
| 2022-09-30 01:24:05 UTC | C_hy2twhmc4 | CUSTOMER_TOKEN | Added |
| 2022-08-16 11:56:34 UTC | C_gec2xhmfj | CUSTOMER_TOKEN | Removed |
| 2022-07-09 03:06:09 UTC | C_gec2xhmfj | CUSTOMER_TOKEN | Added |
| 2022-06-08 15:43:57 UTC | C_gq2hrhy8c | CUSTOMER_TOKEN | Removed |
| 2022-06-08 15:43:30 UTC | C_gq2hrhy8c | CUSTOMER_TOKEN | Added |
| 2021-09-17 16:31:46 UTC | C_hjdv4hm97 | CUSTOMER_TOKEN | Removed |
| 2021-09-17 16:31:07 UTC | C_hjdv4hm97 | CUSTOMER_TOKEN | Added |
| 2021-06-06 00:14:11 UTC | C_gmcajqmh4 | CUSTOMER_TOKEN | Removed |
| 2021-06-05 23:43:56 UTC | C_gmcajqmh4 | CUSTOMER_TOKEN | Added |
| 2021-03-20 18:19:45 UTC | C_8j2dxqygf | CUSTOMER_TOKEN | Removed |
| 2021-03-19 21:34:31 UTC | 9295234045 | SMS | Added |
| 2021-03-19 21:34:01 UTC | 3474798382 | SMS | Removed |
| 2020-06-23 22:53:32 UTC | C_8j2dxqygf | CUSTOMER_TOKEN | Added |
| 2018-12-13 02:04:29 UTC | C_54eaa0mfa | CUSTOMER_TOKEN | Removed |
| 2018-12-13 02:04:29 UTC | C_54eaa0mfa | CUSTOMER_TOKEN | Added |
| 2018-12-13 02:03:57 UTC | C_54eaa0mfa | CUSTOMER_TOKEN | Added |
| 2018-07-26 02:25:26 UTC | d.nick06@yahoo.com | EMAIL | Added |
| 2018-07-26 02:22:45 UTC | domothatsmy1 | CASHTAG | Added |
| 2018-07-26 02:22:02 UTC | C_8npqkgyrf | CUSTOMER_TOKEN | Removed |
| 2018-07-26 02:22:02 UTC | C_8npqkgyrf | CUSTOMER_TOKEN | Added |
| 2018-07-26 02:19:21 UTC | C_8npqkgyrf | CUSTOMER_TOKEN | Added |
| 2018-03-08 02:56:32 UTC | C_8xpkjayhk | CUSTOMER_TOKEN | Added |
| 2018-03-08 02:56:32 UTC | 3474798382 | SMS | Added |

**Attempted P2P Payments**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023-09-03 02:40:59 UTC | PAID_OUT | USD 20.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-09-02 22:03:21 UTC | PAID_OUT | USD 200.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-08-27 00:18:51 UTC | PAID_OUT | USD 23.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-08-25 17:02:35 UTC | PAID_OUT | USD 130.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-05-09 17:51:03 UTC | EXPIRED_WAITING_ON_RECIPIEN | USD 50.00 | | Domo | Paying | Brittney | APP |
| 2023-05-01 13:10:00 UTC | PAID_OUT | USD 100.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-05-01 13:09:43 UTC | DECLINED | USD 100.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-05-01 13:09:19 UTC | DECLINED | USD 100.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-04-18 18:58:03 UTC | PAID_OUT | USD 20.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-04-13 16:44:00 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-04-13 02:12:19 UTC | PAID_OUT | USD 35.00 | save for laundry 5 for A | Domo | Paying | Queen Kashy | APP |
| 2023-04-09 14:38:42 UTC | PAID_OUT | USD 5.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-04-05 15:51:20 UTC | PAID_OUT | USD 67.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-04-04 20:18:58 UTC | PAID_OUT | USD 80.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-31 17:09:29 UTC | PAID_OUT | USD 15.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-30 12:02:49 UTC | PAID_OUT | USD 9.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-30 11:44:42 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-23 17:19:46 UTC | PAID_OUT | USD 17.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-21 17:32:42 UTC | PAID_OUT | USD 27.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-19 17:39:40 UTC | PAID_OUT | USD 6.00 | split it Aden Noah | Domo | Paying | Queen Kashy | APP |
| 2023-03-12 18:55:44 UTC | PAID_OUT | USD 1.00 | Aden | Domo | Paying | Queen Kashy | APP |
| 2023-03-09 17:04:50 UTC | PAID_OUT | USD 50.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-04 19:46:32 UTC | PAID_OUT | USD 12.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-04 19:46:06 UTC | PAID_OUT | USD 18.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-04 18:47:52 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-04 18:47:02 UTC | PAID_OUT | USD 3.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-04 18:10:11 UTC | PAID_OUT | USD 15.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-04 15:55:54 UTC | PAID_OUT | USD 60.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-01 21:46:57 UTC | PAID_OUT | USD 60.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-03-01 21:34:43 UTC | DECLINED | USD 60.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-21 23:28:43 UTC | PAID_OUT | USD 28.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-20 01:26:36 UTC | PAID_OUT | USD 50.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-17 14:56:10 UTC | PAID_OUT | USD 22.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-17 13:46:48 UTC | PAID_OUT | USD 27.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-17 13:44:38 UTC | EXPIRED_WAITING_ON_SENDER | USD 27.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-16 18:01:13 UTC | PAID_OUT | USD 4.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-15 14:28:21 UTC | PAID_OUT | USD 5.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-13 21:07:01 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-13 21:06:31 UTC | PAID_OUT | USD 30.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-13 19:03:04 UTC | PAID_OUT | USD 20.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-11 23:44:16 UTC | PAID_OUT | USD 4.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-11 23:40:19 UTC | PAID_OUT | USD 25.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-11 20:23:39 UTC | PAID_OUT | USD 20.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-09 19:41:16 UTC | PAID_OUT | USD 15.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-06 00:09:35 UTC | PAID_OUT | USD 30.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-05 19:22:42 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-02 16:24:24 UTC | PAID_OUT | USD 30.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-02 16:23:35 UTC | PAID_OUT | USD 20.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-02-01 19:15:17 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-01-23 17:34:20 UTC | PAID_OUT | USD 2.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-01-23 17:23:19 UTC | PAID_OUT | USD 3.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-01-23 16:31:25 UTC | PAID_OUT | USD 30.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-01-06 17:15:04 UTC | PAID_OUT | USD 10.00 | | Domo | Paying | Queen Kashy | APP |
| 2023-01-06 17:14:50 UTC | PAID_OUT | USD 100.00 | | Domo | Paying | Queen Kashy | APP |

**Attempted P2P Payments**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023-10-26 11:31:42 UTC | PAID_OUT | USD 850.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-10-25 20:12:17 UTC | PAID_OUT | USD 2,500.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-14 04:45:31 UTC | PAID_OUT | USD 700.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-14 04:44:35 UTC | PAID_OUT | USD 100.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 20:39:19 UTC | DECLINED | USD 100.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 20:36:20 UTC | DECLINED | USD 100.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 16:40:20 UTC | DECLINED | USD 100.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 16:32:05 UTC | DECLINED | USD 800.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 16:28:17 UTC | DECLINED | USD 800.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 16:27:51 UTC | PAID_OUT | USD 2,500.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 16:27:04 UTC | DECLINED | USD 3,300.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-09-13 16:26:32 UTC | DECLINED | USD 3,300.00 | Domo | Paying | Jonathan Cornell | APP |
| 2023-06-27 21:10:06 UTC | PAID_OUT | USD 2,300.00 | Domo | Paying | Jonathan Cornell | APP |

# EXHIBIT I — WHITE ZELLE PAYMENTS

| Transaction_Date / Payment_ID | Transaction_Type | Sending_Bank | Sender_Name | Receiving_Bank | Recipient_Profile_ID | Business_Name | Recipient_First_Name | Recipient_Last_Name | Recipient_Token | Payment_Status | Payment_Amount | Payment_Memo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/23 182930V0AJ1ZEFV0IUX | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 25 | |
| 5/12/23 111117V0AV0LDP56QO | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 60 | |
| 5/12/23 1736210V6A55563C1NVW5Z | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 20 | |
| 5/12/23 142813V0GA5UIW5S5V5 | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 35 | |
| 5/21/23 162229V0GA0WF0ZR0UG | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 5 | |
| 5/30/23 135433V0GA0KBND4Y0H | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 20 | |
| 5/31/23 174766V0GA8NAM0VAD | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 30 | |
| 6/8/23 166610V0GAUNSOB0CRS | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 75 | |
| 6/16/23 014851V0GAH8Z5AP1ZY | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 30 | |
| 6/16/23 16172V0GAHDAD7Y0Q5 | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 17 | Thankyou |
| 6/19/23 18650A0GA8EHD0G9NR | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 20 | |
| 6/26/23 014329V6A50Z0NQ0H6 | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 20 | |
| 7/9/23 0143129V6A50Z0NQ0H6 | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 20 | |
| 7/31/23 013113V6A2D2F0GFHZ | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 32 | |
| 7/31/23 180324V6A4DAT29W | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 20 | |
| 7/31/23 180725V6A8EIB0BSDU | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 80 | |
| 7/31/23 232257V6A3NXNC1iMW | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 100 | |
| 8/1/23 004339V6A4M8BQL7IP | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 25 | |
| 8/18/23 213032V6AX0DNMLP96 | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 140 | |
| 10/26/23 212451V6A4NKE0TTE | SENT | MUNICIPAL CREDIT UNION | DominickWhite | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | | | 50 | |
| 2/3/25 200668J8J8o55YNArp | SENT | Municipal Credit Union | DOMINICK WHITE | Chase | | 1.6633E+18 | BRITTNEY | WATKINS | | | 85 | |
| 3/1/25 1448654J8J804NT5FAFA | SENT | Municipal Credit Union | DOMINICK WHITE | Chase | | 732261076 | BRITTNEY | WATKINS | | | 20 | |
| 4/2/25 200308J8J806BH15GEM | SENT | Municipal Credit Union | DOMINICK WHITE | Chase | | 732261076 J. SINGER LAW GROUP PLLC | BRITTNEY | WATKINS | jsinger@jsingerlawgroup.com | DELIVERED | 20 | |
| 5/1/25 215348J8J807V870I0U | SENT | Municipal Credit Union | DOMINICK WHITE | TD Bank | | 1.6633E+18 | BRITTNEY | WATKINS | | | 35 | |
| 5/2/25 215503J8J807V870I0U | SENT | Municipal Credit Union | DOMINICK WHITE | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6460caf28 | 1.6633E+18 | BRITTNEY | WATKINS | 192958312267 DELIVERED | DELIVERED | 96 | Apple Pay |
| 4/11/24 200443J3L8I00059R04c | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 10 | No memo provided |
| 4/19/24 164108J8J000soJ0sNGml | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 42 | Cashapp faz |
| 4/26/24 172632J8J000z6b63 | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 20 | Aiden CA |
| 4/30/24 164329J8m000soJ0sneoX | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 20 | Target |
| 5/8/24 221214J8J8L000soJ0sm0m | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 40 | Thankyou |
| 5/9/24 205005J8J8I00000sm06m | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 20 | Thankyou |
| 5/10/24 130158J8J8L0e000sn3K | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 10 | |
| 5/14/24 112320J8g000smUNq | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 20 | Save |
| 5/25/24 140528J8J8I00031cfd | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 15 | |
| 6/7/24 205667J8g000soJsj5T | RECEIVED | Municipal Credit Union | DOMINICK WHITE | BankofAmerica | | 1.6633E+18 | BRITTNEY | WATKINS | 192933170965 DELIVERED | DELIVERED | 20 | |

# EXHIBIT J — 341 HEARING TRANSCRIPT

**Page 1**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 25-10264-lgb

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of:


BRITTNEY MICHELLE WATKINS,


          Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    Office of the United States Trustee

                    Alexander Hamilton Custom House

                    One Bowling Green

                    New York, NY  10004


                    March 13, 2025




341 Meeting of Creditors





B E F O R E :

ALAN NISSELSON

TRUSTEE

A P P E A R A N C E S :


J. SINGER LAW GROUP

     Attorney for the Debtor

     1 Liberty Street, Suite 2327

     New York, NY, 10006


BY:  IRA REED


ALSO APPEARING:

JONATHAN CORNELL - Pro Se Creditor

Transcribed by:  Sonya Ledanski Hyde

Page 3

P R O C E E D I N G S

MR. NISSELSON:  I think there might be a creditor -- is there a creditor appearing in this case?

MR. CORNELL:  Yes.  Hi, Mr. Nisselson.  This is Jonathan Cornell, a creditor in this case, representing myself pro se.

MR. NISSELSON:  Okay.  Well, I'll get all appearances in a second.  This is the 341 meeting of Brittney Watkins, Docket Number 25-10264.  Alan Nisselson, Trustee.  Appearance for the record.  Mr. Reed?

MR. REED:  Ira Reed, J. Singer Law Group, for the Debtor, admitted in the district.

MR. NISSELSON:  Okay.  And Mr. Cornell, would you identify yourself again, please?

MR. CORNELL:  Yes.  Jonathan Cornell, a creditor in this case, representing myself, pro se.

MR. NISSELSON:  Okay.  And I will give you an opportunity to ask questions after I do.  Okay?

MR. CORNELL:  Understood.  Thank you.

MR. NISSELSON:  Okay.  Ms. Watkins, your ID documents match.  Do you swear to tell the truth in response to questions asked of you today?

MS. WATKINS:  Yes.

MR. NISSELSON:  Last page of your petition, is that your signature?

