# EXHIBIT O — GREEN DOT BANK (APPLE CASH) SUBPOENA RESPONSE



August 28, 2025

Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
Email: cornell.jonathan@gmail.com

**Re:      Subpoena - 25-10264-lgb**

Jonathan Cornell, Pro Se:

This is the response of Green Dot Bank ("Green Dot"), a wholly owned subsidiary of Green Dot Corporation ("GD Corp") to the above referenced subpoena. Green Dot Bank issues prepaid debit cards ("Cards").  GD Corp markets and services the Cards, and acts as the custodian of records.

Enclosed are the card records maintained by Green Dot which are responsive and available to the above referenced request.  Please see Attachment A for description of records maintained by Green Dot which are responsive to the above referenced request.

MoneyPak Information                        Cardholder Information
Card Information                              Transaction History

Should you have any questions regarding this response, please contact us at LESupport@greendotcorp.com and reference Case#SF-203109189.

Regards,

Olivia Shankles
Representative, Risk and Processing Operations
Green Dot Corporation
Fax (866) 963-6235

| transactiondate_pst | transactionkey | accountidentifier | accountholder | debitcredit |
|---|---|---|---|---|
| 2025-08-26 05:51:33.033 | 10288778298 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-24 19:04:14.92 | 10277587184 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-21 19:42:10.193 | 10250072438 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-21 08:56:25.667 | 10244937927 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-08-21 08:55:55.117 | 10244932917 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-19 17:00:06.15 | 10230965314 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-14 08:20:42.133 | 10182057818 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-08 07:25:09.837 | 10128684566 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-08 07:22:52.93 | 10128663228 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-05 08:07:05.73 | 10102407008 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-08-03 20:25:18.677 | 10091010346 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-08-03 15:29:13.437 | 10088921149 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-07-30 14:17:27.63 | 10050524297 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-07-10 11:02:14.553 | 9873805658 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-07-09 23:26:04.49 | 9870051122 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-07-09 20:20:48.617 | 9868958675 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-07-03 15:33:16.77 | 9816940576 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-29 17:34:08.353 | 9781490162 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-25 14:53:21.90 | 9744019116 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-19 12:23:15.98 | 9691622596 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-13 07:32:03.15 | 9637653238 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-06-12 06:42:50.803 | 9627327502 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-08 11:57:18.303 | 9597988098 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-08 11:55:11.937 | 9597970149 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-05 07:22:32.86 | 9568200416 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-06-05 06:39:51.413 | 9567861637 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-27 15:50:29.38 | 9493795454 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-26 19:34:58.323 | 9487130637 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-25 16:49:33.763 | 9478483491 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-25 16:44:09.487 | 9478455723 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-21 13:27:45.933 | 9441421163 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-20 12:38:53.047 | 9432917279 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-05-18 16:24:24.08 | 9418160090 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-05-18 16:23:12.557 | 9418153701 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |

| Timestamp | Number | ID | Name | Type |
|---|---|---|---|---|
| 2025-05-14 17:33:59.897 | 9383724912 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-05-06 12:55:51.02 | 9313843170 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-05-04 15:51:42.503 | 9298611490 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-02 15:49:47.33 | 9279594938 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-05-02 15:43:29.033 | 9279518802 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-04-23 14:39:14.593 | 9201692780 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-04-15 11:30:19.97 | 9134401842 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-04-10 08:56:57.54 | 9090856056 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-04-10 06:58:32.523 | 9089828480 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-04-10 06:50:27.61 | 9089759539 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-30 05:54:40.377 | 8997795816 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-29 08:54:58.74 | 8989977867 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-03-29 08:47:26.99 | 8989910127 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-27 05:46:13.64 | 8970757289 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-26 16:12:15.773 | 8967107034 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-25 04:10:17.167 | 8954139708 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-17 08:34:04.96 | 8890756500 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-15 10:20:49.773 | 8875142629 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-10 09:08:17.777 | 8833354821 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-03-10 07:31:28.743 | 8832609276 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-08 14:55:09.20 | 8819478634 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-08 14:52:25.83 | 8819455252 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-03-03 12:47:19.967 | 8775263331 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-03-02 13:24:35.573 | 8764539017 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-28 18:59:37.91 | 8751729404 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-28 18:58:04.083 | 8751720143 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-27 16:49:44.033 | 8742729827 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-27 13:17:02.877 | 8741225763 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-27 12:14:11.147 | 8740703751 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-27 12:13:07.78 | 8740694288 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-23 17:27:36.337 | 8709542126 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-02-15 17:44:37.873 | 8645612350 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-02-12 08:15:27.093 | 8615788695 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-30 18:05:19.857 | 8515650182 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-28 13:12:52.707 | 8498186948 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |

| | | | | |
|---|---|---|---|---|
| 2025-01-27 15:30:21.627 | 8491717801 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-01-25 20:10:37.41 | 8478087472 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-25 15:11:43.583 | 8475879322 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-21 14:23:34.157 | 8444740574 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-16 16:41:59.253 | 8406503457 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-01-16 07:17:56.997 | 8402174305 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-13 15:50:26.007 | 8383461519 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-01-13 11:24:52.92 | 8381930542 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2025-01-13 10:13:19.54 | 8381340050 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-11 10:15:53.527 | 8366394254 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-11 05:10:34.58 | 8364248829 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-07 18:32:52.687 | 8339547286 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-07 18:32:27.02 | 8339544176 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-04 19:27:56.303 | 8318324873 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-03 10:32:47.44 | 8306462992 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2025-01-03 08:42:07.933 | 8305416049 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-23 09:57:22.383 | 8221618999 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-21 10:00:01.343 | 8205544100 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-17 15:45:16.793 | 8173584661 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-12 18:09:31.677 | 8132813860 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-10 11:00:37.883 | 8113692859 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-12-10 10:06:57.477 | 8113263374 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-07 17:26:53.38 | 8092339141 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-12-06 12:26:43.61 | 8081749875 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-12-06 12:25:46.317 | 8081742029 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-12-05 19:22:27.297 | 8075359103 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-12-05 06:08:23.273 | 8069356500 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-11-22 04:28:23.057 | 7963051435 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-11-17 05:58:48.52 | 7924769337 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-11-16 20:58:04.99 | 7923451810 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-11-15 21:29:23.957 | 7915553099 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-11-15 21:29:03.507 | 7915550942 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-11-15 21:21:15.77 | 7915500755 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-11-15 21:20:36.677 | 7915496693 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-11-15 21:12:11.347 | 7915441485 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |

| | | | | |
|---|---|---|---|---|
| 2024-10-31 19:14:08.58 | 7794994358 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-31 18:15:21.657 | 7794444235 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-29 20:36:56.183 | 7779854369 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-29 05:25:10.917 | 7773928664 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-26 05:46:54.46 | 7750708042 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-25 04:49:45.233 | 7740813400 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-24 19:28:38.823 | 7739614770 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-24 05:28:50.59 | 7733306481 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-23 05:00:59.69 | 7725472473 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-22 05:26:39.567 | 7718226559 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-22 05:25:32.007 | 7718219898 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-22 05:19:52.797 | 7718188074 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-22 04:52:51.537 | 7718042911 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-22 04:51:02.30 | 7718034382 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-21 20:09:46.473 | 7716554342 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-21 20:09:02.393 | 7716549586 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-21 13:51:51.357 | 7713839560 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-21 13:36:26.47 | 7713722587 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-19 05:36:08.087 | 7694985511 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-19 05:21:05.34 | 7694900240 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-18 19:37:22.53 | 7692987589 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-18 12:25:41.76 | 7690105002 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-18 12:24:34.723 | 7690094862 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-18 10:32:28.45 | 7689096404 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-17 19:54:13.753 | 7684537469 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-17 12:42:28.003 | 7681636842 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-15 06:54:18.447 | 7663964434 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-14 18:14:46.397 | 7661370850 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-14 16:08:37.227 | 7660767192 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-09 06:22:28.867 | 7617208274 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-05 18:23:29.21 | 7592938179 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-05 18:20:09.903 | 7592920247 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-10-05 06:21:05.83 | 7587760643 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-04 16:10:48.343 | 7583691399 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-04 10:38:01.673 | 7581068109 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |

| | | | | |
|---|---|---|---|---|
| 2024-10-03 11:16:20.163 | 7572179589 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-10-03 08:01:37.09 | 7570688410 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-09-29 08:56:13.74 | 7541068513 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-29 08:50:27.357 | 7541028505 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-29 08:36:06.88 | 7540930394 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-09-29 07:27:58.973 | 7540498719 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-26 13:48:39.823 | 7518714632 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-26 08:14:47.953 | 7515953503 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-26 05:21:50.107 | 7514825241 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-26 05:20:38.537 | 7514818516 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-24 05:03:58.287 | 7500770805 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-19 07:42:21.633 | 7463590432 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-12 14:57:56.927 | 7414012653 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-11 19:26:29.89 | 7407988946 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-09-09 03:46:29.11 | 7388349544 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-31 14:49:56.173 | 7324775375 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-30 17:19:08.697 | 7318433544 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-08-17 19:48:07.687 | 7224270845 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-16 17:58:29.38 | 7215547871 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-15 09:28:43.51 | 7203649303 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-15 08:14:49.063 | 7203109614 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-14 18:18:07.02 | 7200326393 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-13 06:32:40.853 | 7188772247 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-08-05 12:22:12.31 | 7133813435 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-08-01 04:28:12.283 | 7098511516 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-07-31 18:15:07.98 | 7096998331 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-07-28 15:14:04.913 | 7075004758 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-07-26 12:54:42.89 | 7058601748 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-07-19 12:25:27.113 | 7007162925 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-07-15 13:47:14.90 | 6978914729 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | CREDIT |
| 2024-07-14 18:20:23.427 | 6974150352 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-07-14 18:08:13.467 | 6974068085 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-07-10 18:38:51.597 | 6945003191 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-07-10 06:14:54.03 | 6940526144 | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | DEBIT |
| 2024-03-19 16:29:13.553 | 6159319677 | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 | Brittney Watkins | CREDIT |

| | | | | |
|---|---|---|---|---|
| 2024-03-04 06:44:44.307 | 6057579197 | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 | Brittney Watkins | CREDIT |
| 2024-02-06 07:03:52.47 | 5881476169 | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 | Brittney Watkins | CREDIT |
| 2024-02-06 07:03:36.953 | 5881474879 | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 | Brittney Watkins | CREDIT |
| 2024-02-04 05:51:39.247 | 5868686436 | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 | Brittney Watkins | CREDIT |
| 2024-02-04 05:51:14.487 | 5868684775 | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 | Brittney Watkins | CREDIT |
| 2024-01-31 19:30:28.49 | 5846676710 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-31 14:42:35.04 | 5844748822 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-19 14:18:02.59 | 5772473390 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-12 08:28:55.983 | 5729760715 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-12 07:20:18.427 | 5729204983 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-11 08:11:53.48 | 5723221679 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-08 14:21:18.117 | 5708017238 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-08 13:17:12.153 | 5707752824 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-05 08:44:49.407 | 5688399795 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2024-01-04 14:51:41.56 | 5683744259 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2023-11-13 11:03:58.213 | 5354332951 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2023-11-06 17:39:29.787 | 5312168311 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | DEBIT |
| 2023-11-05 17:39:00.43 | 5306589906 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | DEBIT |
| 2023-10-10 14:05:02.207 | 5147636437 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | DEBIT |
| 2023-10-10 14:04:01.437 | 5147630216 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | DEBIT |
| 2023-08-31 13:41:57.873 | 4905298756 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2023-08-31 13:41:42.323 | 4905296802 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2023-08-29 14:25:44.81 | 4895087307 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | CREDIT |
| 2023-07-03 15:08:26.403 | 4557844764 | EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | DEBIT |

