```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                         :
                                                               :     Chapter 7
BRITTNEY MICHELLE WATKINS,                                     :     Case No. 25-10264-lgb
                                                               :
                       Debtor.                                 :
---------------------------------------------------------------x
                                                               :
JONATHAN CORNELL,                                              :
                                                               :
                       Plaintiff,                              :     Adv. Pro. No. 25-01161-lgb
                                                               :
       -against-                                               :
                                                               :
BRITTNEY MICHELLE WATKINS,                                     :
                                                               :
                       Defendant.                              :
---------------------------------------------------------------x
```

**NOTICE OF HEARING REGARDING
MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that on February 25, 2026, Plaintiff Jonathan Cornell, appearing pro se, filed a Motion for Default Judgment (the "Motion"), together with the accompanying Memorandum of Law in Support of Motion for Default Judgment, the Affidavit of Jonathan Cornell with Exhibits, and a Proposed Default Judgment. The Motion is made pursuant to Federal Rule of Civil Procedure 55(b)(2), as incorporated by Federal Rule of Bankruptcy Procedure 7055, and Local Bankruptcy Rule 7055-2, and seeks entry of a default judgment against Defendant Brittney Michelle Watkins.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **March 12, 2026 at 10:00 a.m. (Eastern Time)**, as directed by the Order to Show Cause [ECF No. 8] entered by this Court on February 18, 2026. The hearing will be conducted via Zoom for Government. Instructions for

appearing via Zoom can be found on the Court's website at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.[1]

**PLEASE TAKE FURTHER NOTICE** that the hearing on this Motion has been consolidated with a hearing on the Order to Show Cause [ECF No. 8], entered by this Court on February 18, 2026, directing the Defendant and counsel for the Defendant to appear and show cause as to why the Clerk's Entry of Default [ECF No. 5] should not remain in effect.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, and must be electronically filed with proof of service upon the undersigned no later than **seven (7) days** before the date of the hearing, i.e., by **March 5, 2026**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 7055-2(b), the following documents are appended to or filed concurrently with this Motion: (i) the Clerk's Entry of Default [ECF No. 5]; (ii) a copy of the Complaint [ECF No. 1]; (iii) a Proposed Form of Default Judgment; and (iv) proof of service.

Dated: February 25, 2026
Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, New York 11030
(646) 374-8267
cornell.jonathan@gmail.com

---

[1] Any party appearing at, listening to or observing the Hearing must make an electronic appearance, an eCourt appearance, by using the eCourt appearance portal located on the Court's website at http://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time the business day before the hearing.