```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              :
                                                    :       Chapter 7
BRITTNEY MICHELLE WATKINS,                          :       Case No. 25-10264-lgb
                                                    :
               Debtor.                              :
-----------------------------------------------------------x
                                                    :
JONATHAN CORNELL,                                   :
                                                    :
                       Plaintiff,                   :       Adv. Pro. No. 25-01161-lgb
                                                    :
       -against-                                    :
                                                    :
BRITTNEY MICHELLE WATKINS,                          :
                                                    :
                       Defendant.                   :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on February 25, 2026, pursuant to Fed. R. Bankr. P. 7005, 7004(g), and Fed. R. Civ. P. 5(b), I caused a true and correct copy of the following documents to be served upon the parties listed below by the methods indicated:

1. Notice of Hearing Regarding Motion for Default Judgment

2. Order to Show Cause [ECF No. 8]

3. Motion for Default Judgment (with Exhibits A through D)

4. Proposed Default Judgment

5. Memorandum of Law in Support of Plaintiff's Motion for Default Judgment

6. Affidavit of Jonathan Cornell in Support of Plaintiff's Motion for Default Judgment (with Exhibits A through V)

**SERVICE BY EMAIL AND PRIORITY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

1

**BRITTNEY MICHELLE WATKINS**
Defendant / Debtor
2930 Wilson Ave
Apt 1
Bronx, NY 10469
Brittneymwatkins004@gmail.com
USPS Tracking No.: 9502 6066 9306 6056 8853 23

**JEB SINGER, ESQ.**
**J. SINGER LAW GROUP, PLLC**
Attorney for Debtor (served pursuant to Order to Show Cause [ECF No. 8])
One Liberty Street
Suite 2327
New York, NY 10006
jsinger@jsingerlawgroup.com
USPS Tracking No.: 9502 6066 9306 6056 8853 47

**ALAN NISSELSON, ESQ.**
**WINDELS MARX LANE & MITTENDORF, LLP**
Chapter 7 Trustee
156 West 56th Street
22nd Floor
New York, NY 10019
anisselson@windelsmarx.com
USPS Tracking No.: 9502 6066 9306 6056 8853 61

**OFFICE OF THE UNITED STATES TRUSTEE**
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004
US1PRegion02.NYECF@usdoj.gov
USPS Tracking No.: 9502 6066 9306 6056 8853 85

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2026
Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646) 374-8267

2