deUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 7
BRITTNEY MICHELLE WATKINS,                                  :
                                                            :    Case No. 25-10264-lgb
                                   Debtor.                  :
------------------------------------------------------------x
                                                            :
JONATHAN CORNELL,                                           :    Adv. Proc. No. 25-01161
                         *Plaintiff*,                       :
                                                            :
                   v.                                       :
                                                            :
BRITTNEY MICHELLE WATKINS,                                  :
                         *Defendant*.                       :
------------------------------------------------------------x

## SCHEDULING ORDER REGARDING MOTION FOR DEFAULT JUDGMENT

**WHEREAS**, on December 29, 2025, a complaint [ECF 1][1] (the "Complaint") was filed by Jonathan Cornell, a creditor and party-in-interest in the above-captioned case; and

**WHEREAS**, on January 6, 2026, Mr. Cornell served the Complaint and the Summons with Notice of Pre-Trial Conference on, *inter alia*, Brittney Michelle Watkins (the "Defendant") and the Debtor's counsel [ECF 3]; and

**WHEREAS**, on February 3, 2026, Mr. Cornell filed the Request for Clerk's Entry of Default [ECF 4] and the Clerk entered default against the Defendant because the "[D]efendant failed to plead or otherwise defend in this case as required by law" [ECF 5] (the "Entry of Default"); and

**WHEREAS**, on February 25, 2026, Mr. Cornell filed and served a Motion for Default Judgment [ECF 11] and a supporting Memorandum of Law [ECF 12] (together, the "Motion"); and

---

[1] All ECF references shall correspond to the docket of the instant adversary proceeding.

**WHEREAS**, on March 12, 2026, the Court held a hearing and pre-trial conference (the "Hearing") regarding Mr. Cornell's unopposed Motion, at which the Defendant and Mr. Cornell appeared; and

**WHEREAS**, at the Hearing, the Defendant requested that the Court (i) adjourn the Hearing and (ii) extend the deadline to respond to the Motion to March 26, 2026, and Mr. Cornell consented to the Defendant's request; and

**WHEREAS**, after due deliberation, and upon the record of the Hearing, the Court finds it prudent to issue the instant Order to establish procedures regarding the Motion and set deadlines thereon.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that the deadline for the Defendant to file an objection to the Motion is extended to no later than **5 PM (EST) on March 26, 2026 (the "Deadline")**; and it is further

**ORDERED**, that any such objection must be in the form of a pleading in conformance with the Federal Rules of Civil Procedure, the Bankruptcy Rules and the Local Bankruptcy Rules; and it is further

**ORDERED**, that, if the Defendant does not file an objection by the Deadline, the Court shall grant the Motion without holding another hearing; and it is further

**ORDERED**, that, if the Defendant files an objection in the form of a pleading in conformance with the Federal Rules of Civil Procedure, the Bankruptcy Rules and the Local Bankruptcy Rules by the Deadline, any reply by Mr. Cornell shall be filed by no later than **5 PM (EST) on April 17, 2026**, and a hearing shall be held, via Zoom for Government, at **10 AM (EST) on April 30, 2026**, at which the Court shall consider the Motion, the Defendant's objection and any reply from Mr. Cornell; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters related to or arising out of the implementation and execution of this Order.

Dated: New York, New York
      March 13, 2026

                                        */s/ Lisa G. Beckerman*
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE