# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 3/13/2026 |
| Case: 25−01161−lgb | Form ID: pdf001 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Jeb Singer    jsinger@jsingerlawgroup.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Jonathan Cornell    120 Bourndale Road North    Manhasset, NY 11030
dft    Brittney Michelle Watkins    143 Admiral Lane    Bronx, NY 10473
ust    United States Trustee    Office of the United States Trustee − NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408

TOTAL: 3