deUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 7
BRITTNEY MICHELLE WATKINS,                                  :
                                                            :    Case No. 25-10264-lgb
                            Debtor.                         :
------------------------------------------------------------x
                                                            :
JONATHAN CORNELL,                                           :    Adv. Proc. No. 25-01161
                    *Plaintiff*,                            :
                                                            :
            *v.*                                            :
                                                            :
BRITTNEY MICHELLE WATKINS,                                  :
                    *Defendant.*                            :
------------------------------------------------------------x

## SCHEDULING ORDER REGARDING MOTION FOR DEFAULT JUDGMENT

**WHEREAS**, on December 29, 2025, a complaint [ECF 1][1] (the "Complaint") was filed by Jonathan Cornell, a creditor and party-in-interest in the above-captioned case; and

**WHEREAS**, on January 6, 2026, Mr. Cornell served the Complaint and the Summons with Notice of Pre-Trial Conference on, *inter alia*, Brittney Michelle Watkins (the "Defendant") and the Debtor's counsel [ECF 3]; and

**WHEREAS**, on February 3, 2026, Mr. Cornell filed the Request for Clerk's Entry of Default [ECF 4] and the Clerk entered default against the Defendant because the "[D]efendant failed to plead or otherwise defend in this case as required by law" [ECF 5] (the "Entry of Default"); and

**WHEREAS**, on February 25, 2026, Mr. Cornell filed and served a Motion for Default Judgment [ECF 11] and a supporting Memorandum of Law [ECF 12] (together, the "Motion"); and

---

[1] All ECF references shall correspond to the docket of the instant adversary proceeding.

**WHEREAS**, on March 12, 2026, the Court held a hearing and pre-trial conference (the "Hearing") regarding Mr. Cornell's unopposed Motion, at which the Defendant and Mr. Cornell appeared; and

**WHEREAS**, at the Hearing, the Defendant requested that the Court (i) adjourn the Hearing and (ii) extend the deadline to respond to the Motion to March 26, 2026, and Mr. Cornell consented to the Defendant's request; and

**WHEREAS**, after due deliberation, and upon the record of the Hearing, the Court finds it prudent to issue the instant Order to establish procedures regarding the Motion and set deadlines thereon.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that the deadline for the Defendant to file an objection to the Motion is extended to no later than **5 PM (EST) on March 26, 2026 (the "Deadline")**; and it is further

**ORDERED**, that any such objection must be in the form of a pleading in conformance with the Federal Rules of Civil Procedure, the Bankruptcy Rules and the Local Bankruptcy Rules; and it is further

**ORDERED**, that, if the Defendant does not file an objection by the Deadline, the Court shall grant the Motion without holding another hearing; and it is further

**ORDERED**, that, if the Defendant files an objection in the form of a pleading in conformance with the Federal Rules of Civil Procedure, the Bankruptcy Rules and the Local Bankruptcy Rules by the Deadline, any reply by Mr. Cornell shall be filed by no later than **5 PM (EST) on April 17, 2026**, and a hearing shall be held, via Zoom for Government, at **10 AM (EST) on April 30, 2026**, at which the Court shall consider the Motion, the Defendant's objection and any reply from Mr. Cornell; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters related to or arising out of the implementation and execution of this Order.

Dated: New York, New York
      March 13, 2026

                                            */s/ Lisa G. Beckerman*
                                            HONORABLE LISA G. BECKERMAN
                                            UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of New York

Cornell,
    Plaintiff

Watkins,
    Defendant

Adv. Proc. No. 25-01161-lgb

# CERTIFICATE OF NOTICE

District/off: 0208-1     User: admin     Page 1 of 2
Date Rcvd: Mar 13, 2026     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Brittney Michelle Watkins, 143 Admiral Lane, Bronx, NY 10473-2445 |
| pla | + Jonathan Cornell, 120 Bourndale Road North, Manhasset, NY 11030-1938 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Mar 13 2026 19:05:59 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeb Singer | on behalf of Defendant Brittney Michelle Watkins jsinger@jsingerlawgroup.com jebsinger@gmail.com |

District/off: 0208-1 User: admin Page 2 of 2
Date Rcvd: Mar 13, 2026 Form ID: pdf001 Total Noticed: 3

TOTAL: 1