UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Brittney Michelle Watkins
Case No. 25-10264

Jonathan Cornell, Plaintiff
v.
Brittney Michelle Watkins, Defendant

**ANSWER TO COMPLAINT**

I, Brittney Michelle Watkins, respectfully submit this Answer to the Complaint:

1. Defendant acknowledges receipt of the Complaint but did not fully understand the legal nature and significance of the documents at the time they were received.

2. Defendant did not intentionally fail to respond to the proceedings. Defendant was not properly informed or guided by prior counsel regarding deadlines or required actions and is currently seeking new legal representation.

3. Defendant acknowledges that concerns have been raised regarding documentation submitted during the rental application process. Defendant states that any inaccuracies were not made with intent to deceive but occurred during a period of personal and financial hardship and with reliance on assistance from others.

4. Defendant did not fully understand the seriousness of the Rule 2004 examination and left the Zoom proceeding due to fear and lack of preparation, not with intent to evade the process.

5. To the extent there were any omissions or inaccuracies in Defendant's bankruptcy filings, such issues were not made with fraudulent intent but were the result of confusion, misunderstanding, and lack of proper legal guidance.

6. Defendant respectfully requests the opportunity to fully participate in this case, respond to the allegations in detail, and proceed on the merits.

7. Defendant respectfully requests that the Court deny entry of default judgment and allow this matter to be decided fairly.

WHEREFORE, Defendant respectfully requests that the Court deny Plaintiff's request for default judgment and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Brittney Michelle Watkins
Pro Se Defendant