UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                          :

                                :       Chapter 7

BRITTNEY MICHELLE WATKINS,   :

                                :       Case No. 25-10264-lgb

                  Debtor     :

------------------------------------------------------------x

                                :

JONATHAN CORNELL,          :       Adv. Proc. No. 25-01161-lgb

                                :

                 *Plaintiff*,     :

                                :

                 *v.*             :

                                :

BRITTNEY MICHELLE WATKINS,   :

                                :

                 *Defendant*.   :

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Jonathan Cornell, hereby certify that on April 14, 2026, pursuant to Fed. R. Bankr. P.

7005 and Fed. R. Civ. P. 5(b), I caused a true and correct copy of Plaintiff's Reply in Further

Support of Motion for Default Judgment to be served upon the parties listed below by the

methods indicated:

**SERVICE BY EMAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

**BRITTNEY MICHELLE WATKINS**
Defendant / Debtor
2930 Wilson Ave
Apt 1
Bronx, NY 10469
Brittneymwatkins004@gmail.com
USPS Tracking No.: 9589 0710 5270 2995 2598 42

**ALAN NISSELSON, ESQ.**
**WINDELS MARX LANE & MITTENDORF, LLP**
Chapter 7 Trustee
156 West 56th Street
22nd Floor

1

New York, NY 10019
anisselson@windelsmarx.com
USPS Tracking No.: 9589 0710 5270 2995 2598 59

**OFFICE OF THE UNITED STATES TRUSTEE**
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004
USTPRegion02.NYECF@usdoj.gov
USPS Tracking No.: 9589 0710 5270 2995 2598 35

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2026
        Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646) 374-8267