UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :
                                                    :          Chapter 7
BRITTNEY MICHELLE WATKINS,                          :
                                                    :          Case No. 25-10264-lgb
                              Debtor                :
-------------------------------------------------------------x
                                                    :
JONATHAN CORNELL,                                   :          Adv. Proc. No. 25-01161-lgb
                                                    :
                              *Plaintiff*,          :
                                                    :
              *v.*                                  :
                                                    :
BRITTNEY MICHELLE WATKINS,                          :
                                                    :
                              *Defendant*.          :
-------------------------------------------------------------x

**DECLARATION OF JONATHAN CORNELL PURSUANT TO LOCAL BANKRUPTCY**

**RULE 7055-1 FOR THE ISSUANCE OF A RENEWED CERTIFICATE OF DEFAULT**

Jonathan Cornell, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Plaintiff in the above-captioned adversary proceeding and appear pro se. I submit this declaration pursuant to Local Bankruptcy Rule 7055-1 in support of my request that the Clerk of the Court issue a renewed Certificate of Default against Defendant Brittney Michelle Watkins ("Defendant").

2. Defendant is not an infant or an incompetent person. Pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, I conducted a search of the Defense Manpower Data Center (DMDC) database on June 2, 2026, which confirmed that Defendant is not currently on active-duty military service in any branch of the United States Armed

1

Forces. A true and correct copy of the SCRA Status Report is annexed hereto as Exhibit A.

3. On January 6, 2026, Plaintiff served the Summons and Complaint upon Defendant by First Class Mail and Certified Mail, Return Receipt Requested, and upon Defendant's counsel of record in the main bankruptcy case, Jeb Singer, Esq., by Certified Mail and email, in accordance with Federal Rules of Bankruptcy Procedure 7004(b)(1) and 7004(g). Proof of service was filed with this Court [ECF No. 3].

4. On May 4, 2026, this Court entered its Order Vacating Entry of Default [ECF No. 20] (the "Order"), which directed Defendant to file a conforming answer to the Complaint by June 1, 2026, and expressly provided that if Defendant failed to do so, "the Plaintiff may seek a default and a default judgment pursuant to Federal Rule of Civil Procedure 55, as incorporated by Bankruptcy Rule 7055." A true and correct copy of the Order is annexed hereto as Exhibit B.

5. The June 1, 2026 deadline has passed. Defendant has not filed an answer, motion, or any other responsive pleading with this Court. Plaintiff reviewed the docket of this Adversary Proceeding on the morning of June 2, 2026, and confirmed that no filing by Defendant appears subsequent to ECF No. 20. Defendant has thus failed to plead or otherwise defend this action within the time prescribed by this Court's Order.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk of this Court issue a Certificate of Default against Defendant Brittney Michelle Watkins pursuant to Federal Rule of Bankruptcy Procedure 7055, Federal Rule of Civil Procedure 55(a), and Local Bankruptcy Rule 7055-1.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 2, 2026
          Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, NY 11030
(646) 374-8267
cornell.jonathan@gmail.com


**EXHIBITS**

Exhibit A: SCRA Status Report, Defense Manpower Data Center, dated June 2, 2026

Exhibit B: Order Vacating Entry of Default Against Defendant [Adv. Pro. ECF No. 20], entered May 4, 2026