# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Brittney Michelle Watkins

Bankruptcy Case No.: 25–10264–lgb

Jonathan Cornell

Plaintiff(s),

–against–

Adversary Proceeding No. 25–01161–lgb

Brittney Michelle Watkins

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Brittney Michelle Watkins |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 6/16/26

Vito Genna

*Clerk of the Court*

By: /s/  Mary Lopez

*Deputy Clerk*