# Notice Recipients

District/Off: 0208−1      User: admin      Date Created: 6/16/2026

Case: 25−01161−lgb      Form ID: clkdflt      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | Brittney Michelle Watkins | 143 Admiral Lane | | Bronx, NY 10473 |
| intp | Brittney Michelle Watkins | 2930 Wilson Avenue | Apt 1 | Bronx, NY 10469 |

TOTAL: 2