# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Brittney Michelle Watkins

Bankruptcy Case No.: 25–10264–lgb

Jonathan Cornell

Plaintiff(s),

–against–

Adversary Proceeding No. 25–01161–lgb

Brittney Michelle Watkins

Defendant(s)

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Brittney Michelle Watkins |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 6/16/26

Vito Genna
_____

*Clerk of the Court*

By: /s/  Mary Lopez
_____

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Cornell,

    Plaintiff

Watkins,

    Defendant

Adv. Proc. No. 25-01161-lgb

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: clkdflt | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Brittney Michelle Watkins, 143 Admiral Lane, Bronx, NY 10473-2445 |
| intp | + | Brittney Michelle Watkins, 2930 Wilson Avenue, Apt 1, Bronx, NY 10469-5207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026        Signature:    /s/Gustava Winters