UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                    :

                                                          :    Chapter 7

BRITTNEY MICHELLE WATKINS,                                :

                                                          :    Case No. 25-10264-lgb

                              Debtor.                     :

---------------------------------------------------------------x

JONATHAN CORNELL,                                         :

                                                          :

                              Plaintiff,                  :

     -against-                                            :

                                                          :    Adv. Pro. No. 25-01161-lgb

 BRITTNEY MICHELLE WATKINS,                               :

                                                          :

                              Defendants.                 :

---------------------------------------------------------------x

## ORDER VACATING ENTRY OF DEFAULT [ECF NO. 5] AGAINST DEFENDANT

**WHEREAS**, on December 29, 2025, Jonathan Cornell (the "Plaintiff") filed a Complaint

[ECF No. 1] initiating this adversary proceeding; and

**WHEREAS**, on January 6, 2026, the Plaintiff served upon Brittney M. Watkins (the

"Defendant") the Summons and Notice of Pretrial Conference in an Adversary Proceeding dated

January 2, 2026 [ECF No. 2] (the "Summons") and Complaint; and

**WHEREAS**, on February 3, 2026, the Plaintiff filed an Affidavit Pursuant to Local

Bankruptcy Rule 7055-1 for the Issuance of a Certificate of Default [ECF No. 4], as the

Defendant had failed to answer or otherwise respond to the Complaint within thirty (30) days

after the Summons was issued; and

**WHEREAS**, on February 3, 2026, the Clerk of the Court entered a default against the

Defendant pursuant to Bankruptcy Rule 7055 [ECF No. 5] (the "Entry of Default"); and

**WHEREAS**, on February 25, 2026, The Plaintiff filed a Motion for Default Judgment

[ECF No. 11] and a supporting Memorandum of Law [ECF No. 12] (together, the "Motion")

pursuant to Federal Rule of Civil Procedure 55(b)(2), as incorporated by Bankruptcy Rule 7055, requesting entry of a default judgment against the Defendant; and

**WHEREAS**, on March 12, 2026, the Court held a hearing (the "First Hearing") regarding the Motion, at which the Plaintiff and Defendant appeared;

**WHEREAS**, at the First Hearing, the Defendant requested an adjournment of the hearing and an extension of time to respond to the Motion to March 26, 2026; and

**WHEREAS**, the Court granted the Defendant's requests and entered an order scheduling an adjourned hearing on the Motion for April 30, 2026 [ECF No. 14]; and

**WHEREAS**, on March 25, 2026, the Defendant filed an objection to the Motion (the "Objection"); and

**WHEREAS**, on April 14, 2026, the Plaintiff filed a reply in further support of the Motion [ECF No. 18]; and

**WHEREAS**, on April 30, 2026, the Court held a hearing (the "Second Hearing") regarding the Motion; and

**WHEREAS**, for the reasons stated on the record at the Second Hearing;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Entry of Default is vacated pursuant to Federal Rule of Civil Procedure 55(c), as incorporated by Bankruptcy Rule 7055, to the extent provided herein; and it is further

**ORDERED**, that the Defendant shall file an answer to the Complaint (the "Answer"), in full compliance with the Federal Rules of Civil Procedure, the Bankruptcy Rules, and the Local Bankruptcy Rules, by **June 1, 2026**; and it is further

**ORDERED**, that the Motion is denied, without prejudice, solely on the ground that the Court is vacating the Entry of Default with this Order, and it is further

**ORDERED**, that if the Defendant fails to file the Answer by June 1, 2026, the Plaintiff may seek a default and a default judgment pursuant to Federal Rule of Civil Procedure 55, as incorporated by Bankruptcy Rule 7055; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters related to or arising out of the implementation and execution of this Order.

**Dated: New York, New York**
       **May 4, 2026**

*/s/ Lisa G. Beckerman*
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**