

August 26, 2025

Pro Se
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030

Re:     Subpoena No. 25-10264-LGB

Dear Jonathan Cornell:

This letter is in response to a subpoena/court order/search warrant ("request") issued to Early Warning Services ("EWS") in the above-referenced matter and dated June 20, 2025.

Please find enclosed herewith all of the responsive Zelle transaction information associated with the token(s) and/or transaction ID(s) identified in the request that EWS was able to identify after conducting a reasonable search of those repositories where responsive records are most likely to reside.

See the Profile & Transaction Information Field Description key contained within the report should you have any questions regarding the information provided. Further, please find at the end of the report, common FAQs to answer any other questions regarding the information.

Delivery is being effected through secure email to ensure the security of the materials based on the sensitive nature of the information.

EWS is not a bank or financial institution and does not maintain account opening documents, bank statements, cancelled checks, signature cards, credit card statements, or online bank accounts. As such, EWS is not producing any materials with respect to this request.

Please contact the Subpoena Department at subpoena@earlywarning.com in the event you have any questions the memo does not answer, or require further assistance.

Sincerely,

Early Warning Services
Subpoena Processing

**Declaration of Custodian of Records**

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

 Scott Bernier
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1)  were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2)  were kept in the course of regularly conducted business activity; and

(3)  were made by the regularly conducted business activity as a regular practice.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 01, 2025.

Scott Bernier
Sr. Director
FCRA Operations & DI Product Support
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635



**SUBPOENA SEARCH**
**CONSUMER PROFILE AND TRANSACTION**
August 26, 2025



## Search Criteria

Subpoena #:   25-10264-LGB

| Token List: | Payment List: |
|---|---|
| brittneymwatkins004@gmail.com,19295831267,19293370965,d.nick06@ya-hoo.com,19296779659 | |

Start Date: 1/1/2023
End Date:  8/26/2025

 © 2017 Early Warning Services, LLC. All rights reserved. Confidential and Proprietary

**--** Zelle Transaction Information - Payments Sent                                                                                       Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2023 18:55:04 | VSAEBRDGG9NR | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | |
| 6/19/2023 21:23:04 | BACabb0xl5i2 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $18.00 | |
| 6/19/2023 22:35:30 | VSAPPZ1GJ2C8 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 6/25/2023 22:06:20 | BACajez3ny9o | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $95.00 | |
| 6/26/2023 17:38:12 | VSA4NSZHXDCI | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 6/29/2023 23:53:04 | VSAGAOTQNUWY | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $50.00 | |
| 7/7/2023 11:51:02 | VSAGOYDXNQZT | MUNICIPAL CREDIT UNION | Dominick White | Chase | 721685069 | | CEDRID | LOPEZ | 13476980834 | DELIVERED | $40.00 | |
| 7/9/2023 01:43:29 | VSASOZGNQDH6 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 7/15/2023 02:43:07 | BACiuqxrht5q | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $25.00 | Cab |
| 7/20/2023 19:20:30 | VSAOYGF21MBJ | MUNICIPAL CREDIT UNION | Dominick White | TD Bank | 32ac42c6-9162-4fc4-b762-1d40de2961f8 | | NILMARI | LEOTEAUX | 13473023734 | DELIVERED | $35.00 | Im send the rest tomorrow |
| 7/21/2023 17:13:14 | BACa61xwqnei | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $22.00 | |
| 7/28/2023 00:00:45 | VSAV1MCZZONS | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $32.00 | |
| 7/31/2023 01:31:13 | VSAJ2D2PGEHZ | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $32.00 | |
| 7/31/2023 01:38:10 | BACipoa3zy3b | Bank of America | BRITTNEY WATKINS | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $27.00 | |
| 7/31/2023 18:03:24 | VSAIDATI29VV | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $100.00 | |
| 7/31/2023 18:07:25 | VSABEIBJBSDU | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $100.00 | |
| 7/31/2023 23:22:57 | VSA3NXNC1IMW | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $25.00 | |
| 8/1/2023 00:43:39 | VSA4M8BQL7IP | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $140.00 | |
| 8/1/2023 01:25:47 | BACbq4ht0dzw | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $59.00 | PARTAY |
| 8/1/2023 16:45:27 | BACcdi47asfy | Bank of America | BRITTNEY WATKINS | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $12.47 | |

