Hearing Date: August 4, 2026, at 10:00 a.m. (ET)
Objection Deadline: July 28, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                              :
                                                    :   Chapter 7
BRITTNEY MICHELLE WATKINS,                          :
                                                    :   Case No. 25-10264-lgb
                                    Debtor          :

---------------------------------------------------------------x
                                                    :
JONATHAN CORNELL,                                   :   Adv. Proc. No. 25-01161-lgb
                                                    :
                                    *Plaintiff,*    :
                                                    :
            *v.*                                    :
                                                    :
BRITTNEY MICHELLE WATKINS,                          :
                                                    :
                                    *Defendant.*    :

---------------------------------------------------------------x

### NOTICE OF HEARING ON PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that a hearing on Plaintiff's Renewed Motion for Default Judgment

Against Defendant Brittney Michelle Watkins (the "Renewed Motion") — by which Plaintiff

seeks entry of a default judgment denying Defendant's discharge pursuant to 11 U.S.C. §§

727(a)(4)(A), 727(a)(2)(A), and 727(a)(5), and determining Defendant's debt to Plaintiff, in the

amount of $76,987.86, together with interest, to be non-dischargeable pursuant to 11 U.S.C. §§

523(a)(2)(A) and 523(a)(2)(B) — will be held before the Honorable Lisa G. Beckerman, United

States Bankruptcy Judge, on August 4, 2026, at 10:00 a.m. (prevailing Eastern Time) (the

"Hearing"). The Hearing will be conducted by video conference using Zoom for Government.

Parties wishing to appear at or listen to the Hearing must register through the Court's Electronic

Appearance portal, available on the Court's website at https://ecf.nysb.uscourts.gov/cgi-

1

bin/nysbAppearances.pl, in accordance with the Court's procedures for hearings held before Judge Beckerman by Zoom video. Pro se parties may register for electronic appearances free of charge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rules 9006-1(c) and 9004-2(b), any objection or other answering papers with respect to the Renewed Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, must be filed with the Clerk of the Court, and must be served so as to ensure actual receipt by Plaintiff, with a copy delivered to the Judge's chambers, not later than seven (7) days before the Hearing, i.e., by July 28, 2026.

**PLEASE TAKE FURTHER NOTICE** that copies of the Renewed Motion, the Supplemental Declaration of Jonathan Cornell with Supplemental Exhibits 1 through 6, the Supplemental Memorandum of Law, and the proposed order are available on the Court's electronic docket and may also be obtained free of charge upon written request to Plaintiff at the address below.

Dated: July 10, 2026
       Manhasset, New York

Respectfully submitted,

_____
Jonathan Cornell, Pro Se
120 Bourndale Road North
Manhasset, New York 11030
Tel: (646) 374-8267
Email: cornell.jonathan@gmail.com

2