UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re:                                                          :
                                                                :     Chapter 7
BRITTNEY MICHELLE WATKINS,                                       :
                                                                :     Case No. 25-10264-lgb
                                          Debtor                :

----------------------------------------------------------------x
                                                                :
JONATHAN CORNELL,                                               :     Adv. Proc. No. 25-01161-lgb
                                                                :
                                          *Plaintiff*,          :
                                                                :
                        *v.*                                    :
                                                                :
BRITTNEY MICHELLE WATKINS,                                       :
                                                                :
                                          *Defendant*.          :

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on July 11, 2026, pursuant to Federal Rule of Bankruptcy Procedure 7005 and Federal Rule of Civil Procedure 5(b), I caused true and correct copies of the following documents to be served upon the parties listed below by the methods indicated:

(1) Plaintiff's Renewed Motion for Default Judgment Against Defendant Brittney Michelle Watkins, with Exhibit A ([Proposed] Default Judgment Order and Redline Comparison to Prior Proposed Order [ECF No. 16]);

(2) the Supplemental Declaration of Jonathan Cornell, with Supplemental Exhibits 1 through 6;

(3) Plaintiff's Supplemental Memorandum of Law; and

(4) the Notice of Hearing.

**SERVICE BY FIRST CLASS MAIL, CERTIFIED MAIL (RETURN RECEIPT REQUESTED), AND EMAIL:**
BRITTNEY MICHELLE WATKINS
Defendant / Debtor (Pro Se)
2930 Wilson Avenue, Apt 1

1

Bronx, NY 10469
Brittneymwatkins004@gmail.com
USPS Certified Mail Tracking No.: 9589 0710 5270 2995 2598 73

**SERVICE BY CERTIFIED MAIL (RETURN RECEIPT REQUESTED) AND EMAIL:**
ALAN NISSELSON, ESQ.
Chapter 7 Trustee
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, 22nd Floor
New York, NY 10019
anisselson@windelsmarx.com
USPS Certified Mail Tracking No.: 9589 0710 5270 2995 2598 80

OFFICE OF THE UNITED STATES TRUSTEE
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
USTPRegion02.NYECF@usdoj.gov
USPS Certified Mail Tracking No.: 9589 0710 5270 2995 2598 97


I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 11, 2026
        Manhasset, New York


                                Respectfully submitted,


                                _____
                                Jonathan Cornell, Pro Se
                                120 Bourndale Road North
                                Manhasset, New York 11030
                                Tel: (646) 374-8267
                                Email: cornell.jonathan@gmail.com