UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                          :
                                                                :       Chapter 7
BRITTNEY MICHELLE WATKINS,                                       :
                                                                :       Case No. 25-10264-lgb
                                        Debtor                   :
------------------------------------------------------------------x
                                                                :
JONATHAN CORNELL,                                               :       Adv. Proc. No. 25-01161-lgb
                                                                :
                                        Plaintiff,              :
                                                                :
                v.                                              :
                                                                :
BRITTNEY MICHELLE WATKINS,                                       :
                                                                :
                                        Defendant.              :
------------------------------------------------------------------x

## ORDER GRANTING DEFAULT JUDGMENT
## AGAINST BRITTNEY MICHELLE WATKINS

**UPON** the Renewed Motion for Default Judgment (the "Renewed Motion") of Plaintiff

Jonathan Cornell ("Plaintiff"), appearing pro se, filed on July 10, 2026, together with the

Supplemental Declaration of Jonathan Cornell with Supplemental Exhibits 1 through 6 and the

Supplemental Memorandum of Law submitted therewith; and upon Plaintiff's Motion for Default

Judgment [ECF No. 10], the Affidavit of Jonathan Cornell with Exhibits A through V [ECF No.

10], and the Memorandum of Law [ECF No. 11], together with the prior papers incorporated in

the Renewed Motion by reference; and the Complaint to Deny Discharge and Determine

Dischargeability of Debt [ECF No. 1] (the "Complaint") having been filed on December 29, 2025,

and Plaintiff having served the Summons and Complaint upon Defendant Brittney Michelle

Watkins ("Defendant") on January 6, 2026 [ECF No. 3]; and Defendant having failed to file an

Answer or other response to the Complaint by June 1, 2026, as directed by this Court's Order

Vacating Entry of Default [ECF No. 5] Against Defendant [ECF No. 20] (the "Vacatur Order"),

or at any time thereafter; and the Clerk of Court having entered the default of Defendant pursuant to Bankruptcy Rule 7055 on June 16, 2026 [ECF No. 22] (the "Entry of Default"), notice of which was served upon Defendant on June 18, 2026 [ECF No. 23]; and due and sufficient notice of the Renewed Motion having been given to Defendant, the Chapter 7 Trustee, and the Office of the United States Trustee in accordance with Federal Rule of Civil Procedure 55(b)(2), Bankruptcy Rule 7055, and Local Bankruptcy Rule 9006-1(c); and this Court having held a hearing on the Renewed Motion on August 4, 2026 (the "Hearing"), at which Plaintiff appeared pro se and no other appearance was made by or on behalf of any party; and this Court having considered the Renewed Motion and all papers submitted in support thereof, the Complaint, and the entire record of this adversary proceeding; and the Court having stated its findings of fact and conclusions of law on the record at the Hearing pursuant to Federal Rule of Bankruptcy Procedure 7052; and the Court having determined, for the reasons stated on the record at the Hearing, that Plaintiff has established the requirements of 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(B), that the relief sought pursuant to 11 U.S.C. §§ 727(a)(4)(A), 727(a)(2)(A), and 727(a)(5) should be denied, and that entry of a default judgment in favor of Plaintiff is warranted under Federal Rule of Civil Procedure 55(b)(2), as incorporated by Bankruptcy Rule 7055; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

1. That the Renewed Motion is granted in part and denied in part as set forth herein.

2. That the Clerk's Entry of Default entered June 16, 2026 [ECF No. 22] is sustained and shall not be vacated.

3. That default judgment shall be entered in favor of Plaintiff Jonathan Cornell and against Defendant Brittney Michelle Watkins on Counts IV and V of the Complaint pursuant to Federal Rule of Civil Procedure 55(b)(2), as incorporated by Bankruptcy Rule 7055.

4. That, for the reasons stated by the Court on the record at the Hearing and set forth in the Motion, the Renewed Motion, and the related papers, the debt owed by Defendant to Plaintiff is determined to be non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(B), and such debt is excepted from any discharge entered or to be entered in Defendant's chapter 7 case, Case No. 25-10264-lgb.

5. That the Clerk of the Court is directed to enter a default judgment in favor of Plaintiff Jonathan Cornell and against Defendant Brittney Michelle Watkins in the amount of **$76,987.86** as of August 4, 2026, comprising:

> (a) Pre-petition balance of $58,364.95, consisting of $19,800.00 in unpaid rent (January–June 2024 at $3,300/month), less a credit of $4,279.93 for sums collected through a City Marshal's income execution against co-obligor Dominick Franklin White under the judgment in Index No. LT-308077-24/BX (a net rent component of $15,520.07); $39,600.00 in holdover rent (July 2024–February 2025 at $4,950/month); and $3,244.88 in late fees, process server fees, court filing fees, and attorney fees; and

> (b) Post-petition losses of $18,622.91, consisting of $4,311.09 in prorated holdover rent for March 1–27, 2025; $50.00 in post-petition late fees; $2,314.86 in post-petition legal fees, City Marshal fees, and eviction costs; and $11,946.96 in property damage and post-vacancy restoration costs;

**and** the foregoing amount is hereby fixed as the quantum of Plaintiff's non-dischargeable claim as of August 4, 2026 for purposes of all subsequent proceedings, including but not limited to any proceeding to enforce this judgment, subject to credit for any additional sums collected on the same underlying obligation after that date.

6. That post-judgment interest shall accrue on the foregoing amount at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this Order until paid in full.

7. That, for the reasons stated by the Court on the record at the Hearing, the relief sought in Counts I, II, and III of the Complaint pursuant to 11 U.S.C. §§ 727(a)(4)(A), 727(a)(2)(A), and 727(a)(5), respectively, is denied.

8. That this Order resolves all Counts of the Complaint and constitutes the final judgment in this adversary proceeding pursuant to Federal Rules of Bankruptcy Procedure 7054 and 7058.

9. That this Court retains jurisdiction to enforce the terms of this Order and to determine all matters arising from or related to the implementation of this Order.

Dated: August 5, 2026
    New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE