B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT

for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Brittney Michelle Watkins | ) | Case No. 25-10264 (LGB) |
| *Debtor* | ) | |
| | ) | |
| Jonathan Cornell | ) | Chapter 7 |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Proc. No. 25-1161 (LGB) |
| Brittney Michelle Watkins | ) | |
| *Defendant* | ) | BC 26,0029 |

**DEFAULT JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered that:

a default judgment is entered in favor of Plaintiff, Jonathan Cornell, and against
Defendant, Brittney Michelle Watkins, in the amount of $76,987.86.

Date:   August 5, 2026

Vito Genna
Clerk of Court


/s/ Anatin Rouzeau
Deputy Clerk