# Notice Recipients

District/Off: 0208−1        User: admin              Date Created: 8/5/2026

Case: 25−01161−lgb        Form ID: pdf001          Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft        Brittney Michelle Watkins      143 Admiral Lane      Bronx, NY 10473
intp       Brittney Michelle Watkins      2930 Wilson Avenue      Apt 1      Bronx, NY 10469

TOTAL: 2