B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT

for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Brittney Michelle Watkins | ) | Case No. 25-10264 (LGB) |
| *Debtor* | ) | |
| | ) | |
| Jonathan Cornell | ) | Chapter 7 |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Proc. No. 25-1161 (LGB) |
| Brittney Michelle Watkins | ) | |
| *Defendant* | ) | BC 26,0029 |

### DEFAULT JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that:

a default judgment is entered in favor of Plaintiff, Jonathan Cornell, and against
Defendant, Brittney Michelle Watkins, in the amount of $76,987.86.

Date:  August 5, 2026

Vito Genna
Clerk of Court

/s/ Anatin Rouzeau
Deputy Clerk

United States Bankruptcy Court

Southern District of New York

Cornell,

    Plaintiff                                              Adv. Proc. No. 25-01161-lgb

Watkins,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1                             User: admin                               Page 1 of 1

Date Rcvd: Aug 05, 2026                     Form ID: pdf001                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Brittney Michelle Watkins, 143 Admiral Lane, Bronx, NY 10473-2445 |
| intp | + | Brittney Michelle Watkins, 2930 Wilson Avenue, Apt 1, Bronx, NY 10469-5207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                        Signature:         /s/Gustava Winters