**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Monday, August 17, 2026 4:45 PM
**To:** NYSBml_BNC <BNC@nysb.uscourts.gov>
**Subject:** U.S. Bankruptcy Court, Southern District of New York - Returned Mail Notice, In re: , Case Number: 25-01161, lgb, Ref: [p-259375703]

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding
August 17, 2026
From: The Bankruptcy Noticing Center
Re: Returned Mail Notice - Adversary Proceeding
In re: Cornell, Plaintiff
Watkins, Defendant
Adv. Proc. No. 25-01161 lgb

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:
Brittney Michelle Watkins
143 Admiral Lane
Bronx, NY 10473-2445

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT

for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Brittney Michelle Watkins | ) | Case No. 25-10264 (LGB) |
| *Debtor* | ) | |
| | ) | |
| Jonathan Cornell | ) | Chapter 7 |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Proc. No. 25-1161 (LGB) |
| Brittney Michelle Watkins | ) | |
| *Defendant* | ) | BC 26,0029 |

**DEFAULT JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered that:

a default judgment is entered in favor of Plaintiff, Jonathan Cornell, and against Defendant, Brittney Michelle Watkins, in the amount of $76,987.86.

Date: August 5, 2026

Vito Genna
Clerk of Court

/s/ Anatin Rouzeau
Deputy Clerk