**Page 4**

MS. WATKINS:  Yes.

MR. NISSELSON:  And is the information contained in this petition true and accurate?

MS. WATKINS:  Yes.

MR. NISSELSON:  Do you wish to change anything?

MS. WATKINS:  No.

MR. NISSELSON:  Number 5, is that your current address?

MS. WATKINS:  Yes.

MR. NISSELSON:  And have you read the bankruptcy information sheet?

MS. WATKINS:  Yes.

MR. NISSELSON:  Do you understand it?

MS. WATKINS:  Yes.

MR. NISSELSON:  Have you ever filed for bankruptcy before?

MS. WATKINS:  No.

MR. NISSELSON:  Do you own any real property?

MS. WATKINS:  No.

MR. NISSELSON:  Have you listed all of your personal property?

MS. WATKINS:  Yes.

MR. NISSELSON:  Do you own any stocks or bonds?

MS. WATKINS:  No.

MR. NISSELSON:  Do you own a car?

Page 5

MS. WATKINS:  No.

MR. NISSELSON:  Are you a beneficiary under a will or a trust?

MS. WATKINS:  No.

MR. NISSELSON:  Did you use any of the credit cards that are listed within three months of your bankruptcy?

MS. WATKINS:  No.

MR. NISSELSON:  Did you transfer any property, real or personal, within four years of the bankruptcy?

MS. WATKINS:  No.

MR. NISSELSON:  Your monthly income is -- let's see, continuation page -- your monthly income is $4,690 and is about $2,400 from family or from children's father.  Is that correct?

MS. WATKINS:  Yes.

MR. NISSELSON:  And your monthly expenses are about $6,000?

MS. WATKINS:  Yes.

MR. NISSELSON:  Okay.  Are you suing anybody?

MS. WATKINS:  No.

MR. NISSELSON:  Okay, Mr. Cornell, your opportunity to ask questions.

MR. CORNELL:  Thank you, Mr. Nisselson.  How much time do I have this morning?

Page 6

MR. NISSELSON:  You have only a few minutes.  You can ask the court for a long -- for a much more extensive examination through Rule 2004.  You need to make a motion, and the court generally grants that, but you have to say in your motion why you want to do that.

MR. CORNELL:  Understood.  Thank you, Mr. Nisselson.

Ms. Watkins, are you still residing at 143 Admiral Lane, Bronx, New York 10473?

MS. WATKINS:  No.

MR. CORNELL:  Where are you currently residing?

MS. WATKINS:  2930 Wilson Avenue.

MR. CORNELL:  Okay, thank you.  In your bankruptcy petition under Question 11 on the voluntary petition, you answered no to whether your landlord had obtained an eviction judgment against you.  Were you aware at the time of filing that there were two judgments of possession against you in January 2025?

MS. WATKINS:  Yes.

MR. CORNELL:  Okay.  I noticed in your schedules you did not list any bank accounts.  How do you currently receive and access your income?

MS. WATKINS:  Cash.

MR. CORNELL:  Do you have any financial accounts not listed in your bankruptcy schedules, including bank

Page 7

accounts, prepaid cards, digital payment accounts, such as Cash App, Venmo, Zelle, or PayPal?

MS. WATKINS:  No.

MR. CORNELL:  Okay.  Your statement of financial affairs indicates an income of $7,500 from 2023, but you provided me a pay stub from your employment at a company named Robert Half International, showing earnings of $28,400 in June 2023.  Can you explain this discrepancy, please?

MS. WATKINS:  Yes.  I don't work there anymore.  I haven't been working there since 2024.

MR. CORNELL:  Okay.  On your statement, you indicated $7,500 for that year, but the pay stub indicates $28,400, the one submitted to me.  Can you explain that discrepancy, please?

MS. WATKINS:  Yes.  I don't get paid that much no more.

MR. CORNELL:  Okay.  I'll continue then.  You claim a rental cost of $3,300 on Schedule J of your petition.  Which property does this rental cost apply to?

MS. WATKINS:  143 Admiral Lane.

MR. CORNELL:  Okay.  (indiscernible)  How do you make payments for your cell phone, Internet service, and streaming services you use?

MS. WATKINS:  Family.

MR. CORNELL:  Is your email address still

Page 8

BrittneyMWatkins004@gmail.com?

MS. WATKINS:  Yes.

MR. CORNELL:  Okay.  Have you ever used the Cash Payment App?

MS. WATKINS:  Yes.

MR. CORNELL:  Are you familiar with the username QueenBCashing?

MS. WATKINS:  Yes.

MR. CORNELL:  Is it --

MS. WATKINS:  (indiscernible)

MR. CORNELL:  Is this your account?

MS. WATKINS:  That's my account, yes.

MR. CORNELL:  Are you familiar with a PayPal account tied to your email address with the username (indiscernible) BrittneyWatkins?

MS. WATKINS:  Yes.

MR. CORNELL:  Did you ever use a Zelle account tied to the same email address?

MS. WATKINS:  Yes.

MR. CORNELL:  On your rental application from 2023, you provided me a pay stub with a direct deposit to an account ending in 2931.  Is this account still active?

MS. WATKINS:  No.

MR. CORNELL:  Have you transferred any assets, funds, or property to family members or friends in the past

Page 9

two years?

MS. WATKINS:  No.

MR. CORNELL:  Okay.  No other questions.  Thank you for answering my questions, Ms. Watkins.  And for Mr. Trustee, I may have additional concerns regarding undisclosed assets based on these answers, and I'd like to reserve the right to request further examination, if appropriate.

MR. NISSELSON:  All right.  Since that's the case, I will leave the -- I won't close the meeting for one time to 4/10 at 10:00.

MR. CORNELL:  Okay.

MR. NISSELSON:  I'll mark it as holding.  If you advise my office that you need a further examination, I will so inform Debtor's counsel and Debtor will have to appear.

MR. CORNELL:  Okay.  Thank you.

MR. NISSELSON:  Okay.  Very good.  Thank you.

(Whereupon these proceedings were concluded)

Page 10

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: March 20, 2025

**[1 - currently]**

**1**

**1**  2:5
**10004**  1:14
**10006**  2:6
**10473**  6:9
**10:00**  9:11
**11**  6:14
**11501**  10:23
**12151**  10:6
**13**  1:16
**143**  6:8 7:20

**2**

**2,400**  5:14
**20**  10:25
**2004**  6:3
**2023**  7:5,8 8:21
**2024**  7:10
**2025**  1:16 6:18 10:25
**2327**  2:5
**25-10264**  1:3 3:9
**28,400**  7:7,13
**2930**  6:12
**2931**  8:22

**3**

**3,300**  7:18
**300**  10:22
**330**  10:21
**341**  1:19 3:8

**4**

**4,690**  5:13
**4/10**  9:11

**5**

**5**  4:7

**6**

**6,000**  5:18

**7**

**7,500**  7:5,12

**a**

**access**  6:22
**account**  8:11 8:12,14,17,22 8:22
**accounts**  6:21 6:24 7:1,1
**accurate**  4:3 10:4
**active**  8:22
**additional**  9:5
**address**  4:8 7:25 8:14,18
**admiral**  6:8 7:20
**admitted**  3:12
**advise**  9:14
**affairs**  7:5
**alan**  1:24 3:9
**alexander**  1:12
**answered**  6:15
**answering**  9:4
**answers**  9:6
**anybody**  5:20
**anymore**  7:9
**app**  7:2 8:4
**appear**  9:15
**appearance**  3:10

**appearances**  3:8
**appearing**  2:10 3:3
**application**  8:20
**apply**  7:19
**appropriate**  9:8
**asked**  3:22
**assets**  8:24 9:6
**attorney**  2:4
**avenue**  6:12
**aware**  6:16

**b**

**b**  1:23
**bank**  6:21,25
**bankruptcy**  1:1 4:10,15 5:7 5:10 6:13,25
**based**  9:6
**beneficiary**  5:2
**bonds**  4:23
**bowling**  1:13
**brittney**  1:7 3:9
**brittneymwat...**  8:1
**brittneywatk...**  8:15
**bronx**  6:9

**c**

**c**  2:1 3:1 10:1,1
**car**  4:25
**cards**  5:6 7:1

**case**  1:3 3:3,5 3:16 9:9
**cash**  6:23 7:2 8:3
**cell**  7:22
**certified**  10:3
**change**  4:5
**children's**  5:14
**claim**  7:18
**close**  9:10
**company**  7:6
**concerns**  9:5
**concluded**  9:18
**contained**  4:2
**continuation**  5:13
**continue**  7:17
**cornell**  2:11 3:4,5,13,15,15 3:19 5:22,24 6:6,11,13,20 6:24 7:4,11,17 7:21,25 8:3,6,9 8:11,13,17,20 8:24 9:3,12,16
**correct**  5:15
**cost**  7:18,19
**counsel**  9:15
**country**  10:21
**court**  1:1 6:2,4
**credit**  5:5
**creditor**  2:11 3:2,3,5,15
**creditors**  1:19
**current**  4:7
**currently**  6:11 6:21

**[custom - o]**                                                                                 Page 2

**custom** 1:12

**d**

**d** 3:1
**date** 10:25
**debtor** 1:9 2:4
   3:12 9:15
**debtor's** 9:15
**deposit** 8:21
**digital** 7:1
**direct** 8:21
**discrepancy**
   7:8,14
**district** 1:2
   3:12
**docket** 3:9
**documents**
   3:21

**e**

**e** 1:23,23 2:1,1
   3:1,1 10:1
**earnings** 7:7
**email** 7:25 8:14
   8:18
**employment**
   7:6
**eviction** 6:16
**examination**
   6:3 9:7,14
**expenses** 5:17
**explain** 7:8,13
**extensive** 6:2

**f**

**f** 1:23 10:1
**familiar** 8:6,13
**family** 5:14
   7:24 8:25

**father** 5:14
**filed** 4:15
**filing** 6:17
**financial** 6:24
   7:4
**foregoing** 10:3
**four** 5:10
**friends** 8:25
**funds** 8:25
**further** 9:7,14

**g**

**g** 3:1
**generally** 6:4
**give** 3:17
**gmail.com** 8:1
**good** 9:17
**grants** 6:4
**green** 1:13
**group** 2:3 3:11

**h**

**half** 7:7
**hamilton** 1:12
**hi** 3:4
**holding** 9:13
**house** 1:12
**hyde** 2:25 10:3
   10:8

**i**

**identify** 3:14
**including** 6:25
**income** 5:12,13
   6:22 7:5
**indicated** 7:12
**indicates** 7:5
   7:12

**indiscernible**
   7:21 8:10,15
**inform** 9:15
**information**
   4:2,11
**international**
   7:7
**internet** 7:22
**ira** 2:8 3:11

**j**

**j** 2:3 3:11 7:18
**january** 6:18
**jonathan** 2:11
   3:5,15
**judgment** 6:16
**judgments**
   6:17
**june** 7:8

**l**

**landlord** 6:15
**lane** 6:9 7:20
**law** 2:3 3:11
**leave** 9:10
**ledanski** 2:25
   10:3,8
**legal** 10:20
**lgb** 1:3
**liberty** 2:5
**list** 6:21
**listed** 4:20 5:6
   6:25
**long** 6:2

**m**

**make** 6:3 7:22
**march** 1:16
   10:25

**mark** 9:13
**match** 3:21
**matter** 1:5
**meeting** 1:19
   3:8 9:10
**members** 8:25
**michelle** 1:7
**mineola** 10:23
**minutes** 6:1
**monthly** 5:12
   5:13,17
**months** 5:6
**morning** 5:25
**motion** 6:3,5

**n**

**n** 2:1 3:1 10:1
**named** 7:7
**need** 6:3 9:14
**new** 1:2,14 2:6
   6:9
**nisselson** 1:24
   3:2,4,7,9,13,17
   3:20,24 4:2,5,7
   4:10,13,15,18
   4:20,23,25 5:2
   5:5,9,12,17,20
   5:22,24 6:1,7
   9:9,13,17
**noticed** 6:20
**number** 3:9
   4:7
**ny** 1:14 2:6
   10:23

**o**

**o** 1:23 3:1 10:1

**[obtained - venmo]** Page 3

obtained 6:15
office 1:11 9:14
okay 3:7,13,17
3:18,20 5:20
5:22 6:13,20
7:4,11,17,21
8:3 9:3,12,16
9:17
old 10:21
opportunity
3:18 5:23
own 4:18,23,25

**p**

p 2:1,1 3:1
page 3:24 5:13
paid 7:15
past 8:25
pay 7:6,12 8:21
payment 7:1
8:4
payments 7:22
paypal 7:2
8:13
personal 4:21
5:10
petition 3:24
4:3 6:14,14
7:19
phone 7:22
please 3:14 7:8
7:14
possession
6:17
prepaid 7:1
pro 2:11 3:6,16
proceedings
9:18 10:4

property 4:18
4:21 5:9 7:19
8:25
provided 7:6
8:21

**q**

queenbcashing
8:7
question 6:14
questions 3:18
3:22 5:23 9:3,4

**r**

r 1:23 2:1 3:1
10:1
read 4:10
real 4:18 5:10
receive 6:22
record 3:10
10:4
reed 2:8 3:10
3:11,11
regarding 9:5
rental 7:18,19
8:20
representing
3:5,16
request 9:7
reserve 9:7
residing 6:8,11
response 3:21
right 9:7,9
road 10:21
robert 7:7
rule 6:3