| initiator_aid | initiatorname | transactiontype | target_aid |
|---|---|---|---|
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |

| | | | |
|---|---|---|---|
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |

| | | | |
|---|---|---|---|
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | Split Transfer | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |

| | | | |
|---|---|---|---|
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | Split Transfer | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | PeerPayment | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | Split Transfer | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | Split Transfer | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |

| | | | |
|---|---|---|---|
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | Split Transfer | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | Split Transfer | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 9180B0A8-343E-4EF4-A9DB-6BBD45457EBF | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 |

| | | | |
|---|---|---|---|
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | 0340DCB9-0EBD-4D8D-B874-5C94546244D5 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | TopUp | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | TopUp | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | P2P Express | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| 941F842B-EE19-4FD4-8104-910C6B7CC7D0 | Dominick White | P2P Express | EC6E9477-93AB-4E16-86FE-0D42571489D9 |
| EC6E9477-93AB-4E16-86FE-0D42571489D9 | Brittney Watkins | PeerPayment | 941F842B-EE19-4FD4-8104-910C6B7CC7D0 |

| targetname | transactionstatus | amount | cardlast4 | bank |
|---|---|---|---|---|
| Brittney Watkins | Successful | 30.0000 | | SUTTON BANK |
| Brittney Watkins | Successful | 40.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 20.0000 | | |
| Dominick White | Successful | 20.0000 | | |
| Brittney Watkins | Successful | 20.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 5.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 110.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 2.0000 | | VARO BANK  NATIONAL ASSOCIATION |
| Brittney Watkins | Failed | 2.0000 | | SUTTON BANK |
| Brittney Watkins | Successful | 122.0000 | | SUTTON BANK |
| Dominick White | Successful | 33.0100 | | THE BANCORP BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 70.0000 | | THE BANCORP BANK  NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 92.0000 | | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 30.0000 | | |
| Brittney Watkins | Successful | 30.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 134.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 40.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 2.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 115.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 135.0000 | | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 25.0000 | | |
| Brittney Watkins | Successful | 8.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 11.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 23.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 2.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 128.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 18.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 25.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 1.0000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 18.7000 | | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 235.0000 | | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 30.0000 | | TD BANK  NATIONAL ASSOCIATION |
| Dominick White | Failed | 10.0000 | | TD BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 10.0000 | | TD BANK  NATIONAL ASSOCIATION |

| | | | |
|---|---|---|---|
| Dominick White | Successful | 30.0000 | TD BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 8.0000 | TD BANK  NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 95.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 39.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 59.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 5.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 58.0000 | SUTTON BANK |
| Brittney Watkins | Successful | 53.8900 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 4.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 180.1000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 147.0000 | |
| Dominick White | Successful | 147.0000 | |
| Brittney Watkins | Successful | 147.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 53.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 39.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 30.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 5.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 50.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 22.0000 | |
| Brittney Watkins | Successful | 30.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 1.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 116.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 20.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 270.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 20.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Failed | 20.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 123.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 900.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 1000.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Failed | 1000.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Dominick White | Successful | 407.0000 | STRIDE BANK  NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 26.0000 | |
| Brittney Watkins | Successful | 400.0000 | SUTTON BANK |
| Brittney Watkins | Successful | 21.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 9.0000 | MUNICIPAL CREDIT UNION |

| | | | |
|---|---|---|---|
| Dominick White | Successful | 15.0000 | |
| Brittney Watkins | Successful | 21.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 8.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 8.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 14.0000 | |
| Brittney Watkins | Successful | 70.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 10.0000 | |
| Dominick White | Successful | 27.0000 | |
| Brittney Watkins | Successful | 27.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 25.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 28.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 22.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Failed | 22.0000 | THE BANCORP BANK NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 25.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 9.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 40.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 25.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 300.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 25.0000 | SUTTON BANK |
| Brittney Watkins | Successful | 2.0000 | |
| Dominick White | Successful | 2.0000 | |
| Brittney Watkins | Successful | 28.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 98.0000 | |
| Dominick White | Successful | 5.0000 | |
| Dominick White | Failed | 5.0000 | SUTTON BANK |
| Brittney Watkins | Successful | 121.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 40.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 71.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 47.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 63.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Failed | 507.0000 | THE BANCORP BANK NATIONAL ASSOCIATION |
| Dominick White | Failed | 507.0000 | THE BANCORP BANK NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 507.0000 | |
| Dominick White | Successful | 507.0000 | THE BANCORP BANK NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 500.0000 | MUNICIPAL CREDIT UNION |

| | | | |
|---|---|---|---|
| Dominick White | Successful | 80.0000 | THE BANCORP BANK  NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 40.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 24.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 28.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 29.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 29.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 28.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 28.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 25.0000 | |
| Dominick White | Successful | 25.0000 | |
| Dominick White | Failed | 25.0000 | SUTTON BANK |
| Brittney Watkins | Successful | 28.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 3.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 25.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 5.0000 | |
| Dominick White | Successful | 5.0000 | THE BANCORP BANK  NATIONAL ASSOCIATION |
| Brittney Watkins | Successful | 15.0000 | MUNICIPAL CREDIT UNION |
| Brittney Watkins | Successful | 21.0000 | MUNICIPAL CREDIT UNION |
| Dominick White | Successful | 2.0000 | |
| Brittney Watkins | Successful | 1.0000 | |
| Brittney Watkins | Successful | 40.0000 | |
| Dominick White | Successful | 3.0000 | |
| Brittney Watkins | Successful | 31.0000 | |
| Brittney Watkins | Successful | 25.0000 | |
| Brittney Watkins | Successful | 64.0000 | |
| Dominick White | Successful | 6.0000 | |
| Brittney Watkins | Successful | 88.0000 | |
| Brittney Watkins | Successful | 33.0000 | |
| Brittney Watkins | Successful | 26.0000 | |
| Dominick White | Successful | 25.0000 | |
| Brittney Watkins | Successful | 25.0000 | |
| Brittney Watkins | Failed | 25.0000 | |
| Dominick White | Successful | 40.0000 | |
| Dominick White | Successful | 18.5000 | |
| Dominick White | Successful | 55.0000 | |

| | | |
|---|---|---|
| Dominick White | Successful | 20.0000 |
| Dominick White | Successful | 35.0000 |
| Brittney Watkins | Successful | 1.0000 |
| Brittney Watkins | Successful | 28.0000 |
| Dominick White | Successful | 4.0000 |
| Brittney Watkins | Successful | 29.0000 |
| Brittney Watkins | Successful | 21.0000 |
| Brittney Watkins | Successful | 40.0000 |
| Brittney Watkins | Successful | 35.0000 |
| Brittney Watkins | Failed | 35.0000 |
| Brittney Watkins | Successful | 20.0000 |
| Brittney Watkins | Successful | 32.9500 |
| Brittney Watkins | Successful | 22.0000 |
| Brittney Watkins | Successful | 105.0000 |
| Brittney Watkins | Successful | 30.0000 |
| Brittney Watkins | Successful | 20.0000 |
| Dominick White | Successful | 82.4400 |
| Brittney Watkins | Successful | 300.0000 |
| Brittney Watkins | Successful | 12.0000 |
| Brittney Watkins | Successful | 25.0000 |
| Brittney Watkins | Successful | 25.0000 |
| Brittney Watkins | Successful | 40.0000 |
| Dominick White | Successful | 15.0000 |
| Brittney Watkins | Successful | 5.0000 |
| Brittney Watkins | Successful | 161.0000 |
| Brittney Watkins | Successful | 40.0000 |
| Brittney Watkins | Successful | 15.0000 |
| Brittney Watkins | Successful | 30.0000 |
| Brittney Watkins | Successful | 25.0000 |
| Brittney Watkins | Successful | 20.0000 |
| Dominick White | Successful | 5.0000 |
| Dominick White | Successful | 5.0000 |
| Dominick White | Successful | 30.0000 |
| Dominick White | Successful | 100.0000 |
| Brittney Watkins | Canceled | 25.0000 |

| | | | |
|---|---|---|---|
| Brittney Watkins | Successful | 30.0000 | |
| Brittney Watkins | Successful | 31.0000 | |
| Brittney Watkins | Failed | 31.0000 | |
| Brittney Watkins | Successful | 36.0000 | |
| Brittney Watkins | Successful | 35.0000 | |
| Brittney Watkins | Successful | 20.0000 | |
| Brittney Watkins | Successful | 20.0000 | |
| Brittney Watkins | Failed | 50.0000 | Bank of America, National Association |
| Brittney Watkins | Successful | 40.0000 | |
| Brittney Watkins | Successful | 11.0000 | |
| Brittney Watkins | Successful | 40.0000 | |
| Brittney Watkins | Successful | 40.0000 | |
| Brittney Watkins | Failed | 40.0000 | |
| Brittney Watkins | Successful | 15.0000 | |
| Brittney Watkins | Successful | 60.0000 | |
| Brittney Watkins | Successful | 35.0000 | |
| Dominick White | Successful | 5.0000 | Bank of America, National Association |
| Dominick White | Successful | 10.0000 | Bank of America, National Association |
| Dominick White | Successful | 10.0000 | Bank of America, National Association |
| Dominick White | Successful | 10.0000 | Bank of America, National Association |
| Brittney Watkins | Successful | 3.0000 | |
| Brittney Watkins | Failed | 3.0000 | |
| Brittney Watkins | Successful | 8.0000 | |
| Dominick White | Successful | 15.0000 | |

**supertoken**

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY

IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY

IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY

IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY

IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY

IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY
IRXX98KRVCPY

# EXHIBIT P — BIDIRECTIONAL TRANSACTION SUMMARY CHART

| Account | Sender | Reciever | # Transactions | Total Amount |
|---|---|---|---|---|
| Apple Cash | Dominick White | Brittney Watkins | 132 | $ 7,113.64 |
| Apple Cash | Brittney Watkins | Dominick White | 50 | $ 4,448.95 |
| Zelle | Dominick White | Brittney Watkins | 70 | $ 2,846.00 |
| Zelle | Brittney Watkins | Dominick White | 88 | $ 10,705.82 |
| CashApp | Dominick White | Brittney Watkins | 54 | $ 1,845.00 |
| CashApp | Brittney Watkins | Dominick White | 22 | $ 703.78 |
| | | | 416 | $ 27,663.19 |

| | | | | |
|---|---|---|---|---|
| Dominick White | to | Brittney Watkins | 256 | $ 11,804.64 |
| Brittney Watkins | to | Dominick White | 160 | $ 15,858.55 |
| | | | | $ 27,663.19 |

# EXHIBIT Q — 2004 EXAMINATION TRANSCRIPT

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

_____ )

In re:                          )   Chapter 7
                                )
BRITTNEY MICHELLE WATKINS,       )   Case No.
                                )   25-10264-LGB
                  Debtor.       )
_____ )


DEPOSITION OF BRITTNEY MICHELLE WATKINS

Thursday, September 25, 2025
1:34 p.m. to 2:33 p.m.