**-- Zelle Transaction Information - Payments Sent**

Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2023 18:42:39 | VSAOI79YE2B8 | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $23.00 | |
| 8/6/2023 21:00:42 | VSAU0FDLTOSW | MUNICIPAL CREDIT UNION | Dominick White | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $31.00 | |
| 8/10/2023 17:42:13 | BACixxzsds94 | Bank of America | BRITTNEY WATKINS | MUNICIPAL CREDIT UNION | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $4.00 | |
| 8/18/2023 11:28:02 | VSAV9AI2GDFZ | MUNICIPAL CREDIT UNION | Dominick White | Chase | 649593765 | | CARMEN B BERRIOS | | 16463168265 | DELIVERED | $5.50 | |
| 8/18/2023 21:30:32 | VSAXJDNMLP36 | MUNICIPAL CREDIT UNION | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $50.00 | |
| 8/24/2023 17:11:45 | BACpe8v6ctqo | Bank of America | BRITTNEY WATKINS | Varo Bank-Inactive | f70c8bf7-9140-4db1-a6bc-3423dec552f7 | | Gloriann | Jaichon | 19144986800 | DELIVERED | $55.00 | ✋🤚🐾🐾 |
| 8/25/2023 15:28:37 | BACkyk5cy55m | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $15.00 | Lunch on me 😊 |
| 8/25/2023 17:01:17 | BACrg2hukk3j | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $130.00 | |
| 8/25/2023 20:50:21 | BACpn522pu7q | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $15.00 | |
| 8/26/2023 18:27:10 | BACieg2u84no | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $20.00 | |
| 8/27/2023 00:17:21 | BACgmajtc9wp | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $23.00 | |
| 8/27/2023 21:07:04 | BACrhqdmglhh | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $50.00 | |
| 8/27/2023 21:10:26 | VSAJB8WJZSAC | Municipal Credit Union | Dominick White | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $49.92 | |
| 9/2/2023 21:59:35 | BACc4bjlu16q | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $200.00 | Cash app me 🫰 |
| 10/12/2023 03:31:19 | VSAOXXKDUMV1 | Municipal Credit Union | Dominick White | TD Bank | eb1c4ae6-ef5b-4cc4-b254-4f52f5453b9c | | NILMARI | LEOTEAUX | 13473023734 | FAILED | $12.00 | Thank you again |
| 10/12/2023 11:30:41 | VSA1RRYANQJL | Municipal Credit Union | Dominick White | TD Bank | eb1c4ae6-ef5b-4cc4-b254-4f52f5453b9c | | NILMARI | LEOTEAUX | 13473023734 | DELIVERED | $12.00 | |
| 10/13/2023 12:39:56 | VSAB1MXQLZV3 | Municipal Credit Union | Dominick White | Chase | 649593765 | | CARMEN B BERRIOS | | 16463168265 | DELIVERED | $8.00 | |
| 10/26/2023 11:27:20 | BACh57yfajxn | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $1,000.00 | |
| 10/26/2023 12:41:02 | BAChq89t0j06 | Bank of America | BRITTNEY WATKINS | Wells Fargo | 62645891 | | ALMA | WATKINS | 15187766569 | DELIVERED | $50.00 | Thankful |
| 10/26/2023 21:24:51 | VSAANIXEOTTE | Municipal Credit Union | Dominick White | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $85.00 | |