**s**

s 2:1 3:1
schedule 7:18
schedules 6:20
6:25
se 2:11 3:6,16
second 3:8
see 5:13
service 7:22
services 7:23
sheet 4:11
showing 7:7
signature 3:25
10:6
singer 2:3 3:11
solutions 10:20
sonya 2:25
10:3,8
southern 1:2
statement 7:4
7:11
states 1:1,11
stocks 4:23
streaming 7:23
street 2:5
stub 7:6,12
8:21
submitted 7:13
suing 5:20
suite 2:5 10:22
swear 3:21

**t**

t 10:1,1
tell 3:21
thank 3:19
5:24 6:6,13 9:3

9:16,17
think 3:2
three 5:6
tied 8:14,18
time 5:25 6:16
9:10
today 3:22
transcribed
2:25
transcript 10:4
transfer 5:9
transferred
8:24
true 4:3 10:4
trust 5:3
trustee 1:11,25
3:10 9:5
truth 3:21
two 6:17 9:1

**u**

under 5:2 6:14
understand
4:13
understood
3:19 6:6
undisclosed
9:6
united 1:1,11
use 5:5 7:23
8:17
used 8:3
username 8:6
8:14

**v**

venmo 7:2

**[veritext - zelle]**                                                    Page 4

**veritext**   10:20
**voluntary**   6:14

**w**

**want**   6:5
**watkins**   1:7 3:9
  3:20,23 4:1,4,6
  4:9,12,14,17
  4:19,22,24 5:1
  5:4,8,11,16,19
  5:21 6:8,10,12
  6:19,23 7:3,9
  7:15,20,24 8:2
  8:5,8,10,12,16
  8:19,23 9:2,4
**wilson**   6:12
**wish**   4:5
**work**   7:9
**working**   7:10

**x**

**x**   1:4,10

**y**

**year**   7:12
**years**   5:10 9:1
**york**   1:2,14 2:6
  6:9

**z**

**zelle**   7:2 8:17

# EXHIBIT K — AFFIDAVIT OF NON-FILING OF TAX RETURNS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

In re:

BRITTNEY MICHELLE WATKINS                                Case No. 25-10264-lgb
                                                        Chapter: 7

                          Debtor(s)

-------------------------------------------------------------------------------x

<u>**AFFIDAVIT OF NON-FILING OF TAX RETURNS**</u>

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF BRONX          )


BRITTNEY MICHELLE WATKINS, being duly sworn, deposes and says:

1.  I am an individual who resides at 143 Admiral Lane, Bronx, NY 10473 and I am a resident/citizen of the State of New York and this federal judicial district.

2.  I submit this Affidavit on personal knowledge in support of my voluntary petition under Chapter 7 of the Bankruptcy Code.

3.  I do not have tax returns for the tax year 2023 to give to the Trustee because I have not filed a Federal income tax return for the tax year 2023. I did not work in 2023 and did not earn enough income to be required to file a tax return.


**/s/  Brittney Michelle Watkins**
Brittney Michelle Watkins
Debtor

Sworn to before on this
3rd day of March, 2025

**/s/  Jeb Singer**
Notary Public
ID: 02S16432229
County: Kings
Expiration: 4/25/2026

# EXHIBIT L — BANK OF AMERICA SUBPOENA RESPONSE

**BANK OF AMERICA**

**Reference number**
D072125000228
**Court case number**
25-10264-lgb
**Court or issuer**
PRO SE
**Court case name:**
BRITTNEY WATKINS

# Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Andrea Poe, who, being duly sworn by me, deposes and says as follows:

1. **Authority**

   I, Andrea Poe, am a duly authorized bank officer and/or custodian of the records of Bank of America, N.A. with authority to execute this Declaration and certify to the authenticity and accuracy of the records produced with this Declaration.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| BRITTNEY M WATKINS | 4989 | Statement Pages, Signature Card | 2023-01 - 2023-11 |
| BRITTNEY M WATKINS | 4976 | Statement Pages, Signature Card, Zelle Report, Deposits, | 2023-01 - 2025-02 |

3. **Production**

   _X_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   **OR**

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

4.   I declare under penalty of perjury that the foregoing is true and correct.

Date: _08/01/2025_____    Signature: ____Andrea Poe_____

Digitally signed by Andrea Poe
Date: 2025.08.01 09:08:04 -07'00'

LGLDEPDOC00-65-5248NSBWD072125000228


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

BRITTNEY M WATKINS
143 ADMIRAL LN
BRONX, NY  10473-2445

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for January 24, 2025 to February 20, 2025

Account number: XXXXXXXX4976

**BRITTNEY M WATKINS**

## Account summary

| | |
|---|---|
| Beginning balance on January 24, 2025 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 20, 2025** | **$0.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Go paperless today!

- Help reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily - online or from our mobile app -
  24/7 from almost anywhere*

Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
*Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-07-24-0418.B | 6798972

BRITTNEY M WATKINS  |  Account XXXXXXX4976  |  **January 24, 2025 to February 20, 2025**

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

**Bank of America**  ⫸⫸    Personal Signature Card with Substitute Form W-9    D1

Account Number: ▨▨▨▨4976

Account Type:    DDA

Account Title:

    BRITTNEY M WATKINS

**If this document was opened via the customer service phone line, I/we agree** that this account is and shall be governed by the terms and conditions set forth in the account opening documents mailed to me, as amended from time to time.  If this deposit account was opened via online banking, I/we agree that a I am the person named in the "Applicant" or "Co-Applicant" section and all the information is, to the best of my knowledge, correct, b) I have received, opened, reviewed and consented to the Legal Documents, c) the computer used for the application and to be used to review other Electronic Communications meets the System Requirements as outlined in the online banking application process d) I intend to be bound by the Legal Documents, e)I authorize a credit report or other consideration of other accounts and services and for any other lawful purpose.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions). (4) "I am exempt from FATCA reporting" since as a US Withholding Agent, our US customers are not subject to FATCA reporting.

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | Tax Identification Number | Report Interest On | Signature | |
|---|---|---|---|---|
| 1. | ▨▨▨4974 | ☒ | Customer acknowledgement electronically obtained | 20220915 |
| 2. | | ☐ | | |
| 3. | | ☐ | | |
| 4. | | ☐ | | |

**Customer Responses**

1)  **Customer agrees to terms and conditions?**    Y

2)  **Customer is a U.S. citizen?**   Y

3)  **Customer is not subject to backup withholding?**    Y

4)  **TIN/SSN verified by customer?**     Y

5)  **Exempt from FATCA Reporting?**    Y

00-53-6026NSBW  08-2016                                                                    Page 1 of 1

**Bank of America** ⟫⟫⟫

**Personal Signature Card with Substitute Form W-9**

D1

Account Number: ██████4989

Account Type:   SAV

Account Title:

BRITTNEY M WATKINS

**If this document was opened via the customer service phone line, I/we agree** that this account is and shall be governed by the terms and conditions set forth in the account opening documents mailed to me, as amended from time to time.  If this deposit account was opened via online banking, I/we agree that a I am the person named in the "Applicant" or "Co-Applicant" section and all the information is, to the best of my knowledge, correct, b) I have received, opened, reviewed and consented to the Legal Documents, c) the computer used for the application and to be used to review other Electronic Communications meets the System Requirements as outlined in the online banking application process d) I intend to be bound by the Legal Documents, e)I authorize a credit report or other consideration of other accounts and services and for any other lawful purpose.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions). (4) "I am exempt from FATCA reporting" since as a US Withholding Agent, our US customers are not subject to FATCA reporting.

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | Tax Identification Number | Report Interest On | Signature | |
|---|---|---|---|---|
| 1. | ██████4974 | ☒ | Customer acknowledgement electronically obtained | 20220915 |
| 2. | | ☐ | | |
| 3. | | ☐ | | |
| 4. | | ☐ | | |

**Customer Responses**

1)  **Customer agrees to terms and conditions?**   Y

2)  **Customer is a U.S. citizen?**   Y

3)  **Customer is not subject to backup withholding?**   Y

4)  **TIN/SSN verified by customer?**   Y

5)  **Exempt from FATCA Reporting?**   Y

# EXHIBIT M — EARLY WARNING SERVICES SUBPOENA RESPONSE

**Declaration of Custodian of Records**

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

 Scott Bernier

(Name of Declarant)

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1)  were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2)  were kept in the course of regularly conducted business activity; and

(3)  were made by the regularly conducted business activity as a regular practice.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 01, 2025.

Scott Bernier
Sr. Director
FCRA Operations & DI Product Support
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635

Early Warning®

Zelle®

## Search Criteria

Subpoena #:    25-10264-LGB

**Token List:**

brittneymwatkins004@gmail.com,19295831267,19293370965,d.nick06@ya-hoo.com,19296779659

**Payment List:**

Start Date: 1/1/2023
End Date: 8/26/2025

Early Warning®    © 2017 Early Warning Services, LLC. All rights reserved. Confidential and Proprietary

— Zelle Consumer RECIPIENT Profile Information

| RECIPIENT PROFILE ID | PROFILE STATUS | CUSTOMER ID | RECIPIENT TOKEN | TOKEN STATUS | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECEIVING ORG | RECEIVING BANK NAME | BANK ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| 15763174-ee9d-4ec9-9efe-14b68cd07ead | INACTIVE | 8509f16a-9200-4045-8372-fb6dd66e807d | 19296779659 | ACTIVE | | Dominick | White | VSA | BANCORP BANK, THE | [not on file] |
| | | | | | | | | | Municipal Credit Union | [not on file] |
| | | | | | | | | | MUNICIPAL CREDIT UNION | [not on file] |
| 1663299172622091381 | INACTIVE | 0C1IHJIQJIK4WSN33GT90MCH67JHM8 | 19293370965 | INACTIVE | | BRITTNEY | WATKINS | BAC | Bank of America | [not on file] |
| 1d9b822f-e3e4-4d54-9744-413d74042b56 | INACTIVE | 5ddadd72-716d-4283-9f39-330a2ef2a4bd | brittneymwatkins004@gmail.com | ACTIVE | | BRITTNEY | WATKINS | CTZ | Citizens Bank | [not on file] |
| 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | ACTIVE | 826d94b1-7303-499f-a1b6-9bb319298665 | d.nick06@yahoo.com | ACTIVE | | DOMINICK | WHITE | JL8 | Municipal Credit Union | [not on file] |
| 5ea531d3-6559-4351-a9c4-ac068457c6e9 | INACTIVE | 8509f16a-9200-4045-8372-fb6dd66e807d | dfleeflyguy@gmail.com | INACTIVE | | Dominick | White | VSA | BANCORP BANK, THE | [not on file] |
| | | | | | | | | | Municipal Credit Union | [not on file] |
| | | | | | | | | | MUNICIPAL CREDIT UNION | [not on file] |
| 61553a32-c2ac-4102-ac85-e0a4e52aed12 | INACTIVE | 6c351900-7ac4-4800-a492-f508f9a77334 | 19295234045 | INACTIVE | | Dominick | White | MSC | BANCORP BANK, THE | [not on file] |
| 678332ce-d802-463a-bbe4-207ef2170bae | ACTIVE | 826d94b1-7303-499f-a1b6-9bb319298665 | 19296779659 | ACTIVE | | DOMINICK | WHITE | JL8 | Municipal Credit Union | [not on file] |
| 6e800f8b-36ce-465b-884e-517a8e0cae47 | INACTIVE | 8509f16a-9200-4045-8372-fb6dd66e807d | 19296779659 | ACTIVE | | Dominick | White | MSC | BANCORP BANK, THE | [not on file] |
| | | | | | | | | | Municipal Credit Union | [not on file] |
| | | | | | | | | | MUNICIPAL CREDIT UNION | [not on file] |
| 8d4afa1e-948f-440b-ba5f-70b7eb737d55 | INACTIVE | 8509f16a-9200-4045-8372-fb6dd66e807d | dfleeflyguy@gmail.com | INACTIVE | | Dominick | White | MSC | BANCORP BANK, THE | [not on file] |
| | | | | | | | | | Municipal Credit Union | [not on file] |
| | | | | | | | | | MUNICIPAL CREDIT UNION | [not on file] |
| bcf21ee8-d6b9-4289-896b-5f9164033a0c | INACTIVE | 6c351900-7ac4-4800-a492-f508f9a77334 | d.nick06@yahoo.com | ACTIVE | | Dominick | White | MSC | BANCORP BANK, THE | [not on file] |
| c5daa0ba-34e4-4975-9b8f-34d300172acc | INACTIVE | d7c6f5ef-da13-4406-975f-a25db695a3c8 | brittneymwatkins004@gmail.com | ACTIVE | | BRITTNEY | WATKINS | TDP | TD Bank | [not on file] |
| e2a52fa9-5332-4d3a-b94c-b2e6460caf28 | INACTIVE | d7c6f5ef-da13-4406-975f-a25db695a3c8 | 19295831267 | INACTIVE | | BRITTNEY | WATKINS | TDP | TD Bank | [not on file] |
| eda639bd-bbc0-43ad-aec9-52904ed6ce6a | ACTIVE | d7c6f5ef-da13-4406-975f-a25db695a3c8 | brittneymwatkins004@gmail.com | ACTIVE | | BRITTNEY | WATKINS | TDP | TD Bank | [not on file] |