Held via Zoom Videoconference


Reported stenographically by
JOSHUA B. EDWARDS, RDR, CRR, CRC
Notary Public of the State of New York
Registration No. 01ED0000628

2

A P P E A R A N C E S


Creditor/Party in Interest:

JONATHAN CORNELL
120 Bourndale Road N
Manhasset, NY 11030


Debtor:

BRITTNEY MICHELLE WATKINS
2930 Wilson Avenue
Bronx, New York 10469

(Counsel not present)

BRITTNEY MICHELLE WATKINS, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. CORNELL:

Q.    Ms. Watkins, good afternoon.  You had your name already stated.  I will jump into some questions, just a little bit of background.  We will be able to take a break if you need some time.  I hope to get this done as quick as possible.  But if you need to take a break, just please let me know so we can let Mr. Edwards know to take a pause, just because he's recording things that we're stating here.

Jumping into some of the questions, your name is Brittney Michelle Watkins.  Do you go by any other names or aliases?

A.    No.

Q.    What is your current address?

A.    2930 Wilson Avenue, Bronx, New York 10469.

Q.    Great.  How long have you lived at this address, Ms. Watkins?

A.    For a few months.

Q.    About how many months?

A.    I would say about five months, six months.

Q.    Okay, five to six months, okay.

Q. And do you rent or own this address?

A. Rent.

Q. And do you reside with anyone else at this address?

A. Just my children.

Q. Just your children?  Okay.

How much is the monthly rent at this address?

A. 2800.

Q. Okay.  Who is legally responsible for the rent at this address?

A. Me.

Q. Okay.  Is there anybody else that's legally responsible for the rent, perhaps on a lease?

A. Dominick White.

Q. Okay.  Who pays for the rent at this address and in what percentages?

A. Right now we are having a lot of problems, so as of right now, me.

Q. You cover 100 percent of the rent?

A. Yes.

Q. Okay.  Are you currently on time with your rent payments at this address?

A. No.

Q. Why not?

A. Because like I stated, we are having a lot of

problems with the property.

Q.   Okay, understood.

Who is responsible for paying utilities at this address?

A.   I am.

Q.   And who pays the utilities at the address?

A.   The landlord currently.

Q.   Okay.  Are you responsible for anything such as internet, electricity, heating, any other utilities that you are responsible for?

A.   No.

Q.   Okay.  Do you reside at any other locations?

A.   I don't.

Q.   Okay.  Do you have any children, any minor children?

A.   I do.

Q.   Okay.  Would you be able to state their names please?

A.   ██████████████████████████████████████.

THE COURT REPORTER:  Could you spell those, please.

THE WITNESS:  ████████████, last name ██████████████.  ███████████, last name ██████████ Next, ████████████, last name

XXXXXXXX.  Next, XXXXXXXXXXXXXXX, last name XXXXXXXX.  And last, XXXXXXXXXXXX last name XXXX.

Q.    Thank you.

Ms. Watkins, are you or your children currently involved in any public assistance programs?

A.    Yes.

Q.    What were those programs would be?

A.    Food stamps, child care, and Medicaid.

Q.    Okay.  And what is the form of assistance that you receive from these programs?  Is it financial? Is it housing vouchers?  What are the programs providing to you?

A.    Financial.

Q.    Financial assistance?  Okay.

Do you know approximately how much in financial assistance you are receiving from these programs currently?

A.    As of right now, only about a thousand dollars.

Q.    A thousand dollars, excellent.

I am going to shift gears a little bit to your petition for bankruptcy, Ms. Watkins.  Do you have idea why we are here today, why we are conducting this deposition?

A.   Yes.

Q.   Who would that reason be?

A.   For a motion that was filed by you.

Q.   Okay.  And can you explain for me in your own words what Chapter 7 bankruptcy is?

A.   Chapter 7 bankruptcy is to remove all debt from my credit.

Q.   Okay.  And what were your reasons for filing Chapter 7 bankruptcy?

A.   Because I was in a lot of debt.

Q.   Okay.  Were you ever advised by anyone at any time to file bankruptcy for other reasons other than to try to absolve your debt?

A.   No.

Q.   Were you ever advised by anybody at any time to file bankruptcy as a means to delay a possible pending eviction?

A.   No.

Q.   Okay.  On the date that you filed your petition, were you employed on that day?

A.   No.

Q.   Were you involved in any court cases before filing bankruptcy?

A.   Previously, yes.

Q.   Okay.  Which cases?

8

A.   1719 Gates Avenue.

Q.   Okay.  Is that the only one?

A.   Yes.

Q.   Okay.  What's the context of that case with, you said 1719 Gates Avenue?  What is that?

A.   That's the property that I was living in prior to 143 Admiral Lane.

Q.   Okay.  Did you tell your attorney, I believe it's Mr. Singer, did you tell Mr. Singer about any of these cases prior to filing bankruptcy?

A.   Yes.

Q.   Okay.  Which cases did you tell him about?

A.   About Gates Avenue.

Q.   Okay.  Were you also aware that a case was filed for you for eviction for the property that I believe you were residing at the time, 143 Admiral Lane?

A.   Yes.

Q.   Was there a reason you didn't inform him about that case?

A.   No.

Q.   Just forgot it?  Didn't know?

A.   No, I didn't -- I didn't inform him.

Q.   Didn't inform him?  Okay.  No particular reason why?

A.   No.

Q.   Okay.  Is that the reason why you marked "no" on your petition when asked if your landlord had obtained an eviction judgment against you?

A.   Yes.

Q.   Okay.  On that same petition, did you list all of your assets and accounts in your petition?

A.   Yes.

Q.   Okay.  Is your statement of previous income true and correct?

A.   Yes.

Q.   Where are you currently employed, Ms. Watkins?

A.   At Golden Care Therapy.

Q.   Golden Care Therapy?  Okay.

     And what is the nature of your work there?

A.   ADA.

Q.   What does "AD" refer to?

A.   Analysis data collector, so behavioral technician.

Q.   Behavioral?  Okay, understood.  Thank you.

     And about how much approximately how much do you earn on a weekly basis there?

A.   I would say about $500 or so.

Q.   Five hundred per week?

A.   Yeah.

Q.   Okay.  And how do you receive this pay?

A.   Through my PayPal.

Q.   Okay.  Is that via direct deposit, a check? How do the funds get from the center to your PayPal account?

A.   Deposit.

Q.   Direct deposit?  ACH transfer?

A.   Yeah.

Q.   Understood, okay.  Going back to your petition, on your Chapter 7 voluntary petition, if you recall, I'm happy to bring it up as an exhibit if you would like to refer to it.  But on that petition, you claimed income of $4,960 of monthly income.  Was that a true statement at the time that you filed that?

A.   Yes.

Q.   Okay.  The schedule that you attached there also lists approximately $2,400 of monthly contributions.  Where was the source of those contributions?

A.   My son's SSI.  And when I was getting paid I was employed, but didn't start working yet.

Q.   Got it, okay.  You broke down the income. Okay, great.

MR CORNELL:  So I am going to bring up, if

I could just do a screen share for you, Mr. Joshua, I am going to just bring up the petition.  Just take a ten-second break if I could do a screen share, I will bring it up.  Excuse the delay.  All right.  So if we do a screen share, I am going to just share this item here.  Okay, Mr. Joshua.

Q.    And Ms. Watkins, can you see the petition?

A.    Yes.

Q.    Okay.

MR. CORNELL:  I am going to label this, what we should do, call it Exhibit 1, I believe for functionality.  We have exhibit 1.  I have exhibits labeled A through other letters.  So let's just call it Exhibit 1.  Let's call it ECF1, I apologize, because this is part of the docket.

(Exhibit ECF-1, Ms. Watkins's Chapter 7 bankruptcy petition, deemed marked for identification.)

Q.    So on ECF-1, Ms. Watkins, on part 4, I am going to scroll down to part 4 on here.  And part 4 is on page 4 of the petition.  It asks in part, "Do you own or have any legal or equitable interest in any of the following?"

And part of this section under part 4 is question 17.  And question 17 that you filed here asks if you have "any deposits of equitable interest and any deposit of money, specifically check, savings or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses, and similar institutions.  If you have multiple accounts with the same institution, list each."

You answered "no" to this statement.  Why was that?

A.   I can't really see it.

Q.   Sorry.  I will scroll down a little bit further.  I apologize.  That's the wrong one.  Where did I see it?  One moment.  Wrong part, I apologize.  I will go down further over here.  It's Schedule -- wrong one.

Just to be clear, to clear the record, it was the petition, official Form 106A/B, Schedule A/B under "Property."  And my correction, my mistake, part 4 is on the start of page 2 of 5 of that form, and 17 is "Deposits of Money."

A.   I can't really see.  It's kind of blurry.

Q.   Okay.  It's just a copy of the document.  I'm happy to link you to it.  It's a copy of the federal court filing, ECF number 1.

13

What I'm getting at, Ms. Watkins, is you answered "no" to having deposits of money referring to checking, savings, or other financial accounts.  My question for you is why did you answer that in the negative?  Why was the answer to that "no"?

A.   Probably it was a mistake, but I did have bank accounts.

Q.   Okay.  So the reason why you didn't list your financial accounts was a mistake; is that correct?

A.   Yes.

Q.   Have you opened any new accounts since filing bankruptcy, Ms. Watkins?

A.   No, I haven't.

Q.   Okay.  Have you received any large sums of money since your filing?

A.   Yes.

Q.   What would those sums be?

A.   Income tax.

Q.   Okay.  Approximately how much was this income tax and around what time?

A.   Seven thousand, and that was around March.

Q.   Okay.  Have you received or transferred money using anyone else's account?

A.   No.

Q.   Okay.  Have you used any names other than

14

your legal name for financial accounts that you control?

A.    No.

Q.    I asked that question.

Have you made any large purchases since your filing?

A.    No.

Q.    Did you submit any applications for public assistance in the last year?

A.    Yes.

Q.    Approximately how much income did you state on those forms?

A.    The amount that I was getting from my son's SSI.

Q.    Just the SSI?

A.    Yeah.

Q.    Okay, okay, great.  I am going to just pause the screen share just in case there is a need to see anything else in a moment.

Just continuing with some of the questions, switching gears a little bit here, Ms. Watkins, do you recall attending a 314(a) meeting of creditors on March 13, 2025, via Zoom?

A.    Yes.

Q.    Do you recall testifying under oath at this

15

meeting?