**--** Zelle Transaction Information - Payments Sent
                                                                                              Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2023 12:46:33 | BACi1ty7ef6s | Bank of America | BRITTNEY WATKINS | Chase | 679585304 | | LIZANDER | CABRERA | 19096998344 | DELIVERED | $220.00 | |
| 10/27/2023 23:25:27 | BACbdginxrzf | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $38.00 | |
| 10/28/2023 12:23:59 | BACdd8pfmqzp | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $30.00 | No memo provided. |
| 10/28/2023 23:34:15 | BACbdogjrcxd | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $120.00 | |
| 10/30/2023 15:03:17 | BAChbm7fx8z6 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $80.00 | Cash app faz |
| 11/1/2023 11:26:41 | BACbrg3a7ssd | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | DELIVERED | $53.00 | |
| 11/3/2023 19:49:19 | BACeunppdecr | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $10.00 | |
| 12/5/2023 17:39:13 | BACco09h4hm9 | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $26.00 | 🎯 |
| 12/8/2023 02:38:55 | BACe2j8ywvqe | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $35.00 | Taxi 🚕 💺 |
| 2/22/2024 12:35:04 | BACtcqf88yyg | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $40.00 | Blunt on me |
| 2/23/2024 11:36:21 | BACtih4urk0r | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $20.00 | 🫱 |
| 2/25/2024 14:53:48 | BACvjgl7m49c | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $150.00 | |
| 2/26/2024 15:08:18 | BACx0mrxl7t9 | Bank of America | BRITTNEY WATKINS | Chase | 582995262 | | CRISEILY | PAULINO | 16468295164 | DELIVERED | $30.00 | Chase & Carter "Thank you" |
| 3/1/2024 14:59:41 | BACsi0c4js00 | Bank of America | BRITTNEY WATKINS | Chase | 659874234 | J. SINGER LAW GROUP, PLLC | | | 19178065832 | DELIVERED | $150.00 | |
| 3/1/2024 21:15:22 | BACvno6dyowp | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $32.00 | Noah CA |
| 3/1/2024 21:30:15 | BACzm367u8iz | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $8.00 | |
| 3/2/2024 13:23:59 | BACu9giprxet | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $10.00 | Aden CA |
| 3/4/2024 01:03:07 | BACzmucjwxht | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $29.00 | |
| 3/15/2024 16:29:31 | BACzexejyljr | Bank of America | BRITTNEY WATKINS | Citi | CTItqNkSsfd5vzBli | | NICHOLAS | GARVEY | 19294047364 | DELIVERED | $20.00 | |
| 3/17/2024 22:48:41 | BACjyy70sf6y | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $35.00 | |

-- Zelle Transaction Information - Payments Sent                                          Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2024 12:49:03 | JL8f000shbQY | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $10.00 | |
| 3/20/2024 14:50:16 | BACvl8zy9pbr | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $10.00 | Target |
| 3/28/2024 16:45:59 | JL8L000seJRH | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $42.00 | |
| 3/28/2024 17:31:43 | BACvdby3my5i | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $46.00 | |
| 4/11/2024 20:34:33 | JL8t000sRn4c | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $80.00 | |
| 4/13/2024 17:01:55 | BACpn54mqn6k | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $30.00 | Aden CA |
| 4/14/2024 17:31:53 | BACvzrx065fs | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $30.00 | |
| 4/14/2024 20:12:19 | BACtni6b6r8a | Bank of America | BRITTNEY WATKINS | Chase | 738908356 | | MIGUEL | GENAO | 19176672672 | DELIVERED | $45.00 | |
| 4/17/2024 00:07:42 | BACvgmffy144 | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $15.00 | For faz stank ax |
| 4/19/2024 16:41:08 | JL8h000sNGml | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 4/19/2024 18:47:49 | BACxm5a1x7lr | Bank of America | BRITTNEY WATKINS | Null | 15763174-ee9d-4ec9-9efe-14b68cd07ead | | Dominick | White | 19296779659 | FAILED | $15.00 | |
| 4/26/2024 17:28:32 | JL8y000sz6s3 | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $30.00 | |
| 4/30/2024 16:43:29 | JL8m000sGMG5 | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $10.00 | |
| 5/1/2024 11:38:25 | BACmhet5r0bm | Bank of America | BRITTNEY WATKINS | Wells Fargo | 66177193 | | ALMA | WATKINS | msloveborn@gmail.com | DELIVERED | $70.00 | Thank you |
| 5/2/2024 00:35:20 | BACqv59xaaph | Bank of America | BRITTNEY WATKINS | Null | 5ea531d3-6559-4351-a9c4-ac068457c6e9 | | Dominick | White | dfleeflyguy@gmail.com | FAILED | $300.00 | Save |
| 5/2/2024 17:08:16 | BACxg4n6fyv3 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $300.00 | |
| 5/4/2024 20:55:02 | BACvqjwpy3nz | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 5/7/2024 18:11:00 | BACtw7g3wh2k | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 5/8/2024 22:12:14 | JL8L000sneoX | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $40.00 | Order what you need |
| 5/9/2024 20:50:05 | JL8V000snb6m | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |

**--** Zelle Transaction Information - Payments Sent  Subpoena # : *25-10264-LGB*

| TRANSACTION DATE | PAYMENT ID | SENDING BANK NAME | SENDER NAME | RECEIVING BANK NAME | RECIPIENT PROFILE ID | BUSINESS NAME | RECIPIENT FIRST NAME | RECIPIENT LAST NAME | RECIPIENT TOKEN | PAYMENT STATUS | PAYMENT AMOUNT | PAYMENT MEMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2024 13:01:38 | JL8e000snT3K | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $15.00 | |
| 5/14/2024 11:23:20 | JL8g000smUNq | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $20.00 | |
| 5/15/2024 12:14:07 | BACs68ddm1w4 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $30.00 | Thank you 🙏 |
| 5/15/2024 12:14:58 | BACxxhzoy0xc | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $300.00 | Save 🏦 |
| 5/16/2024 17:32:45 | BACwuamlvmrq | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | Send to faz |
| 5/25/2024 14:05:28 | JL8J000s1qld | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $15.00 | |
| 6/1/2024 10:57:13 | BACwheuiruhq | Bank of America | BRITTNEY WATKINS | Citi | CTIAtyvrHHgx2mSoY | | PAUL | WARKINS | 19294858191 | DELIVERED | $40.00 | Thank you |
| 6/2/2024 00:49:30 | BACz92m1thmw | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $27.00 | Ice cream |
| 6/2/2024 01:22:35 | BACvos256brr | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | |
| 6/3/2024 22:36:05 | BACtziocosv5 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $23.00 | |
| 6/4/2024 17:54:16 | BACtp4op4bbf | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $5.00 | |
| 6/7/2024 20:56:57 | JL8g000sp5TT | Municipal Credit Union | DOMINICK WHITE | Bank of America | 1663299172622091381 | | BRITTNEY | WATKINS | 19293370965 | DELIVERED | $35.00 | |
| 6/7/2024 21:06:30 | BACymqb18c8u | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $35.00 | |
| 6/8/2024 00:29:12 | BACxxi80yyfz | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $96.00 | |
| 6/10/2024 00:24:36 | BACv9udm7xap | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $58.00 | |
| 6/10/2024 18:12:47 | BACjizmv9ybt | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $5.00 | |
| 6/10/2024 18:55:25 | BACn7oel4ju6 | Bank of America | BRITTNEY WATKINS | Null | Null | | | | 13472384448 | DENIED | $1.00 | |
| 6/10/2024 19:16:55 | BACpmjsc4h3z | Bank of America | BRITTNEY WATKINS | Citi | CTIlgwhghtBw8e3Ek | | AMANDA | WATKINS | 19293530387 | DELIVERED | $30.00 | Finally weed |
| 6/10/2024 21:52:36 | BACnfwqbqvk3 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $31.00 | Food 🍱 |
| 6/11/2024 19:59:39 | BACtoag06i45 | Bank of America | BRITTNEY WATKINS | Municipal Credit Union | 34e2446d-6dde-4bec-b572-9f6d1f6a9433 | | DOMINICK | WHITE | d.nick06@yahoo.com | DELIVERED | $15.00 | Faz 🍔 |