**Zelle Transaction Information - Payments Sent**

Subpoena # : **25-10264-LGB**

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/2023 23:04:10 | VSAJV8KXUUZH | MUNICIPAL CREDIT UNION | Dominick White | TD Bank | 32ac42c6-9162-4fc4-b762-1d40e296.1f8 | | NILMARI | LEOTEAUX | 1347302734 | DELIVERED | $30.00 | Thank you |
| 1/16/2023 23:16:46 | BACdurfvb4u9 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $20.00 | |
| 3/8/2023 13:54:43 | BACbptn46isb | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $60.00 | |
| 3/8/2023 15:39:15 | BACgc572qtf8 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $47.00 | Amazon order |
| 3/9/2023 16:49:48 | BACftu1jr72a | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | Send on CA |
| 5/6/2023 03:38:52 | BACheqw5j3tz | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $10.00 | |
| 5/9/2023 21:24:26 | BACc9enf0rny | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Sharea | Liggins | 17186695568 | DELIVERED | $15.00 | No drinks squad! 😊 |
| 5/10/2023 23:38:04 | BAChrina2glmm | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 34447fd4-fcb3-420a-b454-1de2221ee4ac | | Dominick | White | 19296779659 | DELIVERED | $11.00 | |
| 5/11/2023 18:29:30 | VSA1ZEEY0ILX | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | |
| 5/12/2023 11:11:17 | VSAY0LDPS6Q0 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $60.00 | |
| 5/12/2023 17:38:21 | VSAS563CNW5Z | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/13/2023 14:28:13 | VSASUTWVS5VS | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $35.00 | |
| 5/21/2023 16:22:39 | VSAOWFOZR0UG | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $5.00 | |
| 5/30/2023 13:54:33 | VSA9KBND4YGM | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/31/2023 17:47:56 | VSABNAMKOVAD | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 6/8/2023 16:56:10 | VSALNSOEOCRS | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $75.00 | |
| 6/12/2023 15:08:36 | VSABB6HH7QSS | MUNICIPAL CREDIT UNION | Dominick White | TD Bank | cc019c9e-bdac-43a0-9d08-e057a21be0a1 | | CARLTON | HOLNESS | 16462587753 | DELIVERED | $10.00 | |
| 6/15/2023 16:01:48 | BACt579t9u3c | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $30.00 | |
| 6/16/2023 01:48:51 | VSAHB25AP1ZY | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $30.00 | |
| 6/16/2023 16:17:12 | VSAHDADYQ0S | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726z2091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $17.00 | |

**Zelle Transaction Information - Payments Sent**

**Subpoena # : 25-10264-LGB**

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2023 18:55:04 | VSAERDGG9NR | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $25.00 | |
| 6/19/2023 21:23:04 | BACabb0xl5i2 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 157631744-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 1929677596S9 | DELIVERED | $18.00 | |
| 6/19/2023 22:35:30 | VSAPPZ1GL2C8 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $20.00 | |
| 6/25/2023 22:06:20 | BACajez3ny9o | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 157631744-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 1929677596S9 | DELIVERED | $95.00 | |
| 6/26/2023 17:38:12 | VSA4NSZHXDCI | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $20.00 | |
| 6/29/2023 23:53:04 | VSAGAOTQNUWY | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-34234ec552f7 | | Gloriann | Jalchon | 19144986800 | DELIVERED | $50.00 | |
| 7/7/2023 11:51:02 | VSAGOVDXNQZT | MUNICIPAL CREDIT UNION | Dominick White | Chase | 721685069 | | CEDRID | LOPEZ | 13476980834 | DELIVERED | $40.00 | |
| 7/9/2023 01:43:29 | VSASOZGNQDH6 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $20.00 | |
| 7/15/2023 02:43:07 | BACliuqxrht5q | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 157631744-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 1929677596S9 | DELIVERED | $25.00 | Cab |
| 7/20/2023 19:20:30 | VSAOYGF21MBJ | MUNICIPAL CREDIT UNION | Dominick White | TD Bank | 32ac42c6-9162-4fc4-b762-1d40de296108 | | NILMARI | LEOTEAUX | 13473023734 | DELIVERED | $35.00 | I'm send the rest tomorrow |
| 7/21/2023 17:13:14 | BACa61xwqnei | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 157631744-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 1929677596S9 | DELIVERED | $22.00 | |
| 7/28/2023 00:00:45 | VSAV1MCZZONS | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-34234ec552f7 | | Gloriann | Jalchon | 19144986800 | DELIVERED | $32.00 | |
| 7/31/2023 01:31:13 | VSAJ2D2PGEHZ | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $32.00 | |
| 7/31/2023 01:38:10 | BACipoa3zy3b | Bank of America | BRITTNEY WATKINS | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-34234ec552f7 | | Gloriann | Jalchon | 19144986800 | DELIVERED | $27.00 | |
| 7/31/2023 18:03:24 | VSAIDATI29VV | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $100.00 | |
| 7/31/2023 18:07:25 | VSABEIB1BSDU | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $100.00 | |
| 7/31/2023 23:22:57 | VSA3NXNC1MWW | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $25.00 | |
| 8/1/2023 00:43:39 | VSA4M8BQL7IP | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 166329172622091381 | | BRITTNEY | WATKINS | 1929337O965 | DELIVERED | $140.00 | |
| 8/1/2023 01:25:47 | BACbq4ht0dzw | Bank of America | BRITTNEY WATKINS | Citi | CTIIgwhghtBlvBa3Ek | | AMANDA | WATKINS | 192935530387 | DELIVERED | $59.00 | PARTAY |
| 8/1/2023 16:45:27 | BACcdi47asfy | Bank of America | BRITTNEY WATKINS | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-34234ec552f7 | | Gloriann | Jalchon | 19144986800 | DELIVERED | $12.47 | |

Zelle Transaction Infomation - Payments Sent

Subpoena # : 25-10264-LGB

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2023 18:42:39 | VSAO179YE2B8 | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-44b1-a6bc-34z3d4ec55z7 | | Gloriann | Jalchon | 1914986800 | DELIVERED | $23.00 | |
| 8/6/2023 21:00:42 | VSAU0FDLTOSW | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-44b1-a6bc-34z3d4ec55z7 | | Gloriann | Jalchon | 1914986800 | DELIVERED | $31.00 | |
| 8/10/2023 17:42:13 | BACixzzsds94 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $4.00 | |
| 8/18/2023 21:30:32 | VSAV9AI2GDFZ | MUNICIPAL CREDIT UNION | Dominick White | Chase | 649593765 | CARMEN B BERRIOS | | | 16463168265 | DELIVERED | $5.50 | |
| 8/18/2023 11:28:02 | VSAXJDNMLP36 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | |
| 8/24/2023 17:11:45 | BACpe8v6ctqo | Bank of America | BRITTNEY WATKINS | Varo Bank-Inactive | f70c8bf7-9140-44b1-a6bc-34z3d4ec55z7 | | Gloriann | Jalchon | 1914986800 | DELIVERED | $55.00 | Lunch on me 😋 |
| 8/25/2023 20:50:21 | BACpn5z2pu7q | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $15.00 | 🥹🤎🫶🧋 |
| 8/25/2023 17:01:17 | BACrg2hukk3j | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $130.00 | |
| 8/25/2023 15:28:37 | BACkyk5cp5Sm | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $23.00 | |
| 8/26/2023 18:27:10 | BACieg2u84no | Bank of America | BRITTNEY WATKINS | Citi | CTIIgwght8w8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $20.00 | |
| 8/27/2023 00:17:21 | BACgmajtc9wp | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $23.00 | |
| 8/27/2023 21:07:04 | BACHqdmglhh | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | |
| 8/27/2023 21:10:26 | VSAJBBWJZSAC | Municipal Credit Union | Dominick White | Citi | CTIIgwght8w8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $49.92 | |
| 9/2/2023 21:59:35 | BACc4bJiu16q | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $200.00 | Cash app me 🪙 |
| 10/12/2023 03:31:19 | VSAOXXKDUMW1 | Municipal Credit Union | Dominick White | TD Bank | eb1c4ae6-ef5b-4cc4-b254-4f52f5453b9c | | NILMARI | LEOTEAUX | 13473023734 | FAILED | $12.00 | Thankyou again |
| 10/12/2023 11:30:41 | VSA1RRYANQJL | Municipal Credit Union | Dominick White | TD Bank | eb1c4ae6-ef5b-4cc4-b254-4f52f5453b9c | | NILMARI | LEOTEAUX | 13473023734 | DELIVERED | $12.00 | |
| 10/13/2023 12:39:56 | VSAB1MXQLZV3 | Municipal Credit Union | Dominick White | Chase | 649593765 | CARMEN B BERRIOS | | | 16463168265 | DELIVERED | $8.00 | |
| 10/26/2023 11:27:20 | BACH57yfajxn | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $1,000.00 | |
| 10/26/2023 12:41:02 | BACHq89oJ06 | Bank of America | BRITTNEY WATKINS | Wells Fargo | 62645891 | | ALMA | WATKINS | 15187765669 | DELIVERED | $50.00 | Thankful |
| 10/26/2023 21:24:51 | VSAANiXEOTTE | Municipal Credit Union | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $85.00 | |

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2023 12:46:33 | BACi1ty7ef6s | Bank of America | BRITTNEY WATKINS | Chase | 679585304 | | LIZANDER | CABRERA | 19096998344 | DELIVERED | $220.00 | |
| 10/27/2023 23:25:27 | BACbdginxrzf | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $38.00 | |
| 10/28/2023 12:23:59 | BACdd8pfmqzp | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $30.00 | No memo provided. |
| 10/28/2023 23:34:15 | BACbdogjrcxd | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $120.00 | |
| 10/30/2023 15:03:17 | BAChbm7fx8z6 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $80.00 | Cash app faz |
| 11/1/2023 11:26:41 | BACbrg3a7ssd | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $53.00 | |
| 11/3/2023 19:49:19 | BACeunppdecr | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $10.00 | |
| 12/5/2023 17:39:13 | BACco09h4hm9 | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $26.00 | 🎯 |
| 12/8/2023 02:38:55 | BACe2j8ywvqe | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $35.00 | Taxi 🚕🚖 |
| 2/22/2024 12:35:04 | BACtcqf88yyg | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $40.00 | Blunt on me |
| 2/23/2024 11:36:21 | BACtih4urk0r | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $20.00 | 👁️ |
| 2/25/2024 14:53:48 | BACvjgl7m49c | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $150.00 | |
| 2/26/2024 15:08:18 | BACx0mrxl7t9 | Bank of America | BRITTNEY WATKINS | Chase | 582995262 | | CRISEILY | PAULINO | 16468295164 | DELIVERED | $30.00 | Chase & Carter "Thank you" |
| 3/1/2024 14:59:41 | BACsi0c4js00 | Bank of America | BRITTNEY WATKINS | Chase | 659874234 | J. SINGER LAW GROUP, PLLC | | | 19178065832 | DELIVERED | $150.00 | |
| 3/1/2024 21:15:22 | BACvno6dyowp | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $32.00 | Noah CA |
| 3/1/2024 21:30:15 | BACzm367u8iz | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $8.00 | |
| 3/2/2024 13:23:59 | BACu9giprxet | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $10.00 | Aden CA |
| 3/4/2024 01:03:07 | BACzmucjwxht | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $29.00 | |
| 3/15/2024 16:29:31 | BACzexejyljr | Bank of America | BRITTNEY WATKINS | Citi | CTItqNkSsfd5vzBli | | NICHOLAS | GARVEY | 19294047364 | DELIVERED | $20.00 | |
| 3/17/2024 22:48:41 | BACjyy70sf6y | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $35.00 | |

**Zelle Transaction Information - Payments Sent**

Subpoena # : **25-10264-LGB**

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2024 12:49:03 | JL8f000shbOY | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $10.00 | |
| 3/20/2024 14:50:16 | BACvl8zy9pbr | Bank of America | BRITTNEY WATKINS | Citi | CTllgwhghtBw8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $10.00 | Target @ |
| 3/28/2024 16:45:59 | JL8L000seJRH | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $42.00 | |
| 3/28/2024 17:31:43 | BACvdby3myiSi | Bank of America | BRITTNEY WATKINS | Citi | CTllgwhghtBw8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $46.00 | |
| 4/11/2024 20:34:33 | JL8t000sRn4c | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $80.00 | |
| 4/13/2024 17:01:55 | BACpn54mqn6k | Bank of America | BRITTNEY WATKINS | Citi | CTllgwhghtBw8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $30.00 | |
| 4/14/2024 17:01:55 | BACvzrx065fs | Bank of America | BRITTNEY WATKINS | Citi | CTllgwhghtBw8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $30.00 | Aden CA |
| 4/14/2024 20:12:19 | BACtni6b6r8a | Bank of America | BRITTNEY WATKINS | Chase | 738908356 | | MIGUEL | GENAO | 1917672672 | DELIVERED | $45.00 | |
| 4/17/2024 00:07:42 | BACmSa1x7lr | Bank of America | BRITTNEY WATKINS | Citi | CTllgwhghtBw8a3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $15.00 | For faz stank ax |
| 4/19/2024 16:41:08 | JL8h000sNGml | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 4/19/2024 18:47:49 | BACvgmffy144 | Bank of America | BRITTNEY WATKINS | Null | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | White | White | 192567739659 | FAILED | $15.00 | |
| 4/26/2024 17:28:32 | J18m000sGMG5 | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $30.00 | |
| 4/30/2024 16:43:29 | J18y000sz6s3 | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $10.00 | |
| 5/1/2024 11:38:25 | BACmhet5r0bm | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $70.00 | Thankyou |
| 5/2/2024 00:35:20 | BACqvS9xaaph | Bank of America | BRITTNEY WATKINS | Null | 5ea53d3-65559-4351-a9c4-ac068457c6e9 | | Dominick | White | dfleeffyguy@gmail.com | FAILED | $300.00 | Save |
| 5/2/2024 17:08:16 | BACqiwpy3nz | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $300.00 | |
| 5/4/2024 20:55:02 | BACxg4n6fyv3 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 5/7/2024 18:11:00 | BACtw7g3wh2k | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 5/8/2024 22:12:14 | J18L000sneoX | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | Order what you need |
| 5/9/2024 20:50:05 | JL8v000smb6m | Municipal Credit Union | DOMINICK WHITE | Bank of America | 166329917262209 1381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |

Zelle Transaction Information - Payments Sent

Subpoena # : 25-10264-LGB

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2024 13:01:38 | JL8e000snT3k | Municipal Credit Union | DOMINICKWHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $15.00 | |
| 5/14/2024 11:23:20 | JL8g000smUNq | Municipal Credit Union | DOMINICKWHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/15/2024 12:14:07 | BACs68ddm1w4 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $30.00 | Thank you |
| 5/15/2024 12:14:58 | BACxhtzoy0xc | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $300.00 | Save |
| 5/16/2024 17:32:45 | BACwuamivnrq | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | Send to faz |
| 5/25/2024 14:05:28 | JL8J000s1qld | Municipal Credit Union | DOMINICKWHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $15.00 | |
| 6/1/2024 10:57:13 | BACwheuiruihq | Bank of America | BRITTNEY WATKINS | Citi | CTIAryvHHgx2mSoY | | PAUL | WARKINS | 19294858191 | DELIVERED | $40.00 | Thank you |
| 6/2/2024 00:49:30 | BACz92m1thmw | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $27.00 | Ice cream |
| 6/2/2024 01:22:35 | BACvos256brr | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 6/3/2024 22:36:05 | BACtzicosv5 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $23.00 | |
| 6/4/2024 17:54:16 | BACtp4op4bbf | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $5.00 | |
| 6/7/2024 20:56:57 | JL8g000spSTT | Municipal Credit Union | DOMINICKWHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $35.00 | |
| 6/7/2024 21:06:30 | BACymqb18c8u | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $35.00 | |
| 6/8/2024 00:29:12 | BACxxi80yrfz | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $96.00 | |
| 6/10/2024 00:24:36 | BACv9udm7xap | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $58.00 | |
| 6/10/2024 18:12:47 | BACj1zmv9ybt | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $5.00 | |
| 6/10/2024 18:55:25 | BACn7oel4ju6 | Bank of America | BRITTNEY WATKINS | Null | Null | | | | 13472384448 | DENIED | $1.00 | |
| 6/10/2024 19:16:55 | BACpmjsc4h3z | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $30.00 | Finally weed |
| 6/10/2024 21:52:36 | BACnfwqbqvk3 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $31.00 | Food |
| 6/11/2024 19:59:39 | BACtoag06i4s | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e24a46d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | Faz |

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/2024 11:42:16 | BACxsoqlwq8p | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $20.00 | |
| 6/14/2024 14:21:11 | BACstu0r8ilq | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $950.00 | 💍 |
| 6/19/2024 15:33:16 | BACzec53igb0 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $130.91 | pay pal please |
| 6/29/2024 14:04:45 | BACz4ky3uovw | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $616.00 | |
| 7/13/2024 20:49:29 | BACyjq9o49qs | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $438.00 | |
| 7/19/2024 19:09:37 | BACs0594ge32 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $25.00 | |
| 7/23/2024 02:31:33 | BACuwstrixj5 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $50.00 | |
| 7/26/2024 16:16:14 | JL8p0008MzoY | Municipal Credit Union | DOMINICK WHITE | Chase | 743710177 | | JAMES | ANDINO | drizzt0330@gmail.com | DELIVERED | $10.00 | |
| 7/26/2024 19:23:15 | CTZ0IOG3HMV7 | Citizens Bank | BRITTNEY WATKINS | Null | Null | | | | 19296779659 | DENIED | $30.00 | |
| 7/28/2024 22:08:52 | CTZ0IOI4WSUH | Citizens Bank | BRITTNEY WATKINS | Null | Null | | | | 19296779659 | DENIED | $15.00 | |
| 7/30/2024 19:23:43 | CTZ0IOK64D5O | Citizens Bank | BRITTNEY WATKINS | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $45.00 | |
| 8/1/2024 11:23:20 | BACtn1e7449x | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $171.00 | Apple Pay |
| 8/28/2024 16:53:08 | BACxt9ffh7hk | Bank of America | BRITTNEY WATKINS | Wells Fargo | 75425336 | | HAQUAN | MCWHORTER | 19176847179 | DELIVERED | $20.00 | |
| 10/4/2024 17:51:45 | JL8e0008ob3U | Municipal Credit Union | DOMINICK WHITE | Bank of America | 94517414862010899 41 | | SANTA | RUIZ ALMONTE | 19176636345 | DELIVERED | $55.00 | Hair |
| 11/1/2024 02:29:30 | JL8D00083CtB | Municipal Credit Union | DOMINICK WHITE | Chase | 544881655 | JCS TALENT MANAGEMENT LLC | | | info@jcsmgmt.com | DELIVERED | $80.00 | Club |
| 12/9/2024 13:47:11 | JL8EpzvSyoZ5 | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 | | CEDRID | LOPEZ | 13476980834 | DELIVERED | $40.00 | |
| 1/30/2025 17:55:03 | JL8tmv33Ej6L | Municipal Credit Union | DOMINICK WHITE | Bank of America | 09903111366326909 41 | | HASHEEM | VANNOY | 13479877917 | DELIVERED | $10.00 | |
| 2/3/2025 20:06:48 | JL8o5SYNAbrp | Municipal Credit Union | DOMINICK WHITE | Chase | 732261076 | J. SINGER LAW GROUP, PLLC | | | jsinger@jsingerlawgroup.com | DELIVERED | $400.00 | For Brittney M Watkins to pay Lawyer |
| 2/7/2025 15:25:24 | JL803J469F8U | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 | | CEDRID | LOPEZ | 13476980834 | DELIVERED | $20.00 | |
| 3/1/2025 14:48:54 | JL804NT5FAFA | Municipal Credit Union | DOMINICK WHITE | Chase | 732261076 | J. SINGER LAW GROUP, PLLC | | | jsinger@jsingerlawgroup.com | DELIVERED | $400.00 | From Brittney Watkins proof of payment to Lawyer |

25-01161-lgb    Doc 10-9    Filed 02/25/26    Entered 02/26/26 14:03:55    Exhibits H through N to Affidavit    Pg 43 of 71

**Zelle Transaction Information - Payments Sent**

**Subpoena # : 25-10264-LGB**

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2025 17:54:55 | JL80RR3GAXM | Municipal Credit Union | DOMINICK WHITE | TD Bank | 4cea82b0-5a8a-446e-b41d-2eca9ad9a2f4 |  | Edison | Ordonez Naranjo | 19294138845 | DELIVERED | $120.00 |  |
| 4/2/2025 20:03:08 | JL806BH1SGEM | Municipal Credit Union | DOMINICK WHITE | Chase | 732261076 | J. SINGER LAW GROUP, PLLC |  |  | jsinger@jsingerlawgroup.com | DELIVERED | $200.00 | Brittney Watkins Paying to law firm |
| 4/23/2025 20:22:33 | JL807EDXH982 | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $50.00 | Late fee rent |
| 5/2/2025 21:55:03 | JL807V67OIOU | Municipal Credit Union | DOMINICK WHITE | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6a60caf28 |  | BRITTNEY | WATKINS | 19295831267 | DELIVERED | $96.00 |  |
| 5/1/2025 21:53:48 | JL807TBHLICI | Municipal Credit Union | DOMINICK WHITE | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6a60caf28 |  | BRITTNEY | WATKINS | 19295831267 | DELIVERED | $66.00 |  |
| 5/12/2025 17:05:11 | JL808DBGKBJT | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $500.00 | Rent |
| 5/22/2025 03:26:02 | JL808US7BGLU | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $500.00 | Rent |
| 5/18/2025 19:21:56 | TDP0JEAN42AB | TD Bank | BRITTNEY WATKINS | Null | Null |  |  |  | 19295234045 | FAILED | $10.00 |  |
| 5/18/2025 19:21:19 | TDP0JEAN3P3H | TD Bank | BRITTNEY WATKINS | Null | Null |  |  |  | 19295234045 | FAILED | $10.00 | Food |
| 6/4/2025 13:10:53 | JL809JLY2CUF | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 |  | CEDRID | LOPEZ | 13476980834 | DELIVERED | $10.00 |  |
| 6/4/2025 21:01:40 | JL809K70P9R8 | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $490.00 | Rent |
| 6/6/2025 11:27:10 | JL809NGH7GDF | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $260.00 | Rent |
| 6/21/2025 12:53:09 | JL80AF2GIFKP | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 |  | CEDRID | LOPEZ | 13476980834 | DELIVERED | $60.00 |  |
| 6/22/2025 12:52:29 | JL80AGX3EGEN | Municipal Credit Union | DOMINICK WHITE | Chase | 593455041 |  | JAIME | SANTIAGO | 13477568627 | DELIVERED | $10.00 |  |
| 6/23/2025 12:44:08 | JL80AIRDHLV1 | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 |  | CEDRID | LOPEZ | 13476980834 | DELIVERED | $10.00 |  |
| 6/24/2025 13:24:51 | JL80AKNXBBE9 | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 |  | CEDRID | LOPEZ | 13476980834 | DELIVERED | $10.00 |  |
| 7/3/2025 02:25:23 | JL80B0HE8BWZ | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $500.00 | Rent |
| 7/4/2025 13:03:17 | JL80B3SLEFHZ | Municipal Credit Union | DOMINICK WHITE | M&T Bank | MNT44e811694de694-c20b5f7e5d48ae3fc3c |  | OSONDU | IBOM | osonduibom@aol.com | SETTLED | $350.00 | Rent |
| 7/31/2025 15:26:22 | JL80CHC7U9IE | Municipal Credit Union | DOMINICK WHITE | Chase | 781833342 |  | CEDRID | LOPEZ | 13476980834 | DELIVERED | $25.00 |  |
| 8/17/2025 12:27:05 | JL80DCL92CES | Municipal Credit Union | DOMINICK WHITE | Chase | 593455041 |  | JAIME | SANTIAGO | 13477568627 | DELIVERED | $12.00 |  |

Zelle Transaction Information - Payments Received

Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/12/2023 17:38:21 | VSAS563CNW5Z | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/12/2023 11:11:17 | VSAYDLDPS6QO | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $60.00 | |
| 5/11/2023 18:29:30 | VSA1ZEEY0ILX | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | |
| 5/10/2023 23:38:04 | BAChrin2gjmm | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $11.00 | |
| 5/9/2023 21:24:26 | BACc9enf0rny | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $10.00 | |
| 5/6/2023 01:59:22 | VSAXSD9UTHGH | MUNICIPAL CREDIT UNION | Sharea Liggins | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $45.00 | You that GURLLLL |
| 4/30/2023 14:49:21 | WFCTOR7DFQYW | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | |
| 4/8/2023 12:18:55 | BACpnx6o0d4k | Bank of America | CARLOS BRETON | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $5.00 | |
| 3/9/2023 16:49:48 | BACftu1jr72a | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | Send on CA |
| 3/8/2023 15:39:15 | BACgc572qtf8 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $47.00 | Amazon order |
| 3/8/2023 13:54:43 | BACbptn46isb | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $60.00 | |
| 2/20/2023 01:24:32 | JPM999j4k123x | Chase | SHERVILL WATSON | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | Brit |
| 1/18/2023 00:56:34 | JPM999j9kc8c4k | Chase | JOYCE WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $60.00 | |
| 1/16/2023 23:16:46 | BACdurfx04u9 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $20.00 | |
| 1/16/2023 16:45:13 | CTll2k4SVdcx | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $10.00 | |
| 1/13/2023 19:38:38 | CTlizdpzXGaX | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | |
| 1/5/2023 23:08:35 | TDP006JYANGD | TD Bank | NILMARI LEOTEAUX | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $10.00 | |
| 1/2/2023 21:52:55 | TDP006GWY8T9 | TD Bank | NILMARI LEOTEAUX | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $20.00 | Enjoy! |

— Zelle Transaction Information - Payments Received

Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/13/2023 14:28:13 | VSASUTWYS5V5 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $35.00 | |
| 5/20/2023 14:16:04 | 31I0HUS0UL8B | Varo Bank-Inactive | Gloriann Jaichon | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | From buddah |
| 5/21/2023 04:15:28 | 3780HUS17N2O | Delta Community Credit Union | YOLANDA LIGONS SEGARS | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | haircut |
| 5/21/2023 16:22:39 | VSAOWFOZROUG | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $5.00 | |
| 5/26/2023 11:32:57 | WFCT0R98J8BV | Wells Fargo | ALMA WATKINS | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | |
| 5/30/2023 13:54:33 | VSA9KBND4YGM | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/30/2023 18:42:10 | 3780HV25FVFZ | Delta Community Credit Union | YOLANDA LIGONS SEGARS | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $30.00 | kids medicine |
| 5/31/2023 17:47:56 | VSABNAMKDVAD | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/31/2023 17:55:46 | CTItjxysr3Hd | Citi | AMANDA WATKINS | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $22.37 | Cash app |
| 6/3/2023 20:08:01 | COF4UXEU3LFW | Capital One | Pauline Stallings | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | |
| 6/8/2023 16:56:10 | VSALNSOE0CRS | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $75.00 | |
| 6/14/2023 00:33:48 | 3780HVGD9KCA | Delta Community Credit Union | YOLANDA LIGONS SEGARS | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $100.00 | Aden's Graduation |
| 6/15/2023 16:01:48 | BACi579t9u3c | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $30.00 | |
| 6/16/2023 01:48:51 | VSAHB25AP1ZY | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $30.00 | |
| 6/16/2023 16:17:12 | VSAHDADYYQ05 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $17.00 | |
| 6/19/2023 18:55:04 | VSAEBRDGG9NR | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | |
| 6/19/2023 21:23:04 | BACabb0xl5i2 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $18.00 | |
| 6/19/2023 22:35:30 | VSAPPZ1GJ2C8 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991726220913B1 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |

Zelle Transaction Information - Payments Received

Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/2023 12:41:55 | CTIimn3ouj7 | Citi | AMANDA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $10.00 | Aden graduation balloons |
| 6/25/2023 22:01:14 | MNTXd2WcEWMm | M&T Bank | SAMUEL J NESMITH | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $100.00 | |
| 6/25/2023 22:06:20 | BACajez3ny9o | Bank of America | | MUNICIPAL CREDIT UNION | 15763174-ee9d4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $95.00 | |
| 6/26/2023 17:38:12 | VSA4NSZHXDCI | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $20.00 | |
| 6/29/2023 04:03:09 | TDP0HVVKKRL0 | TD Bank | NILMARI LEOTEAUX | MUNICIPAL CREDIT UNION | 15763174-ee9d4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | You better eat |
| 7/1/2023 20:50:31 | JPM999ypqtka | Chase | CEDRID LOPEZ | MUNICIPAL CREDIT UNION | 15763174-ee9d4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $30.00 | |
| 7/9/2023 01:43:29 | VSASOZGNQDH6 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $20.00 | |
| 7/13/2023 18:57:14 | CTI12rdMpnar | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $40.00 | |
| 7/14/2023 19:41:12 | VSA3SGTZ34SN | UHS EMPLOYEES FEDERAL CREDIT UNION | Latoya Spencer | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $85.00 | |
| 7/15/2023 02:43:07 | BACIuqxrhtSq | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $25.00 | Cab |
| 7/19/2023 17:28:31 | VSAEMRDCPJWB | UHS EMPLOYEES FEDERAL CREDIT UNION | Latoya Spencer | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $40.00 | |
| 7/21/2023 17:13:14 | BACa61xwqnei | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $22.00 | |
| 7/31/2023 01:31:13 | VSAJ2D2PGEHZ | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $32.00 | |
| 7/31/2023 18:03:24 | VSAIDATI29VV | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $100.00 | |
| 7/31/2023 18:07:25 | VSABEIBiBSDU | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $100.00 | |
| 7/31/2023 23:22:57 | VSA3NXKC1IMW | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $25.00 | |
| 8/1/2023 00:43:39 | VSA4M8QL7IP | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $140.00 | |
| 8/7/2023 03:39:06 | VSAQ9UJFFKIY | MUNICIPAL CREDIT UNION | Sharea Liggins | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $50.00 | Noahs Bday |

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/10/2023 17:42:13 | BACixxzsds94 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $4.00 | |
| 8/18/2023 21:30:32 | VSAXJDNMLP36 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | |
| 8/25/2023 15:28:37 | BACkyk5cy55m | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $15.00 | Lunch on me 😊 |
| 8/25/2023 17:01:17 | BACrg2hukk3j | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $130.00 | |
| 8/25/2023 20:50:21 | BACpn522pu7q | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $15.00 | |
| 8/26/2023 20:12:49 | CTIhcjwaakXH | Citi | AMANDA WATKINS | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | Target |
| 8/27/2023 00:17:21 | BACgmajtc9wp | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $23.00 | |
| 8/27/2023 20:01:59 | WFCT0RJ4HP2D | Wells Fargo | ALMA WATKINS | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | |
| 8/27/2023 21:07:04 | BACrhqdmglhh | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | |
| 9/2/2023 17:40:33 | JPM99a1ksve6 | Chase | SHERYLL WATSON | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $200.00 | school for kids |
| 9/2/2023 21:59:35 | BACc4bjlu16q | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $200.00 | Cash app me ⭕ |
| 9/12/2023 20:47:26 | WFCT0RKCKWVL | Wells Fargo | ALMA WATKINS | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $5.00 | |
| 10/9/2023 14:12:21 | JPM99a3b98tz | Chase | SHERYLL WATSON | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | Adian's Birthday |
| 10/9/2023 23:42:30 | 3780HYQI00X9 | Delta Community Credit Union | YOLANDA LIGONS SEGARS | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $100.00 | Happy Birthday Aden from Nana and Meme |
| 10/10/2023 21:33:34 | TDP0HYRIFWYX | TD Bank | NILMARI LEOTEAUX | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $12.00 | |
| 10/26/2023 11:27:20 | BACh57yfajxn | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $1,000.00 | |
| 10/26/2023 21:24:51 | VSAANIXEOTTE | Municipal Credit Union | Dominick White | Bank of America | 16632991722622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $85.00 | |
| 10/27/2023 23:25:27 | BACbdginxrzf | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $38.00 | |

**Zelle Transaction Information - Payments Received**

Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2023 23:34:15 | BACbdoqjrcxd | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-44ec9-9efe-14b68cd07ead | | Dominick | White | 192967779659 | DELIVERED | $120.00 | |
| 10/30/2023 15:03:17 | BAChbm7Fk8z6 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-44ec9-9efe-14b68cd07ead | | Dominick | White | 192967779659 | DELIVERED | $80.00 | Cash app faz |
| 11/1/2023 11:26:41 | BACbrga7ssd | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-44ec9-9efe-14b68cd07ead | | Dominick | White | 192967779659 | DELIVERED | $53.00 | |
| 11/20/2023 21:55:09 | WFCTORQP292N | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $35.00 | |
| 11/22/2023 13:37:33 | WFCTORQTFS3Y | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $50.00 | |
| 12/1/2023 17:41:30 | 3780I07OPVBT | Delta Community Credit Union | YOLANDA LIGONS SEGARS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $200.00 | Twins Bday |
| 12/5/2023 19:41:21 | CTIBntGFHt4f | Citi | AMANDA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $20.69 | Target money |
| 12/7/2023 23:19:39 | COFL6EG5CQGM | Capital One | Pauline Stallings | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $1.00 | |
| 12/7/2023 23:20:40 | COFFMWGAVSBK | Capital One | Pauline Stallings | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $30.00 | |
| 12/23/2023 15:01:14 | WFCTORTBSW66 | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $30.00 | |
| 12/23/2023 20:08:13 | JPM99a6yh3dw | Chase | JOYCE WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $40.00 | |
| 2/22/2024 11:56:06 | JPM99a9tw4wq | Chase | KENNEDY WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $2,000.00 | |
| 2/23/2024 11:26:32 | JPM99a9vwo3q | Chase | KENNEDY WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $500.00 | |
| 3/20/2024 12:49:03 | J18f000shbQY | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $10.00 | |
| 3/22/2024 21:18:42 | CTIjvrmizQqT | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $20.00 | |
| 3/28/2024 16:45:59 | J18L000seJRH | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $42.00 | |
| 4/4/2024 00:00:46 | WFCT0S4KCSNX | Wells Fargo | HAQUAN MCWHORTER | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $53.49 | This all I had a bill I just took out for chiropractor |
| 4/10/2024 00:48:31 | WFCT0S53FJYY | Wells Fargo | HAQUAN MCWHORTER | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $66.00 | |

Zelle Transaction Information - Payments Received

Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2024 10:50:12 | CTIG8fykcqXK | Citi | PAUL WARKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $200.00 | |
| 4/11/2024 20:34:33 | JL8t000sRn4c | Municipal Credit Union | DOMINICK WHITE | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $80.00 | |
| 4/18/2024 12:10:43 | WFCT0SSRL6VB | Wells Fargo | ALMA WATKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $30.00 | |
| 4/18/2024 18:52:46 | WFCT0SSGMRM | Wells Fargo | ALMA WATKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $6.00 | |
| 4/18/2024 19:02:55 | CTIPdJtoFiZt | Citi | AMANDA WATKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $6.00 | |
| 4/19/2024 16:41:08 | JL8h000sNGml | Municipal Credit Union | DOMINICK WHITE | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $20.00 | |
| 4/19/2024 18:23:14 | CTIaobJwfl12 | Citi | PAUL WARKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $30.00 | |
| 4/19/2024 18:47:49 | BACxmSa1x7lr | Bank of America | BRITTNEY WATKINS | Null | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 192967796659 | FAILED | $15.00 | |
| 4/24/2024 14:21:33 | WFCT0S68ZGR | Wells Fargo | ALMA WATKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $30.00 | |
| 4/26/2024 17:28:32 | JL8y000sz6s3 | Municipal Credit Union | DOMINICK WHITE | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $35.00 | |
| 4/30/2024 14:30:50 | WFCT0S6RXWNB | Wells Fargo | ALMA WATKINS | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $10.00 | |
| 4/30/2024 16:43:29 | JL8m000sGMG5 | Municipal Credit Union | DOMINICK WHITE | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | | |
| 5/2/2024 00:35:20 | BACqv59xaaph | Bank of America | BRITTNEY WATKINS | Null | 5ea531d3-6559-4351-a9c4-ac06b4457-c6e9 | | Dominick | White | dfleefyguy@gmail.com | FAILED | $300.00 | Save |
| 5/2/2024 17:08:16 | BACxg4n6fyv3 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $300.00 | |
| 5/4/2024 20:55:02 | BACvqJwpy3nz | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 5/7/2024 18:11:00 | BACtw7g3wh2k | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 5/8/2024 22:12:14 | JL8L000sneoX | Municipal Credit Union | DOMINICK WHITE | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $40.00 | Order what you need |
| 5/9/2024 20:50:05 | JL8V000snb6m | Municipal Credit Union | DOMINICK WHITE | Bank of America | 16632991726220091381 | | BRITTNEY | WATKINS | 192933709965 | DELIVERED | $20.00 | |

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2024 13:01:38 | JL8e000snT3K | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $15.00 | |
| 5/10/2024 19:42:49 | CTIslktkaAEv | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $100.00 | |
| 5/14/2024 11:23:20 | JL8g000smUNq | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/15/2024 12:14:07 | BACs68ddm1w4 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $30.00 | Thank you 🙏 |
| 5/15/2024 12:14:58 | BACxxhzoy0xc | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $300.00 | Save 🏠 |
| 5/16/2024 17:32:45 | BACwuamlvmrq | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | Send to faz |
| 5/23/2024 12:15:12 | CTInv1f0qpme | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | |
| 5/25/2024 14:05:28 | JL8J000s1qld | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $15.00 | |
| 6/2/2024 00:49:30 | BACz92m1thmw | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $27.00 | Ice cream |
| 6/2/2024 01:22:35 | BACvos256brr | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 6/2/2024 01:45:29 | CTIhnRBhdWjq | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $30.00 | |
| 6/3/2024 22:36:05 | BACtziocosv5 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $23.00 | |
| 6/4/2024 17:54:16 | BACtp4op4bbf | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $5.00 | |
| 6/7/2024 20:56:57 | JL8g000sp5TT | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $35.00 | |
| 6/9/2024 20:22:29 | WFCT0SBD4S52 | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | |
| 6/9/2024 21:28:33 | CTIkfRdtyhwZ | Citi | PAUL WARKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $100.00 | |
| 6/10/2024 21:52:36 | BACnfwqbqvk3 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $31.00 | Food 🍱 |
| 6/11/2024 19:59:39 | BACtoag06i45 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | Faz 🚗 |

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/2024 11:42:16 | BACxsoqlwq8p | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $20.00 | |
| 6/14/2024 14:21:11 | BACstu0r8ilq | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $950.00 | 🏧 |
| 6/19/2024 15:33:16 | BACzec53igb0 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $130.91 | pay pal please |
| 6/29/2024 14:04:45 | BACz4ky3uovw | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $616.00 | |
| 7/13/2024 20:49:29 | BACyjq9o49qs | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $438.00 | |
| 7/19/2024 13:08:22 | WFCT0SFJYWBD | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | $5 brother $10 nono |
| 7/19/2024 19:09:37 | BACs0594ge32 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $25.00 | |
| 7/22/2024 17:41:27 | WFCT0SFQQ287 | Wells Fargo | ALMA WATKINS | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | |
| 7/23/2024 02:31:33 | BACuwstrixj5 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $50.00 | |
| 7/26/2024 12:54:35 | WFCT0XXLG6TS | Wells Fargo | ALMA WATKINS | Citizens Bank | 1d9b822f-e3e4-4d54-9744-413d74042b56 | | BRITTNEY | WATKINS | brittneymwatkins004@gmail.com | DELIVERED | $20.00 | |
| 7/28/2024 21:50:27 | CTIlKiac7Icf | Citi | AMANDA WATKINS | Citizens Bank | 1d9b822f-e3e4-4d54-9744-413d74042b56 | | BRITTNEY | WATKINS | brittneymwatkins004@gmail.com | DELIVERED | $15.00 | For some drank ? |
| 7/30/2024 19:23:43 | CTZ0IOK64D5O | Citizens Bank | BRITTNEY WATKINS | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $45.00 | |
| 7/31/2024 19:18:12 | WFCT0XXTRTJ6 | Wells Fargo | ALMA WATKINS | Citizens Bank | 1d9b822f-e3e4-4d54-9744-413d74042b56 | | BRITTNEY | WATKINS | brittneymwatkins004@gmail.com | DELIVERED | $25.00 | |
| 8/1/2024 11:23:20 | BACtn1e7449x | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $171.00 | Apple Pay |
| 10/27/2024 11:58:55 | JPM99aq3s2tt | Chase | JAIME SANTIAGO | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $5.00 | |
| 11/29/2024 20:32:54 | JPM99as12bss | Chase | CEDRID LOPEZ | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $40.00 | |
| 12/3/2024 09:01:32 | WFCT0Y9NM7T4 | Wells Fargo | ALMA WATKINS | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $45.00 | HB BRITTNEY CHASE CARTER |
| 1/20/2025 16:59:31 | JPM99avh8ngx | Chase | JORDAN D BLACK | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $20.00 | |