A.   Yes.

Q.   And during that meeting, you made a statement that you used cash and no bank accounts.  Was that a true statement?

A.   Yes.  I use cash.

Q.   Do you use cash and bank accounts or just cash or just bank accounts?  Is it a mix?

A.   It's a mix.

Q.   Okay.  At the same meeting, let me see, sorry, did you or your attorney ever amend your bankruptcy filings?

A.   No.

Q.   Okay.  Okay, great.  I want to switch to some historical context, Ms. Watkins.  So I want to go back to your time prior to 2023.  Before you lived in New York City, where did you live?

A.   Binghamton, New York.

Q.   And what was the address there?

A.   27 Winding Way.

Q.   And was that Apartment 1 in Binghamton, New York 13901?

A.   Yes.

Q.   When you were residing at this apartment, what was your source of income at that time?

A.   No income.  Help from family.

Q.   No income?  But your source of --

A.   No income.  With help from family.

Q.   I apologize.  Thank you.

How much money were you receiving from income help from family at that time?

A.   I don't feel like this question is appropriate.

Q.   Okay.  What dates did you live at this address?

A.   I don't feel like this question is appropriate.

Q.   Okay.  Did you rent or own this address?

A.   I rented.

Q.   Did you reside with anyone else at this address?

A.   Just my kids.

Q.   Approximately how much was the monthly rent at this address?

A.   About 750.

Q.   And who was legally responsible for the rent at this address?

A.   I was.

Q.   Okay.  And who paid the rent at this address?

A.   I did.

Q.   And were you on time with your rent payments at this address?

A.   I was not.

Q.   Why is that?

A.   Because I was having trouble finding a job being a single mom.

Q.   Okay.  And are you familiar with the name Michael Reid?

A.   I am not.

Q.   Okay.  Jog your memory, Michael Reid was the landlord of and owner of a property at 27 Winding Way, Apartment 1, Binghamton, New York 13901.  Did you sign a lease at all with Mr. Reid?

A.   I did not.  Management took over while I was living there.

Q.   Okay.  And what were the terms, if you recall, of that lease with Michael for that property?

A.   I don't feel this question is appropriate.

Q.   Okay.  How many months of rent did you pay to Michael, Ms. Watkins?

A.   I would say about just one payment because he took over the property.

Q.   Okay.  Was there a reason why you didn't continue payments with Mr. Reid?

A.   Yes, because we worked out a deal, me and

Mr. Reid.

Q.    Okay.  What were the terms of those deals?

A.    I don't feel like this question is appropriate.

Q.    Okay.  During the time that you lived in Michael's -- Mr. Reid's excuse me, apartment, how much did you spend on living expenses, things like groceries and things outside of rent, on a monthly basis, approximately?

A.    I spent about $1,300.

Q.    Okay.  And with respect to the tenancy that you had with Mr. Reid, was there an eviction case filed against you for this tenancy?

A.    No.

MR. CORNELL:  Okay.  I am going to put up an exhibit.  I am going to call this Exhibit F, Mr. Edwards.

(Exhibit F, court docket from Broome County, Binghamton, New York, Michael K. Reid, petitioner against Britney [sic] Watkins at 27 Winding Way, Apartment 1, Binghamton, New York 13901, deemed marked for identification.)

Q.    Okay, Ms. Watkins.  Can you see the exhibit that I have on the screen?

A.    Yes.

Q.    Okay.  This is a certified copy of a court docket from Broome County, Binghamton, New York. Michael K. Reid is the petitioner against Britney [sic] Watkins at 27 Winding Way, Apartment 1, Binghamton, New York 13901.  Were you aware of this petition, Ms. Watkins?

A.    I was not.

MR. CORNELL:  Okay.  I'm happy to share this, but there's a number of things in here that say that this was a properly served petition.  The dates are here and the time, September 21, 2020, is when it was on record with the court.

Just want the record to show that these records are available and they were served via personal delivery to Ms. Watkins with her description:  female; brown; approximate age, 36; weight, 240; color of hair, black; and approximate height of five-foot seven.  So I will be providing these exhibits.

Q.    Okay.  Just continuing with the questions, Ms. Watkins, are you still confident that you are not familiar with the deposition of this case even after seeing the court documents; is that correct?

A.    Yes.  Even the description does not match me.

Q.   Okay.

A.   I said even the description, that didn't match me.

Q.   Okay.  So let's jump ahead to when you left that.  So when did you vacate this apartment, Ms. Watkins?

A.   I would say June 2020, I believe.

Q.   Okay.  And what was the reason for vacating that apartment?

A.   To be closer to family.

Q.   Okay.  At the time of leaving that apartment, did you have any rent arrears as part of your tenancy there?

A.   Yes, I did.

Q.   Approximately how much?

A.   I don't remember the amount.

Q.   Okay.  And are you familiar with the ERAP program at all?

A.   Yes.

Q.   Okay.  What is the ERAP program?

A.   It was helping people back when COVID was just started with getting rent paid.

Q.   Okay.  Did you file an ERAP application?

A.   Yes.

Q.   Okay.  Do you recall the terms of that ERAP

petition?

A.   At the moment, no.

Q.   Okay.  Would there be any reason why Mr. Reid did not recover any of the money if he filed those petitions?

A.   He did recover the money.

Q.   I'm sorry.  Say that again.

A.   He did recover the money because it was written out to him.

Q.   Okay.  Did he recover the full amount or partial or are you aware of those details?  It's okay if you are not.  I'm just curious if you are familiar with the details around that.

A.   Can you hear me?  I said I'm not sure if he received all the money or not.

Q.   Okay.  So regarding your vacating of the premises, Ms. Watkins, is it a true statement that Mr. Reid offered to move your belongings from the apartment that you were in to New York City?

A.   Yes.

Q.   Were there any terms associated with moving those belongings to New York City?

A.   Just to file for the ERAP, which I did.

Q.   Got it, okay.  Would you say there was any friction or disagreement associated with that?  Excuse

me.

A.    No.

Q.    Okay, understood.  All right.  I don't believe I have any further questions on this.  Okay.

Let's switch gears to your tenancy beyond that, Ms. Watkins.  You said that on 1719 Gates LLC, so when you left your home in Binghamton, where did you move when you moved back to New York City?

A.    Gates Avenue.

Q.    Is that the address at 1719 Gates Avenue, Apartment 3-L in Queens, New York?

A.    Yes.

Q.    Okay.  And how did you apply for that?  How did you apply for residence at that address?

A.    On, I think it was streeteasy.com.

Q.    Okay.  So you filled out an application to rent there?

A.    Yes.

Q.    Got it.  And when you were applying for that tenancy, were you employed at the time?

A.    I was.

Q.    Okay.  Where were you working at that time?

A.    At Robert Half.

Q.    Okay.  And how much money approximately did you make at that time with Robert Half?

A.   I can't give an exact number.

Q.   Okay.  What dates did you live at 1719 Gates Avenue?

A.   I believe from June 2020 to June 2023, I believe.

Q.   Okay.  And you said you filled out an application, so you rented; is that correct?

A.   Yes.

Q.   Did you reside with anyone else at this address?

A.   No, just my kids.

Q.   Your children?  Okay.

And approximately how much was the monthly rent at this address?

A.   3,000 I believe.

Q.   And who was legally responsible for the rent?

A.   I was.

Q.   Was there anybody else responsible as well?

A.   No.

Q.   Was there anybody else on the lease?

A.   No.

Q.   Were you on time with your rent payments at this address?

A.   No.

Q.   Why is that?

A.   I wound up losing my job during COVID.

Q.   Okay.  Approximately when did you lose your job during COVID?

A.   In about 2021, I believe.  I can't give you a month.

Q.   Okay.  You said you were residing at -- excuse me, you were working at Robert Half, and you lost your job in 2021?

A.   Yes.

Q.   Okay, got it.  We just talked about the rent. Who was responsible for paying utilities at this address?

A.   I was.

Q.   And who paid for the utilities at the address?

A.   I did.

Q.   Were those utility accounts paid and up to date?

A.   Yeah.

Q.   Okay.  And do you know who the title -- what company or who your landlord was who your lease agreement was it?

A.   It was with -- I just remember it was an LLC.

Q.   Okay.  And do you recall what proof of income you submitted to that LLC when you applied to the

apartment?

A.    My Robert Half, I believe.

Q.    Okay.  And do you recall if that was pay stubs or --

A.    Pay stubs.

Q.    Okay, got it.

And why did you vacate your apartment that was on Gates Avenue?

A.    Moving closer to family.

Q.    Okay.  Were you aware that 1719 Gates LLC, your landlord there, had filed an eviction case against you?

A.    Yes.

Q.    Okay.  What was the approximate time frame for that?

A.    I would say about six months.

Q.    Okay.  And approximately how much money did you owe 1719 Gates at the time of that case?

A.    I can't recall.

Q.    Okay, that's fine.

I want to ask you a couple of questions about Robert Half.  So you are familiar with that company. What was your relationship with Robert Half International?  Were you a salaried employee, or W-2, 1099 contractor?

A.     I was getting paid biweekly.

Q.     Okay.  Were you receiving benefits from Robert Half?

A.     I don't recall.

Q.     Okay.  And what were the dates of employment?  When did you begin your job at Robert Half?

A.     I would say 2019.

Q.     Okay.  And when did you terminate your employment with Robert Half?

A.     I would say 2020.

Q.     2020?  Okay.

And tell me a little bit more about your job there, Ms. Watkins.  What was your job and what were some of the duties that you were doing there?

(Ms. Watkins dropped off the Zoom at 2:03 p.m.)

(Discussion held off the record.)

(Question read back by the reporter.)

(Adjourned at 2:33 p.m.)

27

                              E R R A T A

DEPOSITION OF:  BRITTNEY MICHELLE WATKINS

DATE:  9/25/2025

        If there are any corrections to your deposition,

indicate them on this sheet of paper, give the change,

page and line number, and reason for the change:

(1) to clarify the record; (2) to conform to the facts;

or (3) to correct transcription errors.


PAGE_____  LINE_____          REASON FOR CHANGE_____

CHANGE_____      TO_____

PAGE_____  LINE_____          REASON FOR CHANGE_____

CHANGE_____      TO_____

PAGE_____  LINE_____          REASON FOR CHANGE_____

CHANGE_____      TO_____

PAGE_____  LINE_____          REASON FOR CHANGE_____

CHANGE_____      TO_____

PAGE_____  LINE_____          REASON FOR CHANGE_____

CHANGE_____      TO_____


_____
BRITTNEY MICHELLE WATKINS

Subscribed and sworn to before me

this _____ day of _____, 2025.


_____
Notary Public           My Commission Expires:

28

D E C L A R A T I O N

I, BRITTNEY MICHELLE WATKINS, do hereby certify that having been duly sworn to tell the truth, I gave the above testimony.

I FURTHER CERTIFY that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
BRITTNEY MICHELLE WATKINS

Subscribed and sworn to before me

this _____ day of _____, 2025.

_____
Notary Public            My Commission Expires:

C E R T I F I C A T I O N

I, JOSHUA B. EDWARDS, a Notary Public for and within the State of New York, do hereby certify:

That BRITTNEY MICHELLE WATKINS, whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of September 2025.