25-01161-lgb    Doc 10-9    Filed 02/25/26    Entered 02/26/26 14:03:55    Exhibits H through N to Affidavit    Pg 52 of 71

25-01161-lgb   Doc 10-9   Filed 02/25/26   Entered 02/26/26 14:03:55   Exhibits H through N to Affidavit   Pg 53 of 71

— Zelle Transaction Information - Payments Received

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2025 15:42:35 | JPM99awu4e1f | Chase | JORDAN D BLACK | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $16.50 | |
| 3/10/2025 06:51:09 | WFCT0YLV8G4T | Wells Fargo | ALMA WATKINS | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $30.00 | |
| 4/20/2025 10:12:21 | 3780JDIZD27U | Delta Community Credit Union | YOLANDA LIGONS SEGARS | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6460caf28 | | BRITTNEY | WATKINS | 19295831267 | DELIVERED | $50.00 | |
| 5/1/2025 21:53:48 | JL807TBHLICI | Municipal Credit Union | DOMINICK WHITE | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6460caf28 | | BRITTNEY | WATKINS | 19295831267 | DELIVERED | $66.00 | |
| 5/2/2025 21:55:03 | JL807V67OI0U | Municipal Credit Union | DOMINICK WHITE | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6460caf28 | | BRITTNEY | WATKINS | 19295831267 | DELIVERED | $96.00 | |
| 5/27/2025 20:45:42 | BACpj9c0ofzm | Bank of America | CARLOS BRETON | Municipal Credit Union | 678332ce-d802-463a-bbe4-207ef2170bae | | DOMINICK | WHITE | 19296779659 | DELIVERED | $5.00 | |
| 5/31/2025 21:29:23 | COF965UHUNCM | Capital One | Pauline Stallings | TD Bank | e2a52fa9-5332-4d3a-b94c-b2e6460caf28 | | BRITTNEY | WATKINS | 19295831267 | DELIVERED | $50.00 | ❤ |

25-01161-lgb    Doc 10-9    Filed 02/25/26    Entered 02/26/26 14:03:55    Exhibits H through N to Affidavit    Pg 54 of 71

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| Sender Profile | | | Sender Profile will only have results if a Zelle Payment/Transaction ID was provided to search. Sender Profile will be blank if only tokens were used to search. |
| Sender Profile | SENDER PROFILE ID | Payment Profile ID | This ID is provided to EWS by the Financial Institution (if it's In-Network) and is a unique identifier that allows a bank to correlate a Zelle Profile with their user. Because EWS does not store user account information such as bank account numbers, this is the ID we communicate to the Financial Institution when referring to one user, so that they can tie it to said user |
| Sender Profile | PROFILE STATUS | Sender Profile Status | EWS profile status of the recipient. This is the status EWS has for this customer's profile that EWS owns. |
| Sender Profile | CUSTOMER ID | Customer ID | Unique Identifier that the IN-Network bank has assigned for this customer. |
| Sender Profile | SENDER TOKEN | Sender Email/Phone | A token is the email or U.S. mobile phone number used to identify an enrolled user and associates that user with their enrolled account. Each token is unique to one user and one financial institution within the Zelle Network. The customer has the choice to register their token on the Zelle stand alone application or the Participant application. Zelle does support dual token if the participant request EWS to support this. A dual token means the customer can have a e-mail activated on the bank application and a phone number on the Zelle application. Both the e-mail and the phone number will be linked together. |
| Sender Profile | TOKEN STATUS | Sender Token Status | This is the status of the customer's token. Tokens can be deactivated and reactivated by participants of Zelle |

25-01161-lgb   Doc 10-9   Filed 02/25/26   Entered 02/26/26 14:03:55   Exhibits H through N to Affidavit   Pg 55 of 71

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| Sender Profile | BUSINESS NAME | Business Name | Sending business name if a business account was used. |
| Sender Profile | SENDER FIRST NAME | Sender First Name | Sending individual's First Name |
| Sender Profile | SENDER LAST NAME | Sender Last Name | Sending individual's Last Name |
| Sender Profile | SENDING ORG | Sending Organization | The sending bank can be In-Network (they have an agreement with Zelle/EWS) or Out of Network (bank does not have an agreement with Zelle/EWS). In network banks will have a 3 character Organization ID (for example BAC is Bank of America).  Out of Network banks will fall under VSA (VISA) or MSC (MasterCard) depending on the card they registered. |
| Sender Profile | SENDING BANK NAME | Sending Bank Name | Full name of the sending bank (Location where the recipient's tokens (Email/Phone) were received). |
| Sender Profile | BANK ADDRESS | Zelle CMA Registered Bank Address | This is the address that the user used to enroll their debit card (VSA/MSC) on the Zelle Common Mobile App (Purple Zelle App). |

25-01161-lgb    Doc 10-9    Filed 02/25/26    Entered 02/26/26 14:03:55    Exhibits H through N to Affidavit    Pg 56 of 71

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| Recipient Profile | RECIPIENT PROFILE ID | Payment Profile ID | This ID is provided to EWS by the Financial Institution (if it's In-Network) and is a unique identifier that allows a bank to correlate a Zelle Profile with their user. Because EWS does not store user account information such as bank account numbers, this is the ID we communicate to the Financial Institution when referring to one user, so that they can tie it to said user |
| Recipient Profile | PROFILE STATUS | Recipient Profile Status | EWS profile status of the recipient. This is the status EWS has for this customer's profile that EWS owns. |
| Recipient Profile | CUSTOMER ID | Customer ID | Unique Identifier that the IN-Network bank has assigned for this customer. |
| Recipient Profile | RECIPIENT TOKEN | Recipient Email/Phone | A token is the email or U.S. mobile phone number used to identify an enrolled user and associates that user with their enrolled account. Each token is unique to one user and one financial institution within the Zelle Network. The customer has the choice to register their token on the Zelle stand alone application or the Participant application. Zelle does support dual token if the participant request EWS to support this. A dual token means the customer can have a e-mail activated on the bank application and a phone number on the Zelle application. Both the e-mail and the phone number will be linked together. |
| Recipient Profile | TOKEN STATUS | Recipient Token Status | This is the status of the customer's token. Tokens can be deactivated and reactivated by participants of Zelle |
| Recipient Profile | BUSINESS NAME | Business Name | Receiving business name if a business account was used. |

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| Recipient Profile | RECIPIENT FIRST NAME | Recipient First Name | Receiving individual's First Name |
| Recipient Profile | RECIPIENT LAST NAME | Recipient Last Name | Receiving individual's Last Name |
| Recipient Profile | RECEIVING ORG | Receiving Organization | The receiving bank can be In-Network (they have an agreement with Zelle/EWS) or Out of Network (bank does not have an agreement with Zelle/EWS). In network banks will have a 3 character Organization ID (for example BAC is Bank of America). Out of Network banks will fall under VSA (VISA) or MSC (MasterCard) depending on the card they registered. |
| Recipient Profile | RECEIVING BANK NAME | Receiving Bank Name | Full name of the receiving bank (Location where the recipient's tokens (Email/Phone) were received). |
| Recipient Profile | BANK ADDRESS | Zelle CMA Registered Bank Address | This is the address that the user used to enroll their debit card (VSA/MSC) on the Zelle Common Mobile App (Purple Zelle App). |
| ClearXChange | | | ClearXChange page will only be provided/have results when the Sender or Recipient Bank name shows as ClearXChange. |

25-01161-lgb    Doc 10-9    Filed 02/25/26    Entered 02/26/26 14:03:55    Exhibits H through N to Affidavit    Pg 57 of 71

-- Profile & Transaction Information Field Description

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| ClearXChange | PAYMENT PROFILE ID | Payment Profile ID | This ID is provided to EWS by the Financial Institution (if it's In-Network) and is a unique identifier that allows a bank to correlate a Zelle Profile with their user. Because EWS does not store user account information such as bank account numbers, this is the ID we communicate to the Financial Institution when referring to one user, so that they can tie it to said user |
| ClearXChange | TOKEN | Token | A token is the email or U.S. mobile phone number used to identify an enrolled user and associates that user with their enrolled account. Each token is unique to one user and one financial institution within the Zelle Network. The customer has the choice to register their token on the Zelle stand alone application or the Participant application. Zelle does support dual token if the participant request EWS to support this. A dual token means the customer can have a e-mail activated on the bank application and a phone number on the Zelle application. Both the e-mail and the phone number will be linked together. |
| ClearXChange | RECEIVING BANK NAME | Recipient Bank Name | Full name of the receiving bank (Location where the recipient's tokens (Email/Phone) were received). |
| ClearXChange | ROUTING NUMBER | Routing Number | Routing Number is the 9-digit, unique numeric ID assigned to each banking institution in the US. It identifies where payments should be taken from and sent to, in conjuction with an account number. |
| ClearXChange | ACCOUNT NUMBER | Account Number | Account Number is the bank unique identifier to an individual, business or other entity account. |
| ClearXChange | REGISTRATION TS | Registration Timestamp | Timestamp of when the profile registration took place. All times are provided in Coordinated Universal Time(UTC). |

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| ClearXChange | IP ADDRESS | IP Address | IP Address used when the individuals online session initiated the transaction or event. |
| Payment Sent/Received | TRANSACTION DATE | Transactions Date | Date that the transactions was initiated by the sender. All times are provided in Coordinated Universal Time(UTC). |
| Payment Sent/Received | PAYMENT ID | Zelle Transaction ID - Payment ID | Zelle Transaction ID or Payment ID is the unique identifier for this transactions. This Payment ID is created by the sending institution and passed along with the other transaction information on each communication leg of the transaction. The first 3 characters is the Organization Identifier (Sending Organization) and the last 9 characters will show up on the customers statements (All payment ID's have 12 characters) as a reference number. |
| Payment Sent/Received | SENDING BANK NAME | Sending Bank Name | The sending bank can be In-Network (they have an agreement with Zelle/EWS) or Out of Network (bank does not have an agreement with Zelle/EWS). In network banks will have a 3 character Organization ID (for example BAC is Bank of America). A list of In-Network Banks is on the second sheet of this Data Key. Out of Network banks will fall under VSA (VISA) or MSC (MasterCard) depending on the card they registered. |
| Payment Sent/Received | SENDER NAME | Sending Party | This is the sending individual that initiated the transaction to the receiving individual. The sender can be a business (Business to Customer (B2C)) or and individual (Peer to Peer (P2P)). |
| Payment Sent/Received | RECEIVING BANK NAME | Receiving Bank | The receiving bank can be In-Network (they have an agreement with Zelle/EWS) or Out of Network (bank does not have an agreement with Zelle/EWS). In network banks will have a 3 character Organization ID (for example BAC is Bank of America). A list of In-Network Banks is on the second sheet of this Data Key. Out of Network banks will fall under VSA (VISA) or MSC (MasterCard) depending on the card they registered. |

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| Payment Sent/Received | RECIPIENT PROFILE ID | Payment Profile ID | This ID is provided to EWS by the Financial Institution (if it's In-Network) and is a unique identifier that allows a bank to correlate a Zelle Profile with their user. Because EWS does not store user account information such as bank account numbers, this is the ID we communicate to the Financial Institution when referring to one user, so that they can tie it to said user |
| Payment Sent/Received | BUSINESS NAME | Business Name | Recipient business name if a business account was used. |
| Payment Sent/Received | RECIPIENT FIRST NAME | Recipient First Name | Receiving individual's First Name |
| Payment Sent/Received | RECIPIENT LAST NAME | Recipient Last Name | Receiving individual's Last Name |
| Payment Sent/Received | RECIPIENT TOKEN | Recipient Email/Phone | A token is the email or U.S. mobile phone number used to identify an enrolled user and associates that user with their enrolled account. Each token is unique to one user and one financial institution within the Zelle Network. The customer has the choice to register their token on the Zelle stand alone application or the Participant application. Zelle does support dual token if the participant request EWS to support this. A dual token means the customer can have a e-mail activated on the bank application and a phone number on the Zelle application. Both the e-mail and the phone number will be linked together. |
| Payment Sent/Received | PAYMENT STATUS | Payment Status | EWS/Zelle has 2 types of transactions Real Time Payments (RTPs) and Standard Payments. Standard payments are transactions to unknown recipient (customers that have not registered on Zelle or a bank application yet) or legacy ClearXChange transactions. Standard transaction will have the final status of "SENT" or "FAILED". RTP will have the final status of "FAILED" or "DELIVERED". A Standard transaction with the status of SENT means the transactions was completed successfully. A FAILED status for both Standard payment and RTPs means the transactions failed to complete. A DELIVERED status for a RTP means the transaction was successful. |

25-01161-lgb   Doc 10-9   Filed 02/25/26   Entered 02/26/26 14:03:55   Exhibits H through N to Affidavit   Pg 61 of 71

**-- Profile & Transaction Information Field Description**

| Report Page | Report Field Name | Field Name | Description |
|---|---|---|---|
| Payment Sent/Received | PAYMENT AMOUNT | Payment Amount | This is the amount that was attempted to be transferred from the sending participant to the receiving participant. To confirm if the transaction was successful you will need to validate against the Payment Status. |
| Payment Sent/Received | PAYMENT MEMO | Payment Memo | This is a free form memo field in which the sender can supply a purpose or description of the transaction. |