_____
JOSHUA B. EDWARDS
NY Association Certified Reporter
NY Realtime Certified Reporter
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
NCRA Certified Realtime Captioner
Notary Public of the State of
New York, Reg. No. 01ED0000628

I N D E X

WITNESS                    EXAMINATION BY                    PAGE

                           MR. CORNELL                       3


E X H I B I T S

EXHIBIT NO.     DESCRIPTION                              PAGE


Exhibit         Ms. Watkins's Chapter 7                  11
ECF-1           bankruptcy petition


Exhibit F       Court docket from Broome County,         18
                Binghamton, New York, Michael K.
                Reid, petitioner against Britney
                Watkins at 27 Winding Way,
                Apartment 1, Binghamton,
                New York 13901

# EXHIBIT R — AFFIDAVIT OF JONATHAN CORNELL RE INCOMPLETE RULE 2004 EXAMINATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re:                                                  :
                                                        :   Chapter 7
BRITTNEY MICHELLE WATKINS,                              :   Case No. 25-10264-lgb
                                                        :
                    Debtor.                             :
-------------------------------------------------------x

## AFFIDAVIT OF JONATHAN CORNELL REGARDING INCOMPLETE RULE 2004 EXAMINATION

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

JONATHAN CORNELL, being duly sworn, deposes and says:

1. I am a movant and creditor in the above-captioned bankruptcy case. I am over the age of eighteen (18) years and am competent to make this affidavit. The statements contained herein are made upon my personal knowledge and belief and, if called upon to testify, I would testify competently thereto.

2. Following extensive coordination between myself and Jeb Singer, Esq., counsel for the Debtor, a court ordered Rule 2004 examination of the Debtor Brittney Michelle Watkins and Examinee Dominick Franklin White was scheduled for Thursday, September 25, 2025, at 1:30 p.m. via Zoom videoconference.

3. Pursuant to this Court's Order Granting Emergency Motion for Alternative Service and Extension of Deadlines [ECF No. 42] (the "Alternative Service Order"), Federal Rule of Civil Procedure 45, and Federal Rule of Bankruptcy Procedure 9016, subpoenas for the Rule 2004 examination were properly issued and served upon both Examinees on September 2, 2025.

## EVENTS OF SEPTEMBER 25, 2025

4. On Thursday, September 25, 2025, at approximately 1:34 p.m., I began deposing Brittney Michelle Watkins pursuant to court orders. Dominick Franklin White did not appear. The examination was conducted via Zoom videoconference with Joshua Edwards serving as the court reporter.

5. At approximately 2:03 p.m., during my questioning of Ms. Watkins, she disconnected from the Zoom call without explanation.

6. I waited approximately ten (10) minutes to see if Ms. Watkins would return to continue her examination.

7. At approximately 2:13 p.m., I telephoned the offices of J. Singer Law Group, PLLC. The call rang unanswered and went to voicemail.

8. At approximately 2:14 p.m., I telephoned the mobile telephone of Elliot Segnini, paralegal at J. Singer Law Group, PLLC, who answered. I informed Mr. Segnini of my identity and that his firm's client, Ms. Watkins, had disconnected from the Zoom deposition that was currently underway. I asked him to contact Ms. Watkins and inquire whether she would be able to return to complete the deposition. Mr. Segnini informed me that he would reach out to Ms. Watkins and provide me with an update.

9. At approximately 2:30 p.m., I made a second telephone call to Mr. Segnini to follow up on the status of Ms. Watkins' return to the Zoom deposition. My call went to voicemail, and I left a voice message requesting that Mr. Segnini contact me regarding Ms. Watkins' intentions to continue her examination.

10. I remained on the Zoom call with court reporter Joshua Edwards until approximately 2:33pm, waiting for Ms. Watkins to return and continue her testimony.

11. Ms. Watkins did not reappear on the Zoom call, and I received no communication from Ms. Watkins or her attorney indicating any intention to continue the examination.

12. At approximately 2:33 p.m., I adjourned the deposition. Mr. Edwards and I agreed to keep both of our schedules available for the remainder of the afternoon in the event that Ms. Watkins returned to continue her testimony.

13. At approximately 6:25 p.m., having received no communication from Ms. Watkins or her counsel regarding continuation of the deposition, I notified Mr. Edwards that I was releasing him from the remainder of our scheduled time for that day.

14. Dominick Franklin White did not appear at any time during this deposition and to this date, I have not received any documents or communications from Mr. White.

15. As a result of Ms. Watkins' premature departure from the examination and Mr. White's failure to appear, I was unable to complete the questioning that I needed to conduct pursuant to the court's orders, which questioning is essential to my investigation of potential grounds for objection to the Debtor's discharge under 11 U.S.C. § 727 and complaints for determination of dischargeability under 11 U.S.C. § 523.

16. I make this affidavit to establish the record regarding Ms. Watkins' failure to complete her court-ordered Rule 2004 examination, Mr. White's failure to appear for his court-ordered Rule 2004 examination, and to preserve my rights to seek appropriate relief from this Court.

Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
Tel: (646) 374-8267
Email: cornell.jonathan@gmail.com

Sworn to before me this 27TH
27th day of September, 2025

On the 27th day of September in the year 2025, before me, the undersigned notary public, personally appeared Jonathan C. Cornell , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

NINA ANZA TRUGLIO, NOTARY
PUBLIC, STATE OF NEW YORK
#01AN6026713 QUALIFIED IN
NASSAU COUNTY EXP C/21/2027

# EXHIBIT S — ROBERT HALF SUBPOENA RESPONSE LETTER

25-01161-lgb   Doc 10-10   Filed 02/25/26   Entered 02/26/26 14:03:55   Exhibits O to V to Affidavit   Pg 66 of 99

**rh Robert Half®**

July 22, 2025

Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030

Via email: cornell.jonathan@gmail.com

**RE:Brittney Watkins**

To Whom It May Concern:

We have made a thorough search of our files and found no physical records dated between January 2023 to Present with the information provided pursuant to the Subpoena Duces Tecum or written authorization that we received for the above referenced employee.

Should you have any questions regarding the enclosed documents, please do not hesitate to contact me at  925-659-5535 or cosette.leung@roberthalf.com.

Please note that Robert Half uses CT Corporation as the registered agent of service. Please send future requests/subpoenas to your local CT Corporation office.

Sincerely,

*Cosette Leung*

Cosette Leung
Sr. HR Compliance Analyst
Robert Half Inc.
Enclosures

3001 Bishop Drive, Suite 140, San Ramon, CA 94583-9128
Tel: 925.913.1000  Fax: 866.368.0581  roberthalf.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 7
BRITTNEY MICHELLE WATKINS,                          :
                                                    :    Case No. 25-10264-lgb
                    Debtor.                          :
--------------------------------------------------------------x

## AFFIDAVIT OF CUSTODIAN OF RECORDS

I, __Margaret Asuncion_____, being duly sworn, depose and state:

1. I am the __Director, HR Compliance_____ of __Robert Half Inc._____
[Institution Name] and am duly authorized to make this affidavit on behalf of said institution.

2. I am the custodian of the records of __Robert Half Inc._____ [Institution
Name] or I am familiar with the manner in which such records are prepared and maintained.

3. The records described below are kept in the regular course of business of
__Robert Half Inc._____ [Institution Name], and it is the regular course of
business of said institution to make such records at or near the time of the events recorded or
from information transmitted by persons with knowledge of said events.

4. The attached records are true and complete copies of the records of
__Robert Half Inc._____ [Institution Name] for:

Account Holder(s)/Employee(s): __Brittney Watkins_____
Time Period: January 2023 to Present
Types of Records: __N/A._____

5. The records attached hereto are:
   □ Complete records for the specified time period
   □ Partial records (explain): _____
   ☒ No records exist for the specified account holder(s)/employee(s) and time period

6. These records were made at or near the time of the occurrence of the matters set forth by, or
from information transmitted by, a person with knowledge of those matters.

7. These records are kept in the course of a regularly conducted business activity of
__Robert Half Inc._____ [Institution Name].

8. It is the regular practice of __Robert Half Inc._____ [Institution Name] to
make such records.

9. The records are in the same condition as when made, except for any alterations made in the ordinary course of business.

10. I am authorized to provide these records in response to the subpoena dated _____, 2025.

DATED: _____

_____
Signature

  Margaret Asuncion_____
Print Name

  Director, HR Compliance_____
Title

  Robert Half Inc._____
Institution Name

STATE OF _____
COUNTY OF _____

On _____, before me, the undersigned notary public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
[Notary Seal]

*See Attached*

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Contra Costa_ }

On _July 23, 2025_ before me, _Jacqueline Gonzales Notary Public_
    Date                                Here Insert Name and Title of the Officer

personally appeared _Margaret Asuncion_
                                          Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JACQUELINE GONZALES
Notary Public · California
Contra Costa County
Commission # 2466949
My Comm. Expires Oct 17. 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

———————————— OPTIONAL ————————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

# EXHIBIT T — PETITION DATE TENANT LEDGER

# Tenant Ledger for 143 Admiral Ln

*As of February 24, 2026*

| Property: | 143 Admiral Ln | Rent: | $ 4,950.00 |
| | | Deposit: | $ 3,300.00 |
| Tenants: | Dominick F. White | Move-In: | 07/01/2023 |
| | Brittney M. Watkins | Lease Start: | 07/01/2024 |
| | | Lease Expires: | 03/27/2025 |
| | | Move-Out: | 03/28/2025 |