*This memorandum is intended to assist law enforcement agencies by providing responses to frequently asked questions*

| Q# | Question | Answer |
|---|---|---|
| Q.01 | What is a Zelle transaction ID? | This is a 12 digit ID created by the issuing bank when the transfer is made if the sending bank is IN-network. If the sending bank is Out-of-Network, Visa or MasterCard will generate this ID. The first 3 digits are the abbreviation of the sending bank (WFC for Wells Fargo, BAC for Bank of America or VSA for Visa, for example) followed by 9 alphanumeric digits (usually a mix of letter and numbers although for some banks, such as Chase, it will be numbers only ). If you only have the last nine digits but you know the name of the sending bank, then Early Warning can infer the abbreviation and run a search. Any request without the first 3 alphanumeric or the sending bank name will be returned as insufficient. Note that some banks refer to a "confirmation number" or "reference number" that is 10 digits; this is not a Zelle transaction ID and is not searchable in Early Warning's systems. |
| Q.02 | What is a token? | This is the email address or cell phone number of the sender and/or recipient that is linked to both their bank account and their Zelle registration. |
| Q.03 | What is the Payment Profile ID? | See Profile & Transaction Information Field Description key provided with the results pertaining to the Payment Profile ID. |

*This memorandum is intended to assist law enforcement agencies by providing responses to frequently asked questions*

| Q# | Question | Answer |
|---|---|---|
| Q.04 | How do I interpret the information provided in response to the subpoena? | See Profile & Transaction Information Field Description key provided with the results explaining each data point. |
| Q.05 | What does EWS need in order to run a search? | In order to run a search within Early Warning's systems for Zelle consumer or transaction data, the subpoena must contain:<br>(1) Zelle Token: This is the email address or cell phone number of the sender and/or recipient that is linked to both their bank account and their Zelle registration; OR<br>(2) Zelle Transaction ID: This is a 12 digit ID created by the issuing bank when the transfer is made if the sending bank is IN-network. If the sending bank is Out-of-Network, Visa or MasterCard will generate this ID. The first 3 digits are the abbreviation of the sending bank (for example, WFC for Wells Fargo, BAC for Bank of America or VSA for Visa) followed by 9 alphanumeric digits (usually a mix of letter and numbers although for some banks, such as Chase, it will be numbers only ). If you only have the last nine digits but you know the name of the sending bank, then Early Warning can possibly infer the abbreviation and run a search. Any request without the first 3 alphanumeric or the sending bank name will be returned as insufficient. Note that some banks refer to a "confirmation number" or "reference number" that is 10 digits; this is not a Zelle transaction ID and is not searchable in Early Warning's systems. |
| Q.06 | Where is the bank account information? | EWS does not maintain bank account information. Search results will not provide the bank account numbers, dates of birth or other personal information of the individuals associated with the transactions |

*This memorandum is intended to assist law enforcement agencies by providing responses to frequently asked questions*

| Q# | Question | Answer |
|---|---|---|
| Q.07 | How does the information provided relate to sending and receiving banks? | Recipient Information: If Early Warning is able to locate a Payment Profile ID for an IN-network recipient bank, the Payment Profile ID may be useful when requesting records from the IN-network recipient bank to obtain additional information about the recipient. For recipients who used the Common Mobile Application and have an OUT-of-network bank, the transaction information (e.g., date, dollar amount, recipient name) may be useful when requesting records from the OUT-of-network recipient bank to obtain additional information about the recipient. Sender Information: If a search returns a Zelle transaction ID for a sender using an IN-network bank (but we still do not have a sender token), that number may be useful when requesting records from the IN-network sending bank to obtain additional information about the sender. For senders who use the Common Mobile application and have an OUT-of-network bank, the transaction information (e.g., date, dollar amount, sender name) may be useful when requesting records from the OUT-of-network sending bank to obtain additional information about the sender. |
| Q.08 | What information can be searched in relation to a sender? | Search results may return a Zelle transaction ID for a sender using an IN-network bank (but we still do not have a sender token), that number may be useful when requesting information from the IN-network sending bank to obtain additional information about the sender. For senders who use the Common Mobile application and have an OUT-of-network bank, the transaction information (e.g., date, dollar amount, sender name) may be useful when requesting information from the OUT-of-network sending bank to obtain additional information about the sender. |
| Q.09 | What information is available on a recipient? | Search results may provide a "Payment Profile ID" for the recipient for IN-networks banks. An IN-network recipient bank provides the Payment Profile ID to Early Warning and it corresponds to the recipient's bank account and/or debit card. If Early Warning is able to locate a Payment Profile ID for an IN-network recipient bank, this information may be useful when requesting information from the IN-network recipient bank to obtain additional information about the recipient. For recipients who used the Common Mobile Application and have an OUT-of-network bank, the transaction information (e.g., date, dollar amount, recipient name) may be useful when requesting information from the OUT-of-network recipient bank to obtain additional information about the recipient. There is no unique identifier that links the Zelle account to an Out-of-Network bank. |

*This memorandum is intended to assist law enforcement agencies by providing responses to frequently asked questions*

| Q# | Question | Answer |
|---|---|---|
| Q.10 | How does the app work? | See: https://www.zellepay.com/how-it-works and https://www.zellepay.com/support/who-can-i-send-money-to-with-zelle and https://www.zellepay.com/faqs. |
| Q.11 | Can EWS reimburse my victim the funds? | No. As the Zelle Network Operator EWS does not maintain consumer accounts, transfer or settle any funds. We would encourage a consumer to contact their financial institution for assistance Reimbursement would need to come from the financial institution, if at all. |
| Q.12 | Can you provide the response in electronic format? | Yes, a response will be provided via a EWS secure email: subpeona@earlywarning.com. |

**-- FAQs for Law Enforcement Subpoenas**

*This memorandum is intended to assist law enforcement agencies
by providing responses to frequently asked questions*

| Q# | Question | Answer |
|---|---|---|
| Q.13 | Can you provide a declaration of a custodian of records and/or an appearance waiver? | If requested with a subpoena, EWS will typically agree to provide a records authentication declaration or affidavit. |

# EXHIBIT N — PAYPAL FEBRUARY 2025 STATEMENT

## ACCOUNT STATEMENTS

**watkins, brittney**

| Statement Period | PayPal Account ID |
|---|---|
| Feb 1, 2025 - Feb 28, 2025 | brittneymwatkins004@gmail.com |

**This document contains two statements**

**PayPal account statement** - A view of all PayPal account activity

**PayPal Balance account statement** - A separate view of your PayPal Balance account activity

Transactions paid with a PayPal Balance account and another payment method will appear in all affected statements

# PAYPAL ACCOUNT

### ACCOUNT ACTIVITY

| DATE | DESCRIPTION | CURRENCY | AMOUNT | FEES | TOTAL* |
|---|---|---|---|---|---|
| 02/01/2025 | General Payment: Yolanda Ligons<br>ID: 3CG56002F7690531V | USD | 100.00 | 0.00 | 100.00 |
| 02/01/2025 | Mobile Payment: Dominick White<br>PayPal Balance -70.00 USD<br>ID: 68B56289T46147325 | USD | -70.00 | 0.00 | -70.00 |
| 02/02/2025 | Mobile Payment: Paul Watkins<br>PayPal Balance -10.00 USD<br>ID: 7G5835366N521893X | USD | -10.00 | 0.00 | -10.00 |
| 02/03/2025 | General Credit Card Deposit<br>PayPal Balance 17.00 USD<br>ID: 99C481230K564110G | USD | 17.00 | 0.00 | 17.00 |
| 02/03/2025 | General Credit Card Deposit<br>PayPal Balance 399.00 USD<br>ID: 52536826CC458473S | USD | 399.00 | 0.00 | 399.00 |
| 02/03/2025 | Mobile Payment: Dominick White<br>PayPal Balance -400.00 USD<br>ID: 7EX59203KU815952X | USD | -400.00 | 0.00 | -400.00 |
| 02/04/2025 | General PayPal Debit Mastercard Transaction: DD *DOORDASH WENDYS - +16506819470 , CA<br>PayPal Balance -35.91 USD<br>ID: 79X99653EA147545X | USD | -35.91 | 0.00 | -35.91 |
| 02/04/2025 | General PayPal Debit Mastercard Transaction: DD *DOORDASH 7-ELEVEN - +16506819470 , CA<br>PayPal Balance -0.35 USD<br>ID: 1NV23217KY851002W | USD | -0.35 | 0.00 | -0.35 |
| 02/28/2025 | General Credit Card Deposit<br>PayPal Balance 400.00 USD<br>ID: 5DC0344379887433A | USD | 400.00 | 0.00 | 400.00 |
| 02/28/2025 | Mobile Payment: Dominick White<br>PayPal Balance -400.00 USD<br>ID: 7X904460HA7521157 | USD | -400.00 | 0.00 | -400.00 |

## ACCOUNT STATEMENTS

**watkins, brittney**



| Statement Period | PayPal Account ID |
|---|---|
| Feb 1, 2025 - Feb 28, 2025 | brittneymwatkins004@gmail.com |

## PAYPAL ACCOUNT

*For each transaction in your Account Activity, the Total equals the amount sent or received, plus or minus any Fees.

In case of errors or questions about your electronic transfers,

- Telephone us at 402-938-3614;

- Write the PayPal Error Resolution Department at P.O. Box 45950, Omaha, NE 68145-0950; or

- Write to us through the Contact Us page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.     Tell us your name and username or phone number.

2.     Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3.     Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## ACCOUNT STATEMENTS

**watkins, brittney**

| Statement Period | PayPal Account ID |
|---|---|
| Feb 1, 2025 - Feb 28, 2025 | brittneymwatkins004@gmail.com |



# PAYPAL BALANCE ACCOUNT

## BALANCE SUMMARY⁰

| | USD |
|---|---|
| **Total Beginning Balance** | 0.69 |
| PayPal Available Balance | 0.69 |
| Goals And Pools | 0.00 |
| Goal: Move | 0.00 |
| Pool: Faith | 0.00 |
| Pool: Savings | 0.00 |
| **Total Ending Balance** | 0.43 |
| PayPal Available Balance | 0.43 |
| Goals And Pools | 0.00 |
| Goal: Move | 0.00 |
| Pool: Faith | 0.00 |
| Pool: Savings | 0.00 |

## FEES SUMMARY

| | USD |
|---|---|
| **This period** | 0.00 |
| Year-to-date | 0.00 |

⁰The preceding cryptocurrency balance information may include your available balances but also on-hold or pending balances.

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | CURRENCY | AMOUNT | FEES | TOTAL⁰⁰ |
|---|---|---|---|---|---|
| 02/01/2025 | General Payment: Yolanda Ligons<br>ID: 3CG56002F7690531V | USD | 100.00 | 0.00 | 100.00 |
| 02/01/2025 | Mobile Payment: Dominick White<br>PayPal Balance  -70.00  USD<br>ID: 68B56289T46147325 | USD | -70.00 | 0.00 | -70.00 |
| 02/02/2025 | Mobile Payment: Paul Watkins<br>PayPal Balance  -10.00  USD<br>ID: 7G5835366N521893X | USD | -10.00 | 0.00 | -10.00 |

# ACCOUNT STATEMENTS

**watkins, brittney**



| Statement Period | PayPal Account ID |
|---|---|
| Feb 1, 2025 - Feb 28, 2025 | brittneymwatkins004@gmail.com |

## PAYPAL BALANCE ACCOUNT

### ACCOUNT ACTIVITY

| DATE | DESCRIPTION | CURRENCY | AMOUNT | FEES | TOTAL^ºº |
|---|---|---|---|---|---|
| 02/03/2025 | General Credit Card Deposit<br>PayPal Balance  17.00  USD<br>ID: 99C481230K564110G | USD | 17.00 | 0.00 | 17.00 |
| 02/03/2025 | General Credit Card Deposit<br>PayPal Balance  399.00  USD<br>ID: 52536826CC458473S | USD | 399.00 | 0.00 | 399.00 |
| 02/03/2025 | Mobile Payment: Dominick White<br>PayPal Balance  -400.00  USD<br>ID: 7EX59203KU815952X | USD | -400.00 | 0.00 | -400.00 |
| 02/04/2025 | General PayPal Debit Mastercard Transaction: DD *DOORDASH WENDYS   - +16506819470 , CA<br>PayPal Balance  -35.91  USD<br>ID: 79X99653EA147545X | USD | -35.91 | 0.00 | -35.91 |
| 02/04/2025 | General PayPal Debit Mastercard Transaction: DD *DOORDASH 7-ELEVEN  - +16506819470 , CA<br>PayPal Balance  -0.35  USD<br>ID: 1NV23217KY851002W | USD | -0.35 | 0.00 | -0.35 |
| 02/28/2025 | General Credit Card Deposit<br>PayPal Balance  400.00  USD<br>ID: 5DC0344379887433A | USD | 400.00 | 0.00 | 400.00 |
| 02/28/2025 | Mobile Payment: Dominick White<br>PayPal Balance  -400.00  USD<br>ID: 7X904460HA7521157 | USD | -400.00 | 0.00 | -400.00 |

º The difference between your Beginning and Ending Balances may not equal the sum of all of your Account Activity in the Total column. This may occur, for example, if you have a pending or disputed transaction at the time you view your Account Statement.

ºº For each transaction in your Account Activity, the Total equals the amount sent or received, plus or minus any Fees.

In case of errors or questions about your electronic transfers,

- Telephone us at 402-938-3614;

- Write the PayPal Error Resolution Department at P.O. Box 45950, Omaha, NE 68145-0950; or

- Write to us through the Contact Us page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and username or phone number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.