| Date | Name | Charges | Payments | Balance |
|---|---|---|---|---|
| 06/26/2023 | Atm Cash Deposit Nd Ave New York Ny | | 3,300.00 | (3,300.00) |
| 06/29/2023 | Online Transfer From Chk Transaction Xx | | 2,300.00 | (5,600.00) |
| 06/29/2023 | Deposit Id Number X | | 1,000.00 | (6,600.00) |
| 07/01/2023 | Rent for Jul 2023 | 3,300.00 | | (3,300.00) |
| 07/01/2023 | Security Deposit | 3,300.00 | | - |
| 08/01/2023 | Rent for Aug 2023 | 3,300.00 | | 3,300.00 |
| 08/07/2023 | Apartmentscom Apts White Stwjpgtk Id Xx | | 3,300.00 | - |
| 09/01/2023 | Rent for Sep 2023 | 3,300.00 | | 3,300.00 |
| 09/15/2023 | Online Transfer From Chk Transaction Xx | | 3,200.00 | 100.00 |
| 09/19/2023 | Online Transfer From Chk Transaction Xx | | 100.00 | - |
| 10/01/2023 | Rent for Oct 2023 | 3,300.00 | | 3,300.00 |
| 10/05/2023 | Late Fee | 50.00 | | 3,350.00 |
| 10/27/2023 | Online Transfer From Chk Transaction Xx | | 2,500.00 | 850.00 |
| 10/30/2023 | Online Transfer From Chk Transaction Xx | | 850.00 | - |
| 11/01/2023 | Rent for Nov 2023 | 3,300.00 | | 3,300.00 |
| 11/05/2023 | Late Fee | 50.00 | | 3,350.00 |
| 12/01/2023 | Rent for Dec 2023 | 3,300.00 | | 6,650.00 |
| 12/05/2023 | Late Fee | 50.00 | | 6,700.00 |
| 12/11/2023 | Apartmentscom Apts White Strvzedt Id Xx | | 3,300.00 | 3,400.00 |
| 12/26/2023 | Legal Fees - Process Server | 150.00 | | 3,550.00 |
| 01/01/2024 | Rent for Jan 2024 | 3,300.00 | | 6,850.00 |
| 01/05/2024 | Late Fee | 50.00 | | 6,900.00 |
| 01/25/2024 | Apartmentscom Apts White Stdgocdy Id Xx | | 3,300.00 | 3,600.00 |
| 02/01/2024 | Rent for Feb 2024 | 3,300.00 | | 6,900.00 |
| 02/05/2024 | Late Fee | 50.00 | | 6,950.00 |
| 03/01/2024 | Rent for Mar 2024 | 3,300.00 | | 10,250.00 |
| 03/05/2024 | Late Fee | 50.00 | | 10,300.00 |
| 04/01/2024 | Rent for Apr 2024 | 3,300.00 | | 13,600.00 |
| 04/05/2024 | Late Fee | 50.00 | | 13,650.00 |
| 05/01/2024 | Rent for May 2024 | 3,300.00 | | 16,950.00 |
| 05/06/2024 | Late fee | 50.00 | | 17,000.00 |
| 06/01/2024 | Rent for Jun 2024 | 3,300.00 | | 20,300.00 |
| 06/06/2024 | Late fee | 50.00 | | 20,350.00 |
| 07/01/2024 | Rent for Jul 2024 | 4,950.00 | | 25,300.00 |
| 07/06/2024 | Late Fee | 50.00 | | 25,350.00 |
| 08/01/2024 | Rent for Aug 2024 | 4,950.00 | | 30,300.00 |
| 08/06/2024 | Late Fee | 50.00 | | 30,350.00 |
| 09/01/2024 | Rent for Sep 2024 | 4,950.00 | | 35,300.00 |
| 09/06/2024 | Late Fee | 50.00 | | 35,350.00 |

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 10/01/2024 | Rent for Oct 2024 | 4,950.00 | | 40,300.00 |
| 10/06/2024 | Late Fee | 50.00 | | 40,350.00 |
| 11/01/2024 | Rent for Nov 2024 | 4,950.00 | | 45,300.00 |
| 11/06/2024 | Late Fee | 50.00 | | 45,350.00 |
| 11/12/2024 | Legal Fees - Attorney Fees | 600.00 | | 45,950.00 |
| 12/01/2024 | Rent for Dec 2024 | 4,950.00 | | 50,900.00 |
| 12/07/2024 | Late fee | 50.00 | | 50,950.00 |
| 01/01/2025 | Rent for Jan 2025 | 4,950.00 | | 55,900.00 |
| 01/07/2025 | Late Fee | 50.00 | | 55,950.00 |
| 01/08/2025 | Legal Fees - Attorney Fees | 1,350.00 | | 57,300.00 |
| 01/08/2025 | Legal Fees - Certified Deed for Holdover Inquest | 44.88 | | 57,344.88 |
| 01/26/2025 | Legal Fees - Holdover Court Apperances | 300.00 | | 57,644.88 |
| 02/01/2025 | Rent for Feb 2025 | 4,950.00 | | 62,594.88 |
| 02/06/2025 | Late fee | 50.00 | | 62,644.88 |
| **TOTALS** | | **$ 85,794.88** | **$ 23,150.00** | **$ 62,644.88** |

Report Created: February 24, 2026  8:15 PM PST
*Powered by Stessa*

Access your account:
*https://app.stessa.com*

# EXHIBIT U — REID V. WATKINS, LT-126012-20_BI

RECEIVED
BINGHAMTON CITY COURT
2020 SEP 21 AM 11: 59

DIY Form

STATE OF NEW YORK
CITY COURT OF BINGHAMTON
COUNTY OF BROOME

**Michael K. Reid**
      Petitioner/Landlord

    – against –

**Britney Watkins**
      Respondent/Tenant
      All rooms, Apt. 1
      27 Winding Way
      Binghamton, NY 13901

Index/Docket Nø. LT 126012-21(B)

Amended
**NOTICE OF PETITION**
Nonpayment

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming possession thereof:

PLEASE TAKE NOTICE that a hearing at which you must appear will be held at the City Court of Binghamton, County of Broome, located at Government Plaza, 38 Hawley Street, Binghamton, NY 13901 on the ___5th___ day of ___April___, 20 _21_, at _11:30_ (am)/pm, which prays for a final judgment of eviction, awarding to the petitioner the possession of premises designated and described as follows:

All rooms, Apt. 1, in premises known as and located at 27 Winding Way, Binghamton, NY 13901, County of Broome, and further granting to the petitioner such other and further relief as is demanded in the petition, which you must answer.

TAKE NOTICE also that demand is made in the petition herein for judgment against you, the respondent, for the sum of $2,385, with interest from December 1, 2019.

TAKE NOTICE that your answer, which may be made at the time of the hearing specified above, may set forth any defense or counterclaim you may have against the petitioner.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

Notice of Petition

Page 1 of 2

**Made using the NYS Courts FREE DIY Forms**

LT 126012-21(3i

DIY Form

TAKE NOTICE that your failure to appear and answer may result in final judgment by default for the petitioner in the amount demanded in the petition.

Dated: _3/24/21_
County of Broome, New York

_____
JUDGE/CLERK

Michael K. Reid
Petitioner

3121 Sarasota Ave.
Vestal, NY 13850

(607) 425-2585

RECEIVED
BINGHAMTON CITY COURT
2020 SEP 21 AM 11: 59

RECEIVED
BINGHAMTON CITY COURT

2020 SEP 21 AM 11: 59

DIY Form

STATE OF NEW YORK
CITY COURT OF BINGHAMTON
COUNTY OF BROOME

**Michael K. Reid**
       Petitioner/Landlord

  – against –

**Britney Watkins**
       Respondent/Tenant
       All rooms, Apt. 1
       27 Winding Way
       Binghamton, NY 13901

Index/Docket Nø. LT- 126012-21/Bi

**PETITION**
Nonpayment

The Petition of Michael K. Reid shows that:

1. Petitioner Michael K. Reid is the owner/landlord of the premises.

2. Respondent/tenant Britney Watkins is the tenant of the premises and entered into possession by written rental agreement made on or about March 1, 2019, between Respondent/tenant and Petitioner's predecessor, in which Respondent promised to pay $795 rent each month payable on the 1 day of the month.

3. The premises is described as follows: All rooms, Apt. 1, 27 Winding Way, Binghamton, New York 13901, which is located in jurisdiction of this Court, County of Broome.

4. Under the agreement the following rent was due to landlord from respondent/tenant:

       $ 795 - December 2019
       $ 795 - January 2020
       $ 795 - February 2020

5. Respondent/tenant has not paid, and the total rent owed is $ 2,385.

6. Respondent/tenant has been asked to pay the rent by written fourteen (14) day notice. A copy of the written notice and Affidavit of Service is attached.

7. Respondent/tenant continues in possession of the premises without petitioner's permission after failing to pay the rent.

Petition

**Made using the NYS Courts FREE DIY Forms**

LT-126012-21(8)

DIY Form

Petitioner requests final judgment: awarding possession of the premises to the petitioner/landlord; issuance of a warrant to remove respondent/tenant and respondents/undertenants from possession; judgment for rent in arrears against Respondent/tenant for $ 2,385; and costs and disbursements.

Dated: _____3/14/20_____          _____
                                                Michael K. Reid

**VERIFICATION**

STATE OF NEW YORK, COUNTY OF _____Broome_____ ss:  The petitioner, being duly sworn states: That deponent has read the petition, and the contents of the petition are true to deponent's own knowledge except as to those matters which are alleged on information and belief, and as to them deponent believes them to be true.

                                                _____
                                                Michael K. Reid

Sworn to before me this
___14th___ day of ___March___, 20__20__
_____
Notary Public

RECEIVED
BINGHAMTON CITY COURT
2020 SEP 21   AM 11: 59

JENNIFER L. BAHR
Notary Public, State of New York
No. 01BA6102180
Residing in Broome County
My Commission Expires November 24, __2023__

Petition

Made using the NYS Courts FREE DIY Forms

Page 2 of 2

LT- 126012-2161

# RENT DEMAND

February 25, 20 20

Re: Residential premises:
All rooms, Apt. 1
27 Winding Way
Binghamton, NY 13901

2020 SEP 21 AM 11:59
RECEIVED
BINGHAMTON CITY COURT

TO:    Britney Watkins
       All rooms, Apt. 1
       27 Winding Way
       Binghamton, NY 13901

and every person in possession of the premises.

Take notice that you owe rent for the following months:
       $ 795 - December 2019
       $ 795 - January 2020
       $ 795 - February 2020

The total rent now due is $ 2,385.

If you do not pay the total rent due on or before the expiration of fourteen days from the date of the service of this notice, or give possession of said premises to the landlord, the landlord will commence summary proceedings to evict you.

Dated: _____2/25/20_____

_____
Michael K. Reid

3121 Sarasota Ave
Vestal, NY 13850
(607) 425-2585

DIY Form

## AFFIDAVIT OF SERVICE RENT DEMAND
(Personal Delivery)

State of New York,

County of _Broome_

LT- 126012-21/Bi

_Cary Colasanto_ , being duly sworn, deposes and says:
Name of Server

I am 18 years or older and not a party to this action.

I reside at _501 Oak Hill Ave Endicott NY 13760_
Address of Server

At _4:09_ AM / PM, on _2/27/20_ in the County of _Broome_ , New York,
Time          Date                              County

I served the attached RENT DEMAND in this matter on _Britney Watkins_

by personally delivering the said RENT DEMAND to him/her at the following address:

_27 Winding Way apt 1 Binghamton NY 13901_
Address

Description of Individual Served in Person

Sex: _Female_          Color of Skin: _Brown_          Color of Hair: _black_

Approximate Age: _36_          Approximate Weight: _240_          Approximate Height: _5'7_

I am not a licensed process server.

_____
Signature of Deponent

Sworn to before me this _2_ day of _March_ , 20 _20_.

_____
Notary Public

**RACHEL M. GOSS**
Notary Public, State of New York
No. 01GO6335512
Residing in Broome County
My commission expires Jan. 11, 2024

RECEIVED
BINGHAMTON CITY COURT
2020 SEP 21  AM 11: 59

**Made using the NYS Courts FREE DIY Forms**

STATE OF NEW YORK
CITY COURT OF BINGHAMTON
COUNTY OF BROOME

**Michael K. Reid**
    Petitioner/Landlord

– against –

**Britney Watkins**
    Respondent/Tenant
    All rooms, Apt. 1
    27 Winding Way
    Binghamton, NY 1390$

AFFID...

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | | |
|---|---|---|
| Postage $ | $0.00 | 0700 15 |
| Certified Fee | $0.00 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.75 | 03/25/2021 |
| Total Postage & Fees $ | $4.35 | |

Sent To _Britney Watkins_
Street & Apt. No. or PO Box No. _27 Winding way apt 1_
City, State, ZIP+4 _Binghamton NY 13905_

PS Form 3800, July 2014      See Reverse for Instructions

---

State of New York, County of ___Broome___ ss:

___Cary Turner___, being duly s...
    *Name of Server*

I am 18 years or older and not a party to this action.

I reside at ___501 Oak Hill Ave Endicott NY 13760___
    *Address of Server*

At __11:40__ (AM)/ PM, on __3/25/21__ in the County of ___Broome___, New York,
  *Time*      *Date*        *County*

I served the attached NOTICE OF PETITION AND PETITION in this matter at _and all required hardship documents_

___27 Winding Way apt 1 1st floor Binghamton NY 13905___ by:
    *Address*

☐ a) delivering the NOTICE OF PETITION AND PETITION to:

_____, who was substituted for _____
*Name of person served*            *Name of Respondent served*

Description of Individual Substituted:

Sex: _____     Color of Skin: _____     Color of Hair: _____

Approximate Age: _____    Approximate Weight: _____   Approximate Height: _____

☒ b) affixing the NOTICE OF PETITION AND PETITION to a conspicuous part of the door or placing it under the

door

Previous attempts: __3/24/21__ at __4:30__ AM/(PM) and __3/25/21__ at __9:01__ (AM)/PM.
     *Date*    *Time*          *Date*    *Time*

A copy of the NOTICE OF PETITION AND PETITION was mailed to

___Britney Watkins___ at ___27 Winding Way apt 1 Binghamton NY 13905___
*Name of Respondent served*            *Address*

by certified and first class mail in an envelope marked personal and confidential on __3/25/21__, 2021.

I am not a licensed process server.

_____
*Signature of Deponent*

Sworn to before me this __25__ day of ___March___, 20_21_.

_____
*Notary Public*

MARY F. JACYNA
NO. 01JA4981660
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN BROOME COUNTY
MY COMMISSION EXPIRES 3/13/2023

2021 APR -5 PM 3: 27
RECEIVED BINGHAMTON CITY COURT

Affidavit of Service / Other than Personal Delivery
**Made using the NYS Courts FREE DIY Forms**

Page 1 of 1

STATE OF NEW YORK
CITY COURT OF BINGHAMTON
COUNTY OF BROOME

**Michael K. Reid**
          Petitioner/Landlord

– against –

**Britney Watkins**
          Respondent/Tenant
          All rooms, Apt. 1
          27 Winding Way
          Binghamton, NY 13901

AFFID...

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Binghamton NY 13905

| Certified Mail Fee | $3.60 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.75 |
| Total Postage and Fees | $4.35 |

Sent To _Britney watkins_
Street and Apt. No., or PO Box No. _27 winding way apt 1_
City, State, ZIP+4® _Binghamton NY 13901_

Postmark Here   VESTAL NY 13850   03/22/2021   VOID

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

State of New York, County of ___Broome___ ss:

___Cary Turner___, being duly sworn, ...
          Name of Server

I am 18 years or older and not a party to this action.

I reside at ___501 Oak Hill Ave___
                              Address of Server

At __7:22__ AM / (PM) on __3/20/21__ in the County of ___Broome___, New York,
      Time                    Date                          County

I served the attached NOTICE OF PETITION AND PETITION in this matter at _and all required hardship documents_

___27 Winding Way apt 1 1st Floor Binghamton Ny 13901___ by:
                              Address

☑ a) delivering the NOTICE OF PETITION AND PETITION to:

___Matilda Rivera___, who was substituted for ___Britney watkins___
      Name of person served                                    Name of Respondent served

Description of Individual Substituted:

Sex: _Female_          Color of Skin: _brown_          Color of Hair: _red_

Approximate Age: _15_     Approximate Weight: _95lb_   Approximate Height: _5'3_

☐ b) affixing the NOTICE OF PETITION AND PETITION to a conspicuous part of the door or placing it under the

door

Previous attempts: _____ at _____ AM/PM and _____ at _____ AM/PM.
                              Date              Time                        Date              Time

A copy of the NOTICE OF PETITION AND PETITION was mailed to

___Britney watkins___ at ___27 Winding Way apt 1 Binghamton,___
      Name of Respondent served                    Address                      NY 13901

by certified and first class mail in an envelope marked personal and confidential on ___3/22___, 20_21_.

I am not a licensed process server.

                                                          _[signature]_
                                                          Signature of Deponent

Sworn to before me this _22_ day of _March_, 20_21_.

_[signature]_
      Notary Public

MARY F. JACYNA
NO. 01JA4981660
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN BROOME COUNTY
MY COMMISSION EXPIRES _5/3/2023_

2021 APR -5 PM 3: 57
RECEIVED
BINGHAMTON CITY COURT

Affidavit of Service / Other than Personal Delivery
**Made using the NYS Courts FREE DIY Forms**

Page 1 of 1

DIY Form

STATE OF NEW YORK
CITY COURT OF BINGHAMTON
COUNTY OF BROOME

2020 SEP 21 AM 11: 5·

**Michael K. Reid**
    Petitioner/Landlord

  – against –

**Britney Watkins**
    Respondent/Tenant
    All rooms, Apt. 1
    27 Winding Way
    Binghamton, NY 13901

Index/Docket Nø. LT-126012-20 (8i

**NOTICE OF PETITION**
Nonpayment

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming possession thereof:

PLEASE TAKE NOTICE that a hearing at which you must appear will be held at the City Court of Binghamton, County of Broome, located at Government Plaza, 38 Hawley Street, Binghamton, NY 13901 on the ___ day of
_March_, 20 20 , at 9 00 am/pm, which prays for a final judgment of eviction, awarding to the petitioner the possession of premises designated and described as follows:

All rooms, Apt. 1, in premises known as and located at 27 Winding Way, Binghamton, NY 13901, County of Broome, and further granting to the petitioner such other and further relief as is demanded in the petition, which you must answer.

TAKE NOTICE also that demand is made in the petition herein for judgment against you, the respondent, for the sum of $2,385, with interest from December 1, 2019.

TAKE NOTICE that your answer, which may be made at the time of the hearing specified above, may set forth any defense or counterclaim you may have against the petitioner.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

Notice of Petition

**Made using the NYS Courts FREE DIY Forms**

Page 1 of 2

DIY Form

TAKE NOTICE that your failure to appear and answer may result in final judgment by default for the petitioner in the amount demanded in the petition.

Dated: _____
        County of Broome, New York


                                      _____
                                               JUDGE/CLERK

Michael K. Reid
Petitioner

3121 Sarasota Ave.
Vestal, NY 13850

(607) 425-2585

**Made using the NYS Courts FREE DIY Forms**

DIY Form

STATE OF NEW YORK
CITY COURT OF BINGHAMTON
COUNTY OF BROOME

2020 SEP 21  AM 11: 55

**Michael K. Reid**
      Petitioner/Landlord

  – against –

**Britney Watkins**
      Respondent/Tenant
      All rooms, Apt. 1
      27 Winding Way
      Binghamton, NY 13901

Index/Docket Nø. _____**126012**

**PETITION**
Nonpayment

The Petition of Michael K. Reid shows that:

1. Petitioner Michael K. Reid is the owner/landlord of the premises.

2. Respondent/tenant Britney Watkins is the tenant of the premises and entered into possession by written rental agreement made on or about March 1, 2019, between Respondent/tenant and Petitioner's predecessor, in which Respondent promised to pay $795 rent each month payable on the 1 day of the month.

3. The premises is described as follows: All rooms, Apt. 1, 27 Winding Way, Binghamton, New York 13901, which is located in jurisdiction of this Court, County of Broome.

4. Under the agreement the following rent was due to landlord from respondent/tenant:

    $ 795 - December 2019
    $ 795 - January 2020
    $ 795 - February 2020

5. Respondent/tenant has not paid, and the total rent owed is $ 2,385.

6. Respondent/tenant has been asked to pay the rent by written fourteen (14) day notice. A copy of the written notice and Affidavit of Service is attached.

7. Respondent/tenant continues in possession of the premises without petitioner's permission after failing to pay the rent.

Petition                                        Page 1 of 2
**Made using the NYS Courts FREE DIY Forms**

126012

DIY Form

Petitioner requests final judgment: awarding possession of the premises to the petitioner/landlord; issuance of a warrant to remove respondent/tenant and respondents/undertenants from possession; judgment for rent in arrears against Respondent/tenant for $ 2,385; and costs and disbursements.

Dated: __3/14/20__

_____
Michael K. Reid

## VERIFICATION

STATE OF NEW YORK, COUNTY OF ___Broome___ ss: The petitioner, being duly sworn states: That deponent has read the petition, and the contents of the petition are true to deponent's own knowledge except as to those matters which are alleged on information and belief, and as to them deponent believes them to be true.

_____
Michael K. Reid

Sworn to before me this
__14th__ day of __March__ , 20 __20__

_____
Notary Public

JENNIFER L. BAHR
Notary Public, State of New York
No. 01BA6102180
Residing in Broome County
My Commission Expires November 24, __2023__

Petition

**Made using the NYS Courts FREE DIY Forms**

Page 2 of 2

126012

# RENT DEMAND

_____February 25_____, 20 20

**Re:** Residential premises:
All rooms, Apt. 1
27 Winding Way
Binghamton, NY 13901

**TO:** Britney Watkins
All rooms, Apt. 1
27 Winding Way
Binghamton, NY 13901
and every person in possession of the premises.

Take notice that you owe rent for the following months:
$ 795 - December 2019
$ 795 - January 2020
$ 795 - February 2020

The total rent now due is $ 2,385.

    If you do not pay the total rent due on or before the expiration of fourteen days from the date of the service of this notice, or give possession of said premises to the landlord, the landlord will commence summary proceedings to evict you.

Dated: ___2/25/20___

Michael K. Reid

3121 Sarasota Ave
Vestal, NY 13850
(607) 425-2585

DIY Form

## AFFIDAVIT OF SERVICE RENT DEMAND
(Personal Delivery)

State of New York,

County of _Broome_                                                126012

_Cary Colasanto_ , being duly sworn, deposes and says:

I am 18 years or older and not a party to this action.

I reside at _501 Oak Hill Ave Endicott NY 13760_
_Address of Server_

At _4:09_ AM / PM, on _2/27/20_ in the County of _Broome_ , New York,
_Time_           _Date_           _County_

I served the attached RENT DEMAND in this matter on _Britney Watkins_

by personally delivering the said RENT DEMAND to him/her at the following address:

_27 Winding Way Apt 1 Binghamton NY 13901_
_Address_

Description of Individual Served in Person

Sex: _Female_          Color of Skin: _Brown_          Color of Hair: _black_

Approximate Age: _36_          Approximate Weight: _240_          Approximate Height: _5'7_

I am not a licensed process server.

_____
Signature of Deponent

Sworn to before me this _2_ day of _March_ , 20 _20_.

_____
Notary Public

**RACHEL M. GOSS**
Notary Public, State of New York
No. 01GO6335512
Residing in Broome County
My commission expires Jan. 11, 2024

2020 SEP 21 AM 11: 5~

Affidavit of Service / Personal Delivery                                Page 1 of 1
**Made using the NYS Courts FREE DIY Forms**

```
              BINGHAMTON CITY COURT
                RECEIPT # 310076

DATE: 07-21-2020  TIME: 11:39
CASE #: LT-126012-20/BI
RECEIVED FROM: MICHAEL K REID

1-SUMMARY PROCEEDING              45.00

TOTAL DUE:                        45.00
PAYMENTS:
  CASH                            50.00
AMOUNT TENDERED:                  50.00
CHANGE:                            5.00
OPERATOR: LL    REGISTER#: 2
```

Michael Reid v. Bri Hney Watkins

LT-126012-20131

Index Number (if known/applicable): LT-126012-2017

County and Court (if known/applicable): Broome county, Bin
Co

## TENANT'S DECLARATION OF HARDSHIP
## DURING THE COVID-19 PANDEMIC

I am a tenant, lawful occupant, or other person responsible for paying re
and occupancy, or any other financial obligation under a lease or tenancy agre
at (address of dwelling unit):

_____

**YOU MUST INDICATE BELOW YOUR QUALIFICATION FOR EVIC
PROTECTION BY SELECTING OPTION "A" OR "B", OR BOTH.**

☑ A. I am experiencing financial hardship, and I am unable to pay my
   other financial obligations under the lease in full or obtain alte
   suitable permanent housing because of one or more of the following

   1. Significant loss of household income during the COVID-19 pan

   2. Increase in necessary out-of-pocket expenses related to perf
      essential work or related to health impacts during the COVID-19 pa

   3. Childcare responsibilities or responsibilities to care for an
      disabled, or sick family member during the COVID-19 pandem
      negatively affected my ability or the ability of someone in my ho
      to obtain meaningful employment or earn income or increa
      necessary out-of-pocket expenses.

   4. Moving expenses and difficulty I have securing alternative
      make it a hardship for me to relocate to another residence du
      COVID-19 pandemic.

5. Other circumstances related to the COVID-19 pandemic have negatively affected my ability to obtain meaningful employment or earn income or have significantly reduced my household income or significantl increased my expenses.

To the extent that I have lost household income or had increased expenses, ar public assistance, including unemployment insurance, pandemic unemployme assistance, disability insurance, or paid family leave, that I have received since t start of the COVID-19 pandemic does not fully make up for my loss of househo income or increased expenses.

☐ B. Vacating the premises and moving into new permanent housing wo pose a significant health risk because I or one or more members of household have an increased risk for severe illness or death from COVID due to being over the age of sixty-five, having a disability or having underlying medical condition, which may include but is not limite being immunocompromised.

I understand that I must comply with all other lawful terms under my tena lease agreement or similar contract. I further understand that lawful fees, penalti interest for not having paid rent in full or met other financial obligations as req by my tenancy, lease agreement or similar contract may still be charged or coll and may result in a monetary judgment against me. I further understand tha landlord may be able to seek eviction after May 1, 2021, and that the law may pr certain protections at that time that are separate from those available throug declaration.

Signed: _____

Printed name: _Brittney Watkins

Date signed: _3-29-2021

**NOTICE:** You are signing and submitting this form under penalty of means it is against the law to make a statement on this form that you know



Binghamton City Court
City Hall Government Plaza
38 Hawley Street, 5th Floor
Binghamton, NY 13901

**Phone:** (607) 240-4272 ext:        **Fax:** (607) 240-5947

| | | |
|---|---|---|
| Carol A. Cocchiola | William C. Pelella | Daniel L. Seiden |
| City Court Judge | City Court Judge | City Court Judge |
| Jennifer L. B. Katz | | Marta L. Foster |
| Chief Clerk | | Deputy Chief Clerk |

February 1, 2022

Michael K. Reid
3121 Sarasota Avenue
Vestal, NY 13850

Britney Watkins
27 Winding Way, Apartment 1
Binghamton, NY 13901

## RE: LT-126012-20/BI

**Michael K. Reid**

                                        **Petitioner(s)**

        **–against–**
**Britney Watkins**

                                        **Respondent(s)**

Dear Litigants:

The above matter, which was previously scheduled for a hearing in Binghamton City Court, was stayed due to the filing of a Hardship Declaration by the Respondents. The law that provided for the stay based on an alleged hardship by the Respondent is no longer in effect and the stay has been lifted.

**PLEASE BE ON NOTICE** that this matter has been scheduled for a hearing on **Thursday, February 17th, 2022 at 10:00 A.M.**

**Your attendance is required at this hearing, or the Petitioner may receive the relief requested in the petition**.

Please check in at the Civil Window so that we may direct you to the proper court room. Regardless of your vaccination status, a face covering that completely covers your nose and mouth is required to be worn at all times. Please do not bring people who are not parties to this action, to keep the number of people in the courtroom at a minimum.

If you have any questions, contact the Binghamton City Court Civil Unit at 607-240-4273.

Regards,


Samantha Holecek, Clerical Assistant

# EXHIBIT V — AFFIDAVIT OF MICHAEL K. REID

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                                       :
                                                             :   Chapter 7
BRITTNEY MICHELLE WATKINS,                                   :   Case No. 25-10264-lgb
                                                             :
              Debtor.                                        :
-------------------------------------------------------------x

### AFFIDAVIT OF MICHAEL K. REID IN SUPPORT
### OF OBJECTION TO DISCHARGE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF BROOME      )

I, Michael K. Reid, being duly sworn, depose and state as follows:

1.  I am over the age of 18 years and am competent to make this affidavit. I have personal knowledge of the facts set forth herein and am competent to testify to such facts if called as a witness.

2.  I submit this affidavit in support of creditor Jonathan Cornell's objection to discharge and determination of dischargeability proceedings in the above-captioned case.

3.  On January 30, 2020, I purchased the property located at 27 Winding Way, Binghamton, NY 13905 (the "Binghamton Property").

4.  At the time of my acquisition, Brittney Michelle Watkins was residing in Apartment 1 of the Binghamton Property as a tenant under a pre-existing lease arrangement.

5.  Upon acquiring the property, Ms. Watkins was approximately two months past due on rent payments, owing approximately $1,590 at $795 per month.

6.  Prior to closing, I had multiple conversations with Ms. Watkins regarding her rental obligations. She expressed intention to continue paying rent and to cure the existing arrears.

7. We agreed to a payment arrangement whereby Ms. Watkins would make weekly payments with the expectation of becoming current within six months.

8. Despite our agreement, Ms. Watkins immediately defaulted on the payment arrangement and made clear she had no intention of paying rent.

9. When confronted about non-payment, Ms. Watkins stated words to the effect that "there was nothing I could do to make her pay and nothing I could do to get her out."

10. According to the court petition filed in Binghamton City Court, Ms. Watkins entered into possession of the premises by written rental agreement made on or about March 1, 2019, in which she promised to pay $795 rent each month payable on the 1st day of the month.

11. As documented in the court petition, the following rent was due to me from Ms. Watkins:

   o $795 - December 2019

   o $795 - January 2020

   o $795 - February 2020

12. The petition shows that Ms. Watkins had not paid the total rent owed of $2,385 and had been asked to pay the rent by written fourteen (14) day notice.

13. I commenced eviction proceedings against Ms. Watkins in Binghamton City Court, County of Broome, under Index No. LT-126012-20/BI, with an initial court date scheduled for March 26, 2020. Due to COVID-19 court closures beginning March 21, 2020, the case was delayed for approximately nine months.

14. During this period, the court reached out several times to confirm I still wanted to proceed with the eviction, and discussed virtual hearings, but my case was never heard.

15. I attempted to work out additional payment arrangements with Ms. Watkins during this period. She refused to pay anything.

16. Ms. Watkins filed a Hardship Declaration with Binghamton City Court that caused the eviction proceedings to be stayed under applicable COVID-19 relief laws.

17. On February 1, 2022, Binghamton City Court notified the parties that the law providing for the stay based on an alleged hardship was no longer in effect and the stay had been lifted.

18. The court rescheduled the eviction proceeding for hearing on Thursday, February 17, 2022 at 10:00 A.M.

19. In January 2021, New York State implemented the Emergency Rental Assistance Program (ERAP). When I informed Ms. Watkins of this program, she refused to apply.

20. By this time, Ms. Watkins owed fourteen months of rent totaling $11,130, not including late fees.

21. When I explained that ERAP could help pay her back rent, Ms. Watkins stated words to the effect that I "couldn't make her apply" and "she didn't have to, so it wasn't her problem."

22. In approximately March 2021, Ms. Watkins relocated to New York City but refused to relinquish possession of the Binghamton Property.

23. Between March and May 2021, Ms. Watkins returned periodically to the Binghamton Property to remove personal belongings while maintaining possession to prevent me from re-renting the unit.

24. When questioned about her continued possession after moving out, Ms. Watkins claimed she maintained the apartment "simply because she had no way to move her stuff."

25. Despite claiming inability to pay rent, Ms. Watkins demonstrated financial resources by maintaining the cost of relocating to New York City and returning multiple times to Binghamton for personal belongings.

26. I ultimately reached an agreement with Ms. Watkins whereby she would submit an ERAP application in exchange for my providing and paying for a moving truck to relocate her belongings to New York City.

27. On June 6, 2021, Ms. Watkins submitted the ERAP application, and I personally loaded and transported her belongings to 1719 Gates Avenue, Ridgewood, NY 11385.

28. The fact that her ERAP application was approved for $9,500 demonstrated that she had been eligible for assistance throughout the entire period of non-payment but had deliberately refused to apply.

29. Ms. Watkins' total unpaid rent balance upon my regaining possession was $15,105, representing 19 months of unpaid rent at $795 per month.

30. In December 2021, I received $9,500 in ERAP funds on Ms. Watkins' behalf, leaving an unpaid balance of $5,605 which remains uncollected and constitutes a total loss to me.

31. Based on my direct experience, Ms. Watkins demonstrated a pattern of:

    a. Making false representations about intent to pay rent and honor lease obligations

    b. Strategic default on payment obligations despite having access to relief programs

    c. Deliberately refusing to cooperate with legitimate collection efforts and available assistance programs

    d. Using possession of property as leverage against landlords after abandoning the premises

e.  Making statements indicating knowledge that landlords have limited immediate remedies during eviction moratoriums

f.  Filing strategic hardship declarations to delay eviction proceedings while maintaining no intention to pay rent

WHEREFORE, I respectfully submit this affidavit based on my personal knowledge and direct experience with Ms. Watkins' conduct as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9/10_____, 2025, at Binghamton, New York.

_____
Michael K. Reid

Sworn to before me this _9_ day of September 2025

_____
Notary Public

DONNA BENJAMIN
Notary Public, State of New York
Registration No. 01BE0018561
Qualified in Broome County
My Commission Expires 12/12